David Halberstadter (SBN 107033)
david.halberstadter@katten.com
Joanna M. Hill (SBN 301515)
joanna.hill@katten.com
Shelby A. Palmer (SBN 329450)
shelby.palmer@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
ViacomCBS Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CANDESHA WASHINGTON,<br><br>                    Plaintiff<br><br>      v.<br><br>VIACOMCBS, INC.; AND DOES 1 THROUGH 50,<br><br>                    Defendants. | Case No. 2:20-cv-00435<br><br>**DECLARATION OF JOANNA M. HILL IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**<br><br>[Hon. Consuelo B. Marshall]<br><br>*[Defendant's Motion to Dismiss; Request for Judicial Notice; Notice of Lodging; and [Proposed] Order filed concurrently herewith]*<br><br>Date: May 5, 2020<br>Time: 10:00 A.M.<br>Place: Room 8B |

Katten
KattenMuchinRosenmanLLP
315 South Flower Street, Suite 1000
Los Angeles, CA 900712323
213.788.0445 tel   213.788.7370 fax

## DECLARATION OF JOANNA M. HILL

I, Joanna M. Hill, hereby declare as follows:

1.    I am an attorney duly licensed to practice law before all courts in the State of California.  I am an attorney in the law firm Katten Muchin Rosenman LLP, which is counsel of record for defendant ViacomCBS Inc. ("Defendant").   I submit this declaration in support of Defendant's Motion to Dismiss ("Motion").  I have personal knowledge of the matters set forth in this declaration, and I could and would competently testify to those facts under oath if I were called upon to do so.

2.    Plaintiff alleges at paragraph 19 of her Complaint that her allegedly infringed work, a pilot script for a proposed television series called #SquadGoals, was registered with the United States Copyright Office in 2019 under registration number PAu-3-985-289. After this action was filed, I ordered from the United States Copyright Office a certified Copy of Deposit associated with this registration number.  Attached hereto as **Exhibit A** is a true and correct copy of the certified Copy of Deposit that I received from the United States Copyright Office, consisting of a script for a pilot episode of a proposed television series and an accompanying application form that Plaintiff allegedly submitted to Imagine Impact, LLC .

3.    Plaintiff's First Cause of Action for copyright infringement is based upon purported similarities between her work and a specific episode from Defendant's television series, *Bull*, titled "Her Own Two Feet."  Attached to the concurrently filed Notice of Lodging, and identified herein as **Exhibit B**, is a flash drive containing a true and correct copy of this allegedly infringing episode of the television series *Bull*.

4.    In connection with this Motion, we conducted research on frequently occurring surnames in the United States, including United States Census Bureau information.  Attached hereto as **Exhibit C** is a true and correct copy of an excerpt of frequently occurring surnames from the 2010 United States Census, which is available at: https://www.census.gov/topics/population/genealogy/data/2010_surnames.html.

143729875

1    5.    Attached hereto collectively as **Exhibit D** are true and correct copies of

2    summaries of motion pictures and television shows that include storylines about the

3    disappearance of a young woman or teenage girl and an ensuing investigation into the

4    disappearance:

5        *Megan is Missing (2011) – Plot Summary*, IMDb,

6    https://www.imdb.com/title/tt1087461/plotsummary (last visited Feb. 25, 2020).

7        *Paper Towns (2015) – Plot Summary*, IMDb,

8    https://www.imdb.com/title/tt3622592/plotsummary (last visited Feb. 25, 2020).

9        *Searching (2018) – Plot Summary*, IMDb,

10    https://www.imdb.com/title/tt7668870/plotsummary (last visited Feb. 25, 2020).

11        *Elsewhere (2009) – Plot Summary*, IMDb,

12    https://www.imdb.com/title/tt0874271/plotsummary (last visited Feb. 25, 2020).

13        *Pretty Little Liars (TV Series 2010-2017) – Plot Summary*, IMDb,

14    https://www.imdb.com/title/tt1578873/plotsummary (last visited Feb. 25, 2020).

15        *"Law & Order: Special Victims Unit" Runaway (TV Episode 2001)*, IMDb,

16    https://www.imdb.com/title/tt0629724/ (last visited Feb. 25, 2020).

17        *"Law & Order: Special Victims Unit" Friending Emily (TV Episode 2012)*,

18    IMDb, https://www.imdb.com/title/tt2452938/ (last visited Feb. 25, 2020).

19        *"Law & Order: Special Victims Unit" No Good Reason (TV Episode 2017)*,

20    IMDb, https://www.imdb.com/title/tt7195314/ (last visited Feb. 25 2020).

21        *"Without a Trace" Between the Cracks (TV Episode 2002)*, IMDb,

22    https://www.imdb.com/title/tt0749650/ (last visited Feb. 25, 2020).

23        *"Without a Trace" Maple Street (TV Episode 2003)*, IMDb,

24    https://www.imdb.com/title/tt0749683/ (last visited Feb. 25, 2020).

25        *"Without a Trace" Confidence (TV Episode 2003)*, IMDb,

26    https://www.imdb.com/title/tt0749655/ (last visited Feb. 25, 2020).

27    ///

28    ///

Katten
KattenMuchinRosenmanLLP
515 South Flower Street, Suite 1000
Los Angeles, CA 90071-2212
213.788.7700 tel   213.788.7949 fax

1   I declare under penalty of perjury that the foregoing is true and correct and that this

2   declaration was executed on March 13, 2020 at Los Angeles, California.

3

4   Dated:  March 13, 2020                KATTEN MUCHIN ROSENMAN LLP

5

6                                        By: /s/ Joanna M. Hill

7                                            Joanna M. Hill
                                         Attorneys for Defendant
8                                        ViacomCBS Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

143729875

# EXHIBIT A



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopy is a true representation of the work entitled **#SQUADGOALS** deposited in the Copyright Office with claim of copyright registered under number **PAu 3-985-289**.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on February 25, 2020.

Maria Strong
Acting United States Register of Copyrights and Director

By:   Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

#SquadGoals

by

Candy Washington

"Pilot Episode"

<u>#SQUADGOALS</u>

"Pilot Episode"

FADE IN: WE SEE "**WELCOME TO L.A. B\*TCHES**" FLASH ON THE
SCREEN

EXT. LOS ANGELES, CA - NIGHT - PRESENT DAY

It's a Friday night in the City of Angels and we see leggy
MODELS, REALITY STARS, CLUB KIDS, and COOL KID WANNABES,
all lined up to get into the opening night of an uber-chic
and exclusive new "young Hollywood" night club.

Sequins are sparkling and the heels are high. The red
carpet is rolled out for the VIPs and the photographers are
perched, ready to snag the most click-worthy pic of the
night.

Bystanders have their phones out trying to snap and
live-stream all of the action.

A black Escalade rolls up and the PAPARAZZI swarm from
seemingly out of nowhere with flashing lights, all of them
chanting, "SAY-DEE SAY-DEE!"

INT. BLACK ESCALADE

Inside the back of the Escalade we see, SADIE WILLIAMSON
(female, 20's, mixed ethnicity, African-American), your
quint-essential Hollywood "It" Girl, due to her 15 million
Instagram followers, fashion blog, and coveted brand
endorsement deals.

Sadie is decked out in an all gold sequined dress, fixing
her make-up in her compact mirror, and dancing along to the
latest Taylor Swift song on the radio.

Next to Sadie is her official "Squad," which is her super
attractive girl gang made up of Instagram social media
influencers and YouTube stars.

There's JANA WANG (female, 20's, Asian), who's her number
one side-kick, a cute, bubbly girl dressed in a similar but
not identical gold sequined dress and her claim to fame is
her K-Beauty tutorials on YouTube.

Then there's PENELOPE ROTHCHILD (female, 20's, Caucasian),
whose claim to fame is her fashion and style Instagram
account, and then there's LAETICIA PATEL (female, 20's,
Indian), whose claim to fame is her
Vegan-Gluten-Free-Keto-Diet Foodie Instagram account.

3.

                    LAETICIA
          Duh, but then can we do a little
          nose candy? I'm fading fast!

                    SADIE
          A little bump never hurt anyone.
          You in Cicely?

                    CICELY
               (without looking up from
               her phone)
          Naw, count me out.

                    SADIE
               (shrugs)
          Suit yourself homie.

     Sadie takes a little baggie of white powder out of her
     purse and passes it around the group of girls.

     While the other girls are distracted and taking bumps of
     coke, Sadie slips out a tiny vial that says, "EXTREMELY
     Fast-Acting Laxative: Use with Caution," and she drops a
     few drops into one of the shot glasses.

     She then pours four shots of tequila into four different
     shot glasses. She hands the spiked shot glass to Jana,
     keeps one shot for herself, and then gives the third shot
     glass to Penelope and then the last shot glass to Laeticia.

     Jana puts the baggie of coke into her purse.

                    SADIE (CONT'D)
          Let's raise our glasses! Cheers to
          being BFFs forever and I'm so
          humbled to have each and every one
          of you in my Squad! Cheers
          bitches!

     Sadie, Jana, Penelope, and Laeticia raise their shot
     glasses and take the shots in one gulp and then giggle.

                    JANA
          Mine was strong! What was in that?

                    SADIE
          Just a little something extra for
          my favorite bestie!

                                             ZOOM IN:

     We see on Cicely's phone an Instagram post with the smiling
     face of ROXY MCDONOUGH (female, 20's, Caucasian),
     beautiful, super thin, and blonde, with the caption, **"STILL
     MISSING: HAVE YOU SEEN ROXY?"**

4.

SADIE (CONT'D)
Can you snap me real quick?

Cicely nods automatically, puts down her phone, and grabs
Sadie's phone from her.

She then proceeds to take a short Instagram video of Sadie.

SADIE (CONT'D)
(to phone)
Hey babes! It's time to hit up
tonight's party! I feel like a
princess in my gold sequined
Balmain dress. Be sure to 'heart'
this video! #StayBlessed!

Cicely uploads the video to Sadie's Instagram account and
we see hundreds of comments and likes starting to flood in.

Sadie checks herself out one more time in the mirror and
then grins devilishly.

Jana is already starting to feel unwell and we see her grab
her stomach and her face grimaces in pain, Sadie notices.

SADIE (CONT'D)
You don't look so hot Jana. Maybe
you should skip tonight's red
carpet?

JANA
Ugh, no, I'll be fine. I just
shouldn't do shot on an empty
stomach.

SADIE
True, God knows you don't need the
calories.

JANA
What?

SADIE
I mean, you look great. I think
it's really "inspiring" that
you're embracing your curves. It's
so Kardashian of you.

Jana looks like she's actually been punched in the stomach
after that insult.

JANA
Thanks, I guess I'll start a
cleanse next week.

Ex. A-5

5.

Sadie is looking at the girls, but her POV is directly into the camera as-if she's speaking to the audience.

                    SADIE
          Good idea. Anyway, it's time to
          give them what they want.

Sadie wipes her nose of any coke remnants and then steps out of the Escalade and we hear the paparazzi calling her name, the flashing lights of the cameras, and her adoring fans begging her for an autograph.

                                        CUT TO:


EXT. RED CARPET OUTSIDE OF THE NIGHTCLUB

PR GIRL (female, 20's, open ethnicity), dressed in all-black with a pen and clipboard escorts Sadie and her Squad to the front of the red carpet line.

She looks down at her clipboard and a surprised look comes across her face.

                    PR GIRL
          Ahh, Jana, you're up first? Not
          Sadie?

                    JANA
          Yeah, Evvy wanted to shake things
          up tonight by letting me go first.
          But only if it's ok with Sadie.

                    SADIE
          Of course, babe! Anything for my
          bestie.

                    PR GIRL
          Alright then, let's go Jana and
          don't forget to smile. You know
          the drill.

Jana is clutching her grumbling stomach and has turned pale. She approaches the red carpet and once she steps on it and all of the flashing lights go off, she crumbles to the ground, grabbing her stomach in pain and is too embarrassed to stand up because she's unable to control her bowel movement and has began to shit herself on the red carpet.

Sadie, without missing a beat, steps over Jana, and starts posing for the paparazzi, photographers, and the on-lookers, smiling and doing her signature struts and angles.

6.

                    SADIE
            (looks down at Jana)
        I told you, you guys always go
        *after me*. Now go clean yourself
        up. You're making me sick.

                    PAPARAZZI
        Say-Dee! Over here! Say-Dee! Look
        this way! Can we get a smile?
        Say-Dee!

Sadie looks back up at the photographers and continues to
smile and pose.

The PR Girl helps Jana up from the ground and ushers her
off of the red carpet.

                                        CUT TO:


INT. FANCY NIGHTCLUB

Sadie is being led to her V.I.P. table by a huge BOUNCER
(male, 30's, African-American) dressed in all black while
other PARTY GOERS are watching and taking photos and videos
of Sadie.

Right behind her is Cicely, who's still texting furiously,
followed by Penelope and Laeticia.

Waiting at their table is Sadie's boyfriend, MILES MASON
(male, 20's, Caucasian), a super hot YouTube star whose
claim to fame is pulling ridiculous pranks on his friends,
family, and strangers. Miles just landed his first film
deal and is ready to party.

Miles is surrounded by his HOT VLOGGER GUY FRIENDS and
fellow YouTube pranksters, LUKE (male, 20's, Hispanic),
who's equally hunky to Miles and is crushing on Jana, JAMES
(male, 20's, mixed ethnicity), who's the brains of the
group, and DAX (male, 20's, Asian), who's the funny guy of
the group.

                    SADIE
        Hi babe! You look so HOT tonight!
        And I can't believe that I'm
        dating a movie star.

                    MILES
        You're looking pretty smokin' your
        self babe. And I'm not a movie
        star yet, we just signed the
        contract, so we still have to
        shoot the damn thing.
                    (MORE)

Ex. A-7

7.

>                    MILES (CONT'D)
>          But I'm pretty pumped. You're
>          looking at the next James Bond!
>
>                    SADIE
>          Awwww, love...
>               (points to him)
>          You.
>
>                    MILES
>          Come sit on my lap and keep me
>          warm.

Sadie crawls onto Miles's lap and takes her rightful place
on the throne.

>                    SADIE
>          Let's take a selfie babe.

Sadie and Miles are taking a ton of selfies, videos, and
photos.

We pan out to see a packed club, music is bumping, the
drinks are flowing, everyone is laughing and dancing. The
L.A. elite party crowd are having the time of their lives.

We see Jana sheepishly rejoin the group at their V.I.P.
table and she's still looking pale and now has on the
bouncer's jacket wrapped around her waist.

Sadie tosses her a bottle of water at her and Jana grabs it
and starts chugging the water.

>                    SADIE (CONT'D)
>          Nice to have you back with us
>          Jana! What a 'shitty' way to leave
>          a party!

Everyone at the table erupts into laughter at Jana's
expense. It's clear that no one is willing to go against
Sadie and call her out on her mean girl antics. She's the
Queen Bee and what she says goes.

>                    JANA
>          Thanks, I'm just happy that I have
>          friends like you, Sadie, to look
>          after me.
>
>                    SADIE
>          Anything for my Squad and my
>          favorite bestie.

Sadie gives Jana air kisses. Cicely then interrupts and
pulls Sadie to the side.

8.

                CICELY
          (showing Sadie her
          phone)
    Look! The posts looking for Roxy
    are only getting worse.
          (beat)
    And the cops want to talk to me.
    Somehow they got my number, they
    know that we were all at the party
    the night Roxy went missing.

                SADIE
    Wait, slow down. These posts have
    nothing to do with us. And why do
    the cops want to talk to you?
    Everyone already knows that we
    were all at the party the night
    Roxy went missing. Like, where
    else would we be?

                CICELY
    Because she's been missing for
    three months and we're the last
    people to have seen her. What if
    the police figures out that the
    bloody hoodie left at her place
    belongs to me? I mean, how many
    people have the initials C.G.?
          (beat)
    Look, if I go down, you go down
    with me.

Sadie shrugs and then laughs.

                SADIE
    Whatever. The bitch had it coming.
    Besides, we didn't do anything
    wrong. Just keep your mouth shut
    and we'll be fine.

                CICELY
    I don't know Sadie. Maybe we
    should just tell the truth.

                SADIE
    Don't be an idiot Cicely. Besides,
    who would ever believe us? And
    don't forget, we all have secrets
    that are better left hidden.

Then we see flash lights throughout the club and a few
UNIFORMED OFFICERS and DETECTIVE MYERS (male, 40's,
Caucasian) and DETECTIVE GARCIA (female, 30's, Hispanic)
make their way through the thick crowd of partiers.

9.

The detectives and a few officers approach and make their
way to the V.I.P. table.

                    DETECTIVE MYERS
          Which one of you is Sadie
          Williamson?

                    DETECTIVE GARCIA
          And who's Cicely Gregory?

Sadie and Cicely exchange worried looks and both raise
their hands.

                    DETECTIVE MYERS
          Well, you're coming with us. In
          fact, you're all coming with us.
          I'm Detective Myers, and this is
          my partner, Detective Garcia, and
          we're the leads on the
          disappearance case of Roxy
          McDonough.

                    MILES
          I once watched a YouTube
          documentary on civil rights, like
          you can't take us anywhere without
          telling us why, or like, without a
          warrant or something.

Detective Myers and Detective Garcia both chuckle as if to
say, "this idiot."

                    DETECTIVE GARCIA
          Isn't Roxy McDonough, the missing
          girl, a friend of yours? We think
          that we have finally have a break
          in the case, just want to bring
          you guys down for a few questions.

                    DETECTIVE MYERS
          You all do want to help us find
          your friend, don't you?

                    SADIE
          Of course, we do. Just maybe
          tonight's not the right time.

                    DETECTIVE MYERS
          Let's go ladies and gents, now.

                                        CUT TO:

10.

EXT. FANCY NIGHTCLUB

While photographers, paparazzi, and bystanders are taking
pics and live-streaming, Sadie and her Squad are escorted
out of the nightclub by the two detectives and the
uniformed officers.

Sadie, who never misses an opportunity for a photo opp, is
waving and smiling at the cameras while her Squad and the
guys follow behind and are placed into cop cars.

CUT TO:

INT. LAPD FEMALE HOLDING ROOM

Inside of a large holding room, we see Sadie, Cicely, Jana,
Penelope, and Laeticia.

Sadie is sitting down, seemingly cool as a cucumber but we
zoom in to see her pinching the inside of her palm that
looks as though it's been harmed before.

Cicely is pacing back and forth, Penelope and Laeticia are
holding each other, and Jana, still looking ill, is sitting
down with a nervous twitch.

In walks Detective Garcia.

                    DETECTIVE GARCIA
          Hi ladies. Sorry to keep you hold
          up like this, but you know, space
          is limited and we don't want you
          mingling with the other inmates.

                    PENELOPE
          Are we under arrest? Since when is
          partying a crime?

                    LAETICIA
          Don't we get a phone call or like
          a tweet or something?

                    JANA
          Where's the bathroom?

                    DETECTIVE GARCIA
          No, you're not under arrest, we
          just want to ask you all a few
          questions regarding Roxy, we
          should have you out of here in no
          time and back to your partying.

The girls all give Detective Garcia a blank stare.

11.

                    DETECTIVE GARCIA (CONT'D)
          Would you like a phone call? Since
          you're not under arrest, there's
          really no need to call anyone.
                (to Jana)
          And you don't look too good, come
          with me, I'll take you to the
          ladies room.

Jana nods, and slowly gets up. Detective Garcia ushers her
out of the room.

Sadie makes sure Detective Garcia is out of ear shot.

                    SADIE
          Remember, we're a team, it's our
          Squad now. We stick together.

                                              CUT TO:


INT. LAPD MALE HOLDING ROOM

In another large holding room, we see Miles, Luke, James,
and Dax.

Miles is sitting down, biting his nails. Luke is pacing
back and forth. James is lost, deep in thought, and Dax is
blankly staring into space.

In walks Detective Myers.

                    DETECTIVE MYERS
          Howdy boys. We'll be getting you
          all squared away here in a few
          minutes. Just a few routine
          questions, since you boys were the
          last ones to see Roxy before her
          disappearance.

At this, Dax jumps up.

                    DAX
          No we weren't! And you're not
          going to pin this on us. I know
          how this goes down. You have no
          leads so you want to bust the frat
          guys for it. Well, we didn't kill
          her!

                    DETECTIVE MYERS
          Whoa, whoa, slow down there
          cowboy. Kill her? Who said Roxy
          was dead?
                    (MORE)

Ex. A-12

12.

                    DETECTIVE MYERS (CONT'D)
                As of now, she's still just a
                missing person. Is there something
                you want to tell me, son?

                    DAX
                My name's Dax, and no. I just
                like, assumed she was dead. She's
                like been missing forever.

All of the guys exchange worried looks and the air is
thick.

                    JAMES
                Look, my dad is a criminal defense
                lawyer and I can have him down
                here in a heartbeat.

                    DETECTIVE MYERS
                You're not under arrest, why do
                you need a lawyer? Something you
                want to confess?

Detective Myers pulls out a handful of IDs, and thumbs
through them, landing on a pic of James.

                    DETECTIVE MYERS (CONT'D)
                James, is it?

                    JAMES
                Yeah, that's me. And no, I have
                nothing to confess.

                    DETECTIVE MYERS
                Then why don't you pipe down and
                wait your turn. This can be quick
                and easy, or long and painful,
                just depends on how you guys want
                to play it.

The boys nod in unison.

                    DETECTIVE MYERS (CONT'D)
                Sit tight. I'll be back for ya.

                                                CUT TO:


INT. LAPD FEMALE HOLDING ROOM

Detective Garcia returns with a better looking Jana. Jana
sits down next to Sadie.

13.

                    DETECTIVE GARCIA
          Sadie? Will you come with me?
          Detective Myers and myself have a
          few questions for you.

Sadie looks up, and for the first time, a look of genuine
panic crosses her face.

                                          CUT TO:


INT. PRIVATE LAPD HOLDING ROOM - SADIE

Sadie sits across from Detective Myers and Detective Garcia
in a traditional interrogation room.

Detective Myers and Detective Garcia clearly have the
"playing dumb" routine down as to disarm their suspects.

                    DETECTIVE GARCIA
          So I see here that you have over
          15 million Instagram followers,
          that's pretty impressive. How many
          does Roxy have?

Sadie stares blankly.

                    DETECTIVE MYERS
          Oh, last time I checked she had
          about 14.5 million. Loved that
          funny video she did on how to hack
          prom dresses for the new, oh
          what's it called? Yeah, that's
          right, "The Millennial Prom."

Awkward silence from Sadie and Detective Garcia.

                    DETECTIVE MYERS (CONT'D)
          I have daughters.

Sadie and Detective Garcia nod.

                    DETECTIVE GARCIA
                 (to Sadie)
          That's right. But didn't you only
          surpass her in followers because
          once she went missing, her
          campaign with, oh what's that
          fashion brand, again?

                    DETECTIVE MYERS
          Fendi. Again, I have daughters.

Ex. A-14

14.

                    DETECTIVE GARCIA
          Yes, that's right. With Fendi,
          went to you in her absence? I
          mean, even I saw it and was pretty
          impressed. That must have been a
          pretty big campaign.

Detective Myers looks down at a few papers and then back
up.

                    DETECTIVE MYERS
          Actually, basically all of Roxy's
          social media campaigns have gone
          to you now, right?

Detective Myers looks back down at the papers again and
shows something to Detective Garcia.

                    DETECTIVE MYERS (CONT'D)
          Mmmhmm, and who's that handsome
          fellow in the holding cell? What's
          his name, again?

                    DETECTIVE GARCIA
          Miles.

                    DETECTIVE MYERS
          Yes, Miles Mason. Wasn't he dating
          her before she went missing? And
          according to your Instagram
          Stories, my daughter loves you
          by-the-way, and was kind enough to
          alert me to the fact that you're
          now dating Miles?

                    DETECTIVE GARCIA
          Yeah, seems like you stepped right
          into Roxy's life the moment she
          disappeared. Have you always been
          close to the other girls? Jana,
          Penelope, and Laeticia, is it?

                    SADIE
          Yes, that's them, and Roxy was one
          of my best friends too. I was
          lucky enough to be a part of her
          Squad. She really took me under
          her wing when I moved here from
          New York and the thing between
          Miles and I just sort of happened
          and it was Evvy's idea to replace
          Roxy with me for those brand
          deals.
                    (MORE)

15.

                        SADIE (CONT'D)
          I mean, I never can replace Roxy,
          but we had deadlines and our fans
          needed us. And Miles, we just both
          missed Roxy so much, we just found
          comfort in each other. Roxy was a
          real friend to me. I loved being
          her favorite bestie.
                    (beat)
          Literally, she taught me
          everything that I know. She's made
          me into the girl that I am today.
          I wouldn't be who I am without
          her.

Off of Sadie's distant yet pensive look.

                                            FADE OUT:


"TWO YEARS AGO, NEW YORK CITY" FLASHES ON THE SCREEN

                                            FADE IN:


INT. *VENEER MAGAZINE* OFFICES - NEW YORK, NY - DAY

Inside of *VENEER MAGAZINE* looks exactly like what you would
expect from one of the top fashion magazines in the world,
as we see leggy MODELS, busy JOURNALISTS, artsy
PHOTOGRAPHERS, stressed-out INTERNS, and cool DESIGNERS,
all working away.

And then we see an innocent-looking Sadie, in glasses,
mousy hair, minimal make-up, a tweed skirt, stockings, and
a tucked in white button-up shirt.

She's running around, with a hand full of papers, fabrics,
and Starbucks, all with a sweet smile on her face. We
follow her putting out fires around the office and
high-fiveing her co-workers.

                                            CUT TO:


INT. MARNIE GUSTAV'S OFFICE

Sitting like a Queen on her throne, MARNIE GUSTAV (female,
50's, gray hair, Caucasian), a fiercely intelligent,
independent, and intimidating woman who's been the
editor-in-chief of the magazine for the last two decades
and is also Sadie's boss.

                        MARNIE
          SAY-DEE!

                        Ex. A-16

Sadie rushes into Marnie's office and seamlessly places her
Venti Starbucks Macchiato onto her desk, picks up a
designer dress that needs steaming from her office chair,
and straightens the magazine pile on her office table.

                    SADIE
          Yes, Marnie?

                    MARNIE
          How long have you worked for
          *VENEER*?

                    SADIE
          Since I graduated from Columbia,
          so for almost three years. I
          started out as an editorial intern
          and I now love being your
          assistant for the past few years.
          With you being the editor-in-chief
          of VENEER Magazine for over the
          past two decades, I've already
          learned so much from you. I mean,
          you single-handedly made this
          magazine into one of the top
          fashion magazines in the world.
          This is my dream job.

                    MARNIE
          And I do appreciate how hard you
          work. You're extremely thorough
          and precise. Everything we look
          for in our team here at *VENEER*.

Marnie looks Sadie up-and-down.

                    MARNIE (CONT'D)
          And oddly enough, your eye for
          style when it comes to the shoots
          is getting more refined, which why
          I'm so very sad to have to let you
          go.

Sadie begins to sweat.

                    SADIE
          Is this about me mixing up
          Stéphane's Starbucks order? I
          swore he said whole milk and not
          almond milk, how was I supposed to
          know that he was lactose
          intolerant?
                    (beat)
                         (MORE)

17.

                    SADIE (CONT'D)
          I really love my job and I've been
          editing and writing in my spare
          time, and I'd love to show some of
          my articles to you. It would mean
          the world to me to one get
          published, in print, in the
          magazine.

Marnie stays stone-faced and then.

                    MARNIE
          Oh darling, you're not getting
          fired. You're getting promoted. I
          know we don't usually promote
          assistants this early on, but I'm
          the boss, so what I say, goes.
          There's a junior style editor
          position opening up at the end of
          the month since Katie is going
          back to rehab.

                    SADIE

          Uppers?

                    MARNIE

          Downers.

Sadie nods and audibly breathes a sigh of relief.

                    MARNIE (CONT'D)
          Think you're up for the challenge?

                    SADIE
          Yes, absolutely. It'd be an honor.
          Thank you so much, Marnie.

Sadie squeals and does a little victory dance and then
catches herself, straightens her dress, and clears her
throat.

                    SADIE (CONT'D)
          Will that be all Marnie?

Marnie nods.

                    MARNIE
          Yes, for now.

Sadie nods and turns to walk out of the office.

                    MARNIE (CONT'D)
          Oh, Sadie.

Sadie turns back around.

Ex. A-18

18.

                         SADIE
               Yes, Marnie?

                         MARNIE
               Congratulations, this is a huge
               accomplishment for such a young
               woman, and leave your article on
               my desk later for review - and
               your skirt is up in the back.

Sadie smooths out her skirt in the back and nervously nods
and laughs.

                         SADIE
               Yes, right, and thank you. Bye.

Sadie walks out of Marnie's office and when she's carefully
out of eyesight she resumes her victory dance.

                                             CUT TO:


INT. VENEER MAGAZINE - FASHION CLOSET

Sadie is sitting down among racks and racks of designer
clothes, shoes, and handbags, with DELILAH (female, early
20's, open ethnicity), a tall, leggy model, and PRINCETON
(trans, 30's, open ethnicity), a fabulously chic stylist.

The trio are doing a fitting for an upcoming shoot for
*VENEER*.

                         PRINCETON
               So, spill all of the tea,
               dah-ling! What exactly did Marnie
               say?

Princeton is simultaneously gossiping with Sadie while
measuring the hemline on Delilah's designer dress.

                         SADIE
               Well, I guess I'm getting promoted
               to junior style editor! Does this
               mean that I finally get to travel
               with you guys to location for the
               magazine shoots?

Sadie passes Princeton some safety pins for the dress.

                         SADIE (CONT'D)
               I mean, the photos from your last
               trip to India for the model
               throwback series with Naomi, Tyra,
               and Christy looked amazing.

19.

PRINCETON
This is fabulous news! Just
between us, I was rooting for you
the whole time! I would have just
gagged if Justine had gotten the
promotion over you.
(beat)
She's nice enough but her sense of
style is just dreadful! She wears
every-single-trend in one outfit!
That, my friend, does not make you
stylish.

Sadie sheepishly looks down at her own less-than stylish
outfit and pulls a multi-colored fur scarf from the racks
and throws it over her modest outfit. She does a slow twirl
around.

Princeton notices the change in Sadie's demeanor.

PRINCETON (CONT'D)
No dah-ling! You're always so
'mousy chic.' What makes you
fabulous is your *eye*. You have it.
That 6th sense about fashion and
style.
(beat)
And you're actually one hell of a
writer! I mean, who really reads
these days, anyway? But if I did,
I'd only read your stuff!
(beat)
But you should still let me give
you that make-over. A few
highlights and sequins will change
your life. I know there's a beauty
queen just dying to get out of
you!

DELILAH
Totally. I agree. You wouldn't
believe what I used to look like
before I started working with
Princeton. And now, I'm doing a
spread for *VENEER*!

CUT TO:

Standing in the doorway of the fashion closet is JUSTINE
(female, 20's, open ethnicity), and she's dressed up in a
super chic and trendy outfit.

20.

                         JUSTINE
                    (with a sarcastic tone)
                Maybe for our "New Year, New You"
                issue?

Sadie, Princeton, and Delilah, look up and see Justine, who
has her arms crossed. Clearly pissed off and has overheard
their entire conversation.

                         SADIE
                Justine, sorry, we didn't realize
                you were stopping by the fashion
                closet. Did you need something?

                         JUSTINE
                Hmm, I'm looking for the Charlotte
                Simone Popsicle Fur Scarf in
                Multi, that we borrowed from the
                Bergdorf's upcoming Fall/Winter
                season collection? I need it for a
                shoot that I'm doing with Rihanna.

Sadie looks down at her neck as she's wearing the scarf.
She takes the scarf off from her neck and offers it up to
Justine.

                         SADIE
                Here you go!
                    (beat)
                And I just wanted you to know that
                I really love your work too, and
                I'm looking forward to working
                together, I'm sure there'll be
                another junior editor spot opening
                up soon.

Justine looks Sadie up-and-down and gives a sly smile.

                         JUSTINE
                Even though you stole this
                promotion from me, **I'll never
                answer to someone like you.**
                    (beat, and then fake
                    smiles)
                But thanks for the scarf! Toodles!

Justine turns and saunters out of the fashion closet.

                         DELILAH
                Ugh, I just can't with her
                attitude! You totally deserved the
                promotion. Just because she's the
                entertainment editor's niece
                doesn't mean that she
                automatically gets the job.

                            Ex. A-21

21.

                    PRINCETON
               Nepotism is so '90's.

                    SADIE
               I just hope she doesn't give me a
               hard time. *VENEER* is my home. You
               guys are my family!

                    DELILAH
               What did she mean, "someone like
               you?"

     Sadie looks down at the floor.

                    SADIE
               Don't worry about it, I'm used to
               it. I guess people don't really
               take me seriously as a fashion
               editor.

                    PRINCETON
               Oh, pay her no mind! I meant what
               I said, congrats on your big
               promotion and we must celebrate
               this weekend over bottomless
               mimosas and avocado toast! I'm
               serious. This is a life-changing
               moment!

                    SADIE
                 (playfully mocking
                 Princeton's voice)
               Yes, we must celebrate dah-ling!
               But first, we dance!

     Sadie turns on a pop song on her iPhone, grabs a new fur
     scarf, and she, Princeton, and Delilah start to dance in
     the fashion closet.

     They continue to laugh, chat, and play with the clothes.

                                                        CUT TO:

     INT. SADIE AND CICELY'S NYC APARTMENT - SADIE'S BATHROOM

     We see Sadie in her bathroom, looking in the mirror and
     examining her face, touching her belly and her legs,
     pulling on the plush parts to see if she's "fat."

     She looks down at her cell phone and starts to swipe the
     photos of all of the social media influencers with "perfect
     bodies" partying on yachts, laughing in selfies, and taking
     trendy photos.

22.

Sadie lands on Roxy's page and we ZOOM IN to see photos of Roxy's stick-thin body in a tiny cherry red bikini while pretending to eat a big cheeseburger. She continues to swipe through Roxy's sexy and fab-life photos.

Her hands starts to shake and she lays down her cell phone on the sink. She then takes out a scale from underneath her sink and we see a yellow post-it note on it that reads, "**I AM NOT A NUMBER.**"

She looks at it for awhile and without weighing herself, she then places it back underneath the sink.

She opens her medicine cabinet and we see a plethora of yellow post-it notes with similar notes ranging from "I AM ENOUGH.", "I AM WORTHY.", "I GOT THIS.", "I AM BEAUTIFUL.", "REMEMBER WHO YOU ARE."

Sadie reads the post-it notes aloud to herself, closes her eyes and lets out a deep breath. She opens her eyes, feeling a bit woozy, and then we ZOOM IN on the bottle of pills in the cabinet, it reads, "Anti-anxiety Medication," she takes the bottle from the cabinet, opens it, and then pops two pills.

She then closes the medicine cabinet door and lets out a deep breath.

She looks back herself in the mirror and then attempts a feeble smile but fails.

> SADIE
> (quietly, to herself in
> the mirror)
> "Someone like me..."

FADE IN:

INT. LAPD FEMALE INTERROGATION ROOM

Sadie looks lost deep in thought while still sitting across from Detective Myers and Detective Garcia.

> DETECTIVE MYERS
> So Sadie, word on the street is
> that you and Roxy had a pretty big
> blow-up fight a few days before
> her disappearance. A few people
> caught it on video, got a ton of
> views.

Sadie snaps back in the present moment.

23.

                    SADIE
          It was just a squabble amongst us
          girls. No biggie.

                    DETECTIVE MYERS
          What was the fight about?

                    SADIE
          Umm, Roxy thought that I was
          crushing on Miles, but obviously,
          I wasn't, like girl code and all,
          loyalty within the Squad.

                    DETECTIVE GARCIA
          But aren't you and Miles dating
          now?

                    SADIE
          Yeah, but we only got together
          after Roxy's disappearance. You
          know, just consoling each other.

                    DETECTIVE GARCIA
          Convenient timing.

                    DETECTIVE MYERS
          Looks like you could use some
          water. Let's take a break and
          we'll call you back in a bit.

                    SADIE
          Why can't I go home now? I didn't
          do anything.

                    DETECTIVE MYERS
          You can go home soon, we just have
          a few more questions.

Sadie reluctantly nods and pushes her chair back from the
table and we see blood stains on the table as her palm is
now bleeding from her pinching it so hard.

Detective Garcia notices the blood.

                    DETECTIVE GARCIA
          Did you cut yourself? Your hands
          are bleeding.

Sadie looks down at the table to see blood and then at her
hands to see her palm bleeding. A feeling of shame and
embarrassment washes over her.

                    SADIE
          Oh yeah, I must have snagged my
          hand on something.

Ex. A-24

24.

>                    DETECTIVE GARCIA
>           Come with me, we'll get your hand
>           disinfected and cleaned up. I'm
>           sure we have some band-aids in our
>           first aid kit.

>                    SADIE
>           Thanks, that'd be great.

Detective Garcia gets up and walks Sadie out of the room.

CUT TO:


INT. LAPD PRIVATE INTERROGATION ROOM - MILES

We see both Detective Myers and Detective Garcia looking
straight ahead and then we pan to see Miles sitting across
from them.

>                    DETECTIVE GARCIA
>           You're pretty hot stuff Miles.
>           Heard you just got a feature film
>           deal? How did Roxy feel about
>           that?

>                    MILES
>           Yeah, it's pretty dope. First real
>           acting gig, worked my ass off for
>           it.

>                    DETECTIVE MYERS
>           You worked your ass off for it?
>           That's a very interesting way to
>           put it.

Miles grits his teeth.

>                    MILES
>           I busted my ass for that role. I'm
>           even going to do my own stunts.
>           Just because I'm on YouTube, that
>           doesn't mean that I can't act.

>                    DETECTIVE GARCIA
>           Never said you couldn't. No need
>           to get so defensive Miles, and
>           your own stunts? That's pretty
>           impressive.

>                    MILES
>           Thanks.

25.

                    DETECTIVE MYERS
          Son, it has nothing to do with
          YouTube, but I just heard that you
          only got the role because Roxy
          slept with the producer. She put
          out so you could get cast as the
          leading man. So technically, as
          the kids say, she worked her ass
          off for you to get the role.

Detective Myers grunts at his crass joke as he's trying to
get a rise out of Miles.

Miles clenches his fists and talks through gritted teeth.

                    MILES
          That's not true. I worked my ass
          off on YouTube for years and I
          killed it at my audition. I earned
          that role. I was born to play a
          young James Bond.

                    DETECTIVE GARCIA
          Born to play a young James Bond?
          Well what does the young James
          Bond know about what happened to
          Roxy?

                    MILES
          Honestly, dude. I don't know. And
          Roxy, would never do that. We were
          devoted to each other. She's not
          like those other skanks. I miss
          her everyday.

                    DETECTIVE GARCIA
          That's Detective Garcia, not
          'dude.'

Miles straightens up.

                    MILES
          Right, dude. Sorry, I mean
          Detective Garcia. Roxy was the
          love of my life. If I knew what
          happened to her, I'd tell you. You
          should be out looking for her
          right now and not asking me stupid
          questions about my acting career.

                    DETECTIVE MYERS
          'Was' the love of your life? Past
          tense? Do you know something about
          Roxy that we don't?
                    (MORE)

26.

                  DETECTIVE MYERS (CONT'D)
      This is still classified as a
      missing persons case, not a
      homicide.

Miles goes pale at the word, 'homicide.'

                  MILES
      Uh, no. I just mean, I don't know.
      I didn't mean anything by that.
      I'm just as scared as everyone
      else and I'm worried about Roxy.
      At first I thought she was running
      away for attention, you know to
      punish me.

                  DETECTIVE MYERS
      To punish you?

                  MILES
      Yeah, we had a fight. That night,
      but it was over something so
      stupid. I thought if I just gave
      her a bit of space, you know? I
      was going to buy her flowers and a
      new pair of shoes, but then, she
      just never came back.

                  DETECTIVE MYERS
      What was the fight over? And I see
      you have a bit of a temper on ya,
      things ever, you know, get
      physical between you and Roxy?
      Teach her a lesson?

                  MILES
      No way, man. Like I said, I miss
      Roxy everyday, and I would do
      anything to get her back. She was
      the best thing that ever happened
      to me. The stupid fight was over
      Sadie. She thought that there was
      something going on with her. That
      I was cheating on her.

                  DETECTIVE GARCIA
      Were you? I mean, you two are
      together now, looks a bit,
      suspicious.

                  MILES
      No way. Nothing happened between
      Sadie and me until after Roxy
      disappeared.
             (MORE)

27.

                    MILES (CONT'D)
          Honestly, I thought it was Roxy
          just being Roxy... but it's
          been...

                    DETECTIVE MYERS
          Three months?

                    MILES
          Three months. Have you guys found
          anything out? Are you any closer
          to finding her? She was, *is*, the
          love of my life. Just don't tell
          Sadie that I said that, ok?

Detective Myers and Detective Garcia nod. Detective Myers
then jots something down and Miles looks off in the
distance.

                                        FADE OUT:


INT. MILES L.A. APARTMENT

The inside of Miles' apartment looks like the
quintessential bachelor's pad. Hi-tech video game systems
everywhere, big flat screen TV, beer cans and snacks
sprawled all over the place, and posters of Victoria
Secrets models plastered on the wall.

Roxy is laying across Miles' sofa from head-to-toe with her
feet in his lap while he plays video games on his massive
flat screen TV.

                    MILES
          Bruh-ha! I just whopped this kid's
          ass in Madden! Take that bruh!!

Roxy chuckles at him. Miles then picks up the remote and
changes it to a football game and during the commercial
break, on-screen we see a commercial promoting Levine
Public Relations (LPR), that's owned by EVVY LEVINE
(female, 40's, Caucasian).

Evvy is L.A.'s most fierce fashion, beauty, and
entertainment publicist, and she represents both Roxy and
Sadie. She's talking directly into the camera with her
super chic Beverly Hills office as the backdrop.

                    EVVY
          At Levine Public Relations we
          pride ourselves in being advocates
          for the "#IAmYou" movement. To the
          good ole boys, your time is up!
                    (MORE)

28.

                    EVVY (CONT'D)
          It's time for us women to bond
          together in a real sisterhood! Let
          our brains, not our bodies lead us
          forward!
                    (beat)
          If your brand is ready to move
          forward with us, let's discuss how
          we can best partner with you. Call
          LPR at 555-125-6734.

Then we pan back to Roxy and Miles on the couch, watching
the commercial.

                    MILES
          Babe, isn't that your publicist?
          Evvy?

                    ROXY
          Yeah, it's her. The Dragon Queen.

                    MILES
          I thought she was getting you
          really good deals?

                    ROXY
          She is, but I'm so sick of all of
          this #IAmYou stuff. Like,
          sometimes a girls gotta do what a
          girls gotta do.

                    MILES
          Don't be so hard on her. Seems
          like she's really looking out for
          you girls. Changing the world and
          stuff.

Roxy sits up on the couch and turns cold toward him.

                    ROXY
          I'm officially over talking about
          Evvy.

                    MILES
          Babe? What's wrong? I didn't mean
          to upset you.

                    ROXY
          Let's just change the subject, ok?

                    MILES
          Hmm, I think there's other things
          that we can focus on.

29.

Miles then takes Roxy into his arms and starts to caress her. She returns his advances and caresses his hair and kisses his forehead, then his cheeks, and then they start making out passionately and then they make love. There is a genuine connection between them.

Roxy and Miles are now laying on the couch together and caressing each other.

                    MILES (CONT'D)
          Babe, did I tell you that I booked
          the movie? This will be huge for
          my career. Maybe they'll even turn
          it into a franchise. Can you
          imagine it? "The Young James Bond:
          Part 5: Malibu Hunk!"

                    ROXY
          I'm so proud of you babe! I knew
          you'd get it, I mean, I definitely
          put in the work to get you the
          part...

                    MILES
          What do you mean that *you* put in
          the work?

Roxy chuckles.

                    ROXY
          You don't think that you got the
          job based on your actual talent,
          do you? I mean come on, Miles.
          Goofing off on YouTube doesn't
          exactly make you Leonardo
          DiCaprio.

                    MILES
          Babe, of course I did. Like, I did
          my own stunts in the audition, the
          director, Paul, and the producer,
          JC, were floored.

                    ROXY
          The producer was floored alright.

Miles gives Roxy a confused look.

                    ROXY (CONT'D)
          Ugh, Miles don't be so naive.
          There's no way you would've gotten
          that part if I hadn't gotten on my
          knees.

Miles pushes Roxy off of him.

Ex. A-30

30.

                    MILES
          So not only did you cheat on me,
          lied to me, but you don't even
          actually believe in me. I could
          have gotten that role on my own.

                    ROXY
          Look in the mirror, Miles. No you
          couldn't have.

                    MILES
          And now, I'll be the laughing
          stock on-set. "Pretty boy gets
          part because slutty girlfriend
          puts out." I can't believe you
          would do this. I can't believe
          that you would do this to me - to
          us.

                    ROXY
          I thought you'd be happy. I did it
          for you! I did it for us! I could
          have asked for a role for myself,
          but I knew how much this meant to
          you. This role will put you - us -
          on the map. It'll take us to the
          next level. No more of this social
          media bullshit. We'll be the next
          Brad and Angelina.

                    MILES
          They're divorced.

                    ROXY
          You know what I mean. Plus, no one
          will ever find out. I made sure of
          it.

Miles is still livid, but intrigued.

                    MILES
          How do you know it won't get out?
          Roxy, what did you do?

                    ROXY
          Let's just say that I made a
          little home video of my session
          with JC. If Evvy taught me
          anything, it's that you always
          need collateral. Plus, I heard
          that him and his wife didn't even
          have a prenup, so all I have to do
          is send her the video and he'll be
          ruined. Our secret is safe.

31.

                    MILES
          So now you're a porn star too. I
          don't know what to think, Roxy.
          You've made a fool of me, a fool
          of us. I can't even look at you. I
          don't even know who you are
          anymore.

Roxy pulls out a flash drive from her purse that's laying
on the coffee table and shows it to Miles.

                    ROXY
          Come on Miles, grow up. As long as
          I have this flash drive, our
          secret is safe. JC would lose
          millions in a divorce settlement,
          let alone his career would be
          over. The press would have a field
          day with this. Don't worry baby.
          Who always takes care of you?

Miles just stares at her, in disbelief as Roxy runs her
fingers through his hair and is still caressing him.

                    MILES
          You always take care of me.

                    ROXY
          That's my Miles, that's my baby.
          No matter what, we always have
          each other.

Roxy and Miles embrace but we see the anger and disgust
still lingering on Miles' face.

                                        FADE TO:


INT. LAPD PRIVATE INTERROGATION ROOM - MILES

Miles' eyes are glazed over. Detective Myers and Detective
Garcia look at him skeptically.

                    DETECTIVE MYERS
          Ok, thanks Miles. That's all for
          now.

                    MILES
          Yeah, like I said, she was the
          love of my life.

Miles clenches his fists again.

32.

                    MILES (CONT'D)
          Is it cool if I head home now?
          I've got an early call-time
          tomorrow.

                    DETECTIVE MYERS
          Not just yet, we have a few more
          questions for you and your
          friends.

                    DETECTIVE GARCIA
          Love of your life, eh? Like we
          said before, we heard she was
          banging your producer.

Miles bangs his fists on the table.

                    MILES
          Dude! I mean, Detective Garcia, I
          need to get outta here. So unless,
          I'm under arrest, I'm out.

                    DETECTIVE MYERS
          Whoa there son, I see that temper
          of yours is back. Like I asked
          before, did Roxy ever see just how
          mad you can get?

Miles' eyes grow dark.

                    MILES
          Lawyer.

                                        CUT TO:


INT. LAPD FEMALE HOLDING ROOM

We see Sadie sitting down, visibly growing more anxious as
she starts to chew on her perfectly manicured nails and her
palm is now bandaged.

Jana is now asleep with her head propped on Penelope's
shoulder and Laeticia is playing with Penelope's hair.

                    SADIE
          I wonder what they're asking
          Cicely.

                    LAETICIA
          Well, what did they ask you? I
          mean, we don't know where Roxy is.

33.

                    SADIE
          They really didn't ask me too
          much. But we should keep our
          answers short, don't give any
          additional details.

                    PENELOPE
          I hope she's okay. But I heard
          about this girl, that once fell
          down a well and they didn't find
          her for months and by the time
          they did, she had turned into a
          pile of smelly goo. True story, I
          saw it on E!'s True Life
          Mysteries.

Sadie sighs and then rolls her eye.

                    SADIE
          Shut up Penelope.

                    PENELOPE
          But we really don't know anything,
          right?

                    SADIE
          We just have to stick together.
          Squad for life.

                    LAETICIA, PENELOPE
          Squad for life.

                                        CUT TO:


INT. LAPD PRIVATE INTERROGATION ROOM - CICELY

We see Cicely, stone-faced, sitting across from Detective
Myers and Detective Garcia.

Detective Myers is thumbing through his files, pretending
to look for something important while Detective Garcia
assumes the role of "good cop."

                    DETECTIVE MYERS
          Your friend Miles lawyered up.

                    CICELY
          He's not my friend.

                    DETECTIVE MYERS
          Isn't he a part of your cool kids
          clique? I hear he's dating Sadie
          now.

                    Ex. A-34

34.

                    CICELY
          I tolerate him.

                    DETECTIVE GARCIA
          Yeah, I know how you feel. I used
          to have to put up with all of the
          meatheads that my best friend
          dated in college. You should have
          seen them. Typical frat guys.

                    CICELY
          You have no idea.

Detective Myers, pretending to find some new piece of
evidence.

                    DETECTIVE MYERS
          Whoa. Look at this.

Detective Myers scans the paper.

                    DETECTIVE MYERS (CONT'D)
          Seems as though there was a dark
          blue hoodie found at Roxy's
          apartment.

Detective Myers shows the paper to Detective Garcia and she
scans the paper.

                    DETECTIVE GARCIA
          Do you own a dark blue hoodie,
          Cicely?

Cicely uncomfortably shifts in her chair.

                    CICELY
          I think almost everyone owns a
          dark blue hoodie.

                    DETECTIVE GARCIA
          Fair point. But how many have the
          initials C.G. monogrammed on them?
          Your last name is Gregory, right?

                    CICELY
          Yes it is, but I can't speak to
          that hoodie, because it's not
          mine.

                    DETECTIVE MYERS
          Were you at the Roxy's party the
          night she disappeared? I believe
          you kids were celebrating Miles
          booking that action film.

35.

                    CICELY
          Of course I was there, but I
          barely even saw Roxy.

                    DETECTIVE GARCIA
          You two weren't friends?

                    CICELY
          No, not really. She's not really
          my type of girl.

                    DETECTIVE GARCIA
          And what's your type of girl?

                    CICELY
          I don't know. Real, loyal,
          intelligent. The way... the way
          Sadie used to be.

                    DETECTIVE GARCIA
          I sense some resentment there.
          Were you jealous of how close Roxy
          and Sadie were? Were you angry
          that Sadie had moved on and
          replaced you?

     Cicely jerks in her chair.

                    CICELY
          Roxy was just using Sadie. As her
          new pawn in her stupid "Squad."
          She didn't know Sadie the way I
          knew her, she didn't care about
          Sadie the way that I cared about
          her!

                    DETECTIVE GARCIA
          She didn't love Sadie the way that
          you love her?

     This lands hard on Cicely. The tension in the air is thick.

                    CICELY
               (quietly)
          Roxy didn't deserve a moment of
          Sadie's time. Not a single moment.

                                        FADE OUT:


     INT. SADIE AND CICELY'S NYC APARTMENT

     Sadie is filling two wine glasses with Rosé and is now in
     her comfy PJs.

36.

We PAN the apartment to see photos of Sadie and Cicely at brunch, hiking, on vacation, at their high school graduation, and photos of them together as children.

It's clear that they've been friends since childhood and it's noticeable in the photos of them as children that there's *three* young girls in all of the photos.

Sadie takes both glasses to the sofa where Cicely is eagerly waiting for her with a bowl full of popcorn and the TV humming in the background.

                    CICELY
          So did you crap your pants when
          Marnie 'the Madame' said she was
          sad to lose you?!
                    (beat)
          Could you imagine if you,
          perfect-little-Sadie-Williamson
          actually got fired?

Cicely snorts and doubles over in laughter at the ridiculous thought.

                    SADIE
          Ha-ha, very funny. Laugh at my
          pain! I thought for sure Stéphane
          had complained and I was a goner.
          But can you believe it?! I'm going
          to be a junior style editor!!

Sadie and Cicely cheers each other and take a big gulp of their Rosé.

                    SADIE (CONT'D)
          So how was your day? Have you
          hacked your way into some top
          secret government website on the
          dark net, yet?

                    CICELY
          You still have no idea what I do,
          do you?

Sadie playfully shrugs.

                    CICELY (CONT'D)
          I work in I.T., like tech,
          computers, hacking, and coding.
          Basically when one of those fancy
          corporations need anything
          computer-related fixed, I'm their
          Gal Friday.

37.

              SADIE
          I should totally write a blog post
          about how to be a bad-ass female
          hacker! Are you down to be
          interviewed? Can I follow you
          around for a day-in-the-life?

Sadie takes her laptop from the living table and plops it on her lap and opens it.

                              ZOOM IN:

We see on Sadie's laptop her blog, "Sadie Says!" She scrolls through her blog and we see photos and posts of food, travel, fashion, style tips, and cute animals.

It's clear that it's a fun, positive, light-hearted, and funny blog.

              CICELY
          I still say that you start
          blogging full-time. Did you see
          how much money Roxy McDonough made
          last week after posting about some
          random shampoo that she used? It's
          insane.

              SADIE
          *You* know who *Roxy McDonough* is?
          I'm shocked!

              CICELY
          Oh hush. Just because I believe
          that people should actually have
          talent in order to be rich and
          famous, doesn't mean I'm out of
          touch.

Sadie laughs and playfully tosses a sofa pillow at Cicely.

              SADIE
          I don't know if I have what it
          takes to really make it as a
          blogger or a social media
          influencer. Would brands even want
          to sponsor me? I don't look like a
          "Roxy McDonough."

              CICELY
          That's the beauty of it! You don't
          have to look like a cookie-cutter
          version of everyone else. You can
          be you, in all of your
          Sadie-awesomeness and start making
          bank!

38.

                    SADIE
          It'd be pretty sweet to work for
          myself, but climbing my way to the
          top of the *VENEER* ladder has
          always been my dream.

                    CICELY
          Maybe it's time for a new dream?
          Plus, who even reads magazines
          anymore? The future is digital.
          Hell, 'the now' is digital.
          Everything is online.

Sadie takes a moment to let this sink in, but doesn't want
to reveal that Cicely has a valid point.

Then Sadie's cell phone beeps and she grabs her phone and
starts watching an Instagram Live video, intently.

                    CICELY (CONT'D)
          Who's that? What's up?

                    SADIE
               (without looking away
               from her phone)
          I get alerts whenever Roxy goes
          live on Instagram.

Cicely rolls her eyes.

                    CICELY
          Come on Sadie, this is our time.
          Put the phone away and let's watch
          the Housewives, it's my only pop
          culture guilty pleasure.

Sadie is immersed in her phone and is no longer actually
listening to Cicely.

                    SADIE
          Can you believe Roxy is dating
          Miles Mason? He's like, my
          ultimate crush. I think they're
          going on vacation to Cabo next
          week. Do you think we could go to
          Cabo next week?! And like,
          accidentally bump into them?

                    CICELY
          I'm serious Sadie, put the stupid
          phone away. Roxy is so fake. Plus,
          we're supposed to celebrating your
          big promotion tonight. Want to
          order in Thai?

39.

Sadie is completely ignoring Cicely at this point and is
watching Roxy's Instagram Live videos.

Cicely grabs the remote control and turns up the volume of
the television to an uncomfortably high volume.

Sadie stands up, annoyed.

                    SADIE
          Geez, now I can't hear Roxy!

Sadie walks into her room and slams her door to watch Roxy
Instagram Live videos in peace.

Cicely turns off the television, defeated.

                    CICELY
          Happy promotion day to you too.

                                             FADE IN:


INT. LAPD PRIVATE INTERROGATION ROOM - CICELY

Cicely is now back to being stone-faced, sitting cross from
Detective Myers and Detective Garcia.

                    DETECTIVE MYERS
          So you and Sadie used to be
          roommates back in New York City,
          right?

                    CICELY
          Yeah, we grew up together in
          Upstate New York and after college
          we moved in together.

                    DETECTIVE MYERS
          Thick as thieves I assume?

                    CICELY
          You could call it that.

                    DETECTIVE MYERS
          Mmmhmm, well, I think we're gonna
          need you to bring in your dark
          blue hoodie. You know, just to
          rule you out.

                    CICELY
          Rule me out of what? I thought
          Roxy was just missing?

Detective Myers and Detective Garcia exchange glances.

40.

                    DETECTIVE GARCIA
          Well, we found something. And you
          and your cool kids crew aren't
          going anywhere just yet.

                    CICELY
          What did you find? I already told
          you, that hoodie wasn't mine.

Silence from Detective Myers and Detective Garcia.

                    CICELY (CONT'D)
          Her body? Did you find her body?

                    DETECTIVE MYERS
          That's classified information.
          Later on we'll have a uniform
          escort you back to your place so
          you can pick up your hoodie and
          bring it back here, just to make
          sure the one that we found isn't
          yours.

Cicely starts to sweat and squirm.

                    CICELY
          I think I'm going to need a
          lawyer.

Detective Myers grunts.

                    DETECTIVE MYERS
          Just as I thought, just like your
          friend Miles.

                    CICELY
          He's not my friend.

                                              CUT TO:


INT. LAPD DETECTIVE MYERS OFFICE

Detective Myers is sitting at his desk with a fresh cup of
coffee. Him and Detective Garcia are going over papers,
photos, and files for the case.

Next to his desk is a large board with photos of everyone
with arrows on how they are all connected to each other.

                    DETECTIVE GARCIA
          The kids are still in the holding
          cells. How long can we keep them?

41.

                         DETECTIVE MYERS
              For as long as we need, or until
              they all lawyer up. Anyway, so
              what are ya thinking? The missing
              girl is definitely dead.

                         DETECTIVE GARCIA
              I'd feel a lot more comfortable if
              we had an actual body, Cicely will
              figure out that we were just
              testing her soon enough. As of
              now, all we have is that this
              social media starlet hasn't been
              seen or heard from in the last
              three months after throwing a
              blowout party for her YouTube star
              boyfriend and a bloody hoodie. I
              have to hand it to them, for a
              bunch of party kids, they sure
              aren't talking.

                         DETECTIVE MYERS
              It's not a standard kidnapping
              case or else there'd been a ransom
              asked for by now.

                         DETECTIVE GARCIA
              Have we heard anything from the
              missing girl's family?

                         DETECTIVE MYERS
              They are holed up at the Sunset
              Hotel until there's a break in the
              case. Prior to that they'd been
              island-hopping, so they aren't
              suspects.

                         DETECTIVE GARCIA
              They must be worried sick though,
              their golden girl is missing.

                         DETECTIVE MYERS
              Golden, eh? From what I hear, Ms.
              McDonough had quite the mean
              streak. You know, "Queen Bee" and
              all.

                         DETECTIVE GARCIA
              I definitely do. Back in high
              school, our Queen Bee was called
              Betsy Kirby. She made my life a
              living hell but I would have done
              anything to impress her.
                              (MORE)

                            Ex. A-42

42.

                    DETECTIVE GARCIA (CONT'D)
          To be accepted into her coveted
          cool girls group. The only saving
          grace was that we didn't have
          social media back then. Every
          moment of my awkward years weren't
          publicly documented the way they
          are today. Must be unbearable with
          the cyber bullying.

                    DETECTIVE MYERS
          True. Which is brings me to the
          question, where is Roxy's phone?
          Her social media trail goes cold
          at 11:37pm the night of her
          disappearance. If we could find
          it, we would be able to piece
          together more of what happened to
          her, who took her, and where she
          might be right now. Or at least,
          where her body might be right now.

                    DETECTIVE GARCIA
          That's what been bothering me. No
          phone, no body, and her friends
          almost seem as though that they
          could care less that she's gone.
          Would you be out partying if your
          best friend was missing?

                    DETECTIVE MYERS
          Let's bring back that Sadie into
          questioning. She had the most to
          gain with Roxy's disappearance.

                    DETECTIVE GARCIA
          But you know who else had a lot to
          gain from Roxy's disappearance?

                    DETECTIVE MYERS
          Who?

Detective Garcia gets up from the desk and walks up to the
large board.

                    DETECTIVE GARCIA
          Ever since Roxy disappeared, her
          social media accounts have blown
          up, all of her beauty and fashion
          brand deals have flown off the
          shelves. She's worth more now than
          she ever was before.

Detective Myers nods.

43.

Detective Garcia points at the photo of Evvy.

> DETECTIVE GARCIA (CONT'D)
> And this is Evvy Levine. She's
> both Roxy's and Sadie's publicist.

> DETECTIVE MYERS
> Could there have been some sort of
> conflict of interest? Representing
> both girls?

> DETECTIVE GARCIA
> I'll have the guys look into it,
> but she's one of the hardest
> hitting publicists in L.A., and
> now she's getting 100% of the
> sales money from Roxy's
> endorsement deals. With the press
> and social media coverage of Roxy
> disappearance, she's cashing in.

> DETECTIVE MYERS
> But why would she hurt Roxy? Sure
> the extra cash flow is nice for
> now, but the buzz will fade on the
> missing girl eventually and then
> she's out of her cash cow.

> DETECTIVE GARCIA
> Who knows? Maybe things were going
> south with the social media
> Princess. Maybe, she was looking
> for new representation.

> DETECTIVE MYERS
> Let's get Evvy down here too.

> DETECTIVE GARCIA
> I'm on it.

CUT TO:

INT. INSIDE LAPD OFFICES

We see Sadie walking with Detective Garcia towards her
private interrogation room, and then we see Sadie visibly
notice Evvy walking past her on the opposite side of the
room being guided by Detective Myers.

In slow motion, they make eye contact and Evvy puts her
index up over her lips to make the, "Shh," sign. Sadie nods
and then smirks and then looks straight ahead while being
led into her private interrogation room.

44.

CUT TO:

INT. LAPD PRIVATE INTERROGATION ROOM - EVVY

Evvy is sitting across from the detectives as if she's the one giving the interview.

                    EVVY
          Where exactly are you on the case?
          What progress have you made? Who
          are your top suspects? And when,
          exactly, can I leave?

Detective Myers and Detective Garcia exchange, "Here we go," looks.

                    DETECTIVE MYERS
          We're the ones who ask the
          questions around here, Ms. Levine.

Evvy smiles tersely.

                    EVVY
          Then go on. Let's do this. What do
          you want to know?

                    DETECTIVE MYERS
          So, I see that you're Roxy's
          publicist? What exactly does that
          entail?

Evvy looks a bit annoyed and then her eyes trail off.

FADE OUT:

EXT. OUTSIDE OF THE LEVINE PUBLIC RELATIONS (LPR) OFFICES - LOS ANGELES, CA - DAY

We pan down the luxurious streets of Beverly Hills with BEAUTIFUL PEOPLE shopping, eating at cafes, and strolling down the street.

We pan up to see a beautiful L.A. skyline littered with palm trees and designer buildings.

We then land on the exquisite LPR building, Levine Public Relations, clearly in a very posh area of Beverly Hills.

CUT TO:

45.

INT. LPR BUILDING - EVVY'S OFFICE

We pan a long boardroom table with strategically placed
white flowers, modern art on the walls, and a sleek
interior decor, to land at Evvy standing in front of a
board full of head shots.

She's dressed smartly and is with two her ASSISTANTS,
KAITLYN, (female, 20's, Caucasian, with thick striking red
hair), also known as Kaitlyn with a 'K,' and CAITLYN,
(female, 20's, open ethnicity), also known as Caitlyn with
a 'C.'

We pan to see the distinction written on their monogrammed
phone cases that are placed next to their laptops as they
sit across from each other at the boardroom table while
clicking away at their laptops and taking notes.

> EVVY
> Kaitlyn and Caitlyn, who's our top
> candidates for our 'Butterfly
> Project?'

Evvy points to a photo of BECCA JOHNSON, (female, 20's,
open ethnicity), face is caked with make-up and contour.

> KAITLYN
> We have Becca Johnson. She's huge
> in the beauty and make-up tutorial
> space. But she's already very
> plastic-y. Have you seen her in
> person? I wanted to light a match
> near her face and see what
> happens.

Kaitlyn and Caitlyn cackle in unison.

> CAITLYN
> Don't be crass, Kaitlyn.

> KAITLYN
> Whatever, Caitlyn.

Evvy then points to AMANDA CLARKE, (female, 30's,
Caucasian), blonde, thin, cheesy grin, and looks like the
perfect and cookie cutter "Mommy Blogger."

> KAITLYN (CONT'D)
> We also have Amanda Clarke. She
> runs marathons and is a complete
> health nut. Her video on how to
> trick your hubby into eating all
> vegan during the Super Bowl went
> viral within 24 hours of posting.

46.

Evvy then points to the photo of POPPY P, (female, 20's, mixed ethnicity), crunchy, granola, quintessential hipster millennial.

                    EVVY
          And who's this?

                    CAITLYN
          That's Poppy P. Her thrift store
          finds turned into red carpet looks
          is all of the rage on YouTube.
          Could be interesting to see what
          we would do with her.

                    EVVY
          No, no, no. None of these girls
          work. They're all so... basic, in
          the most boringly predictable way.
          We need a girl that's just below
          the radar. We need a girl that no
          one will see coming.

Evvy scans the board of head shots and lands on Sadie's smiling, innocent face, and points at her headshot.

                    EVVY (CONT'D)
          Hmm, and who's this girl? I don't
          remember adding her to this list.

Kaitlyn scans her iPad for her notes.

                    KAITLYN
          That's Sadie Williamson of, "Sadie
          Says!" She blogs about being a
          lowly fashion assistant at *VENEER*,
          her obsession with cheese, her DIY
          mood boards, and her homely
          looking bestie, a girl named
          Cicely Gregory.

                    EVVY
          She's a fashion assistant at
          *VENEER*? Who's assistant?

                    CAITLYN
          Hmm, looks like she's Marnie
          Gustav's assistant.

Kaitlyn and Caitlyn exchange knowing looks.

                    EVVY
          Marnie's? How delightful. I still
          wonder how that old cow keeps a
          job.
                         (MORE)

47.

                    EVVY (CONT'D)
                (beat)
            What do you ladies think?

                    CAITLYN
            She's actually really funny, and
            shockingly, a really good writer.

                    KAITLYN
            She's cute.

                    CAITLYN
            She's quirky.

                    EVVY
            She's perfect.

    Evvy devilishly grins from ear-to-ear. Then we hear both
    Kaitlyn and Caitlyn's phones buzzing. They each look down
    at their phones.

                    KAITLYN, CAITLYN
            It's time for our Reformation
            shoot with Roxy.

                    EVVY
            Fine. Let's pick this up tomorrow,
            girls. But I we need that girl
            here soon in order for this plan
            to work. And it has to work.

                                            CUT TO:

    EXT. MELROSE AVE., LOS ANGELES, PAUL FRANK PINK WALL

    Roxy, Jana, Penelope, Laeticia, Miles, a PHOTOGRAPHER,
    (male, 20's, open ethnicity), and his ASSISTANT, (female,
    20's, open ethnicity), are all doing a fashion shoot for
    Roxy's Instagram page in front of the Insta-famous Paul
    Frank Pink Wall.

    They are doting on a demanding Roxy who's wearing a tiny,
    bright cherry red bikini, gold heels, oversized shades, and
    a floppy hat with a full-length fur jacket in 80 degree
    L.A. weather, while holding an iced coffee from Starbucks.

    We then see Evvy, Kaityln, and Caitlyn approach the group.

                    ROXY
            Evvy! Do you think this is my best
            angle for Instagram?

48.

Roxy awkwardly switches from her left-side to her right-side and back again. We notice that she has a pimple on her chin.

                    EVVY
          All sides are your best side,
          dear.
                    (beat)
          But I'll have to clean up that zit
          in photoshop. We need you to be
          flawless for your adoring fans.

Evvy looks Roxy up and down.

                    EVVY (CONT'D)
          Maybe lay-off the carbs? I heard
          they cause break-outs.

                    ROXY
          You're too good to me.

                    EVVY
          Other than that, looking good
          Roxy, but we need your Instagram
          engagement up if we're going to
          land that Fendi campaign.

                    ROXY
          What else can I do, though? I've
          been posting my ass off. I've
          dropped 20 pounds since last year,
          I got lip fillers, Botox, and the
          Brazilian butt-lift.

Roxy points to Miles who's goofing off with the other girls.

                    ROXY (CONT'D)
          And, I started dating... that.

                    EVVY
          Please dear. We all know that
          you're actually in love him. I
          know I made you date because of
          his YouTube stardom and we used
          him to get you his followers, but
          admit it, you feel for the idiot.
                    (beat)
          Anyway, maybe a pregnancy scare to
          drum up drama? Or perhaps a
          wedding proposal? The weirdos that
          follow you will eat that up.

49.

                    ROXY
          Miles is up for a role in that new
          Young James Bond movie. Maybe that
          could help?

                    EVVY
          Well then we should make sure that
          he gets it, shouldn't we?

                    ROXY
          I don't know. He can't act to save
          his life. And there's this other
          YouTuber, Shawn Davies, who has
          like a million more followers than
          him that's also up for the role.

                    EVVY
          Who's the director?

                    ROXY
          Some guy named Paul.

                    EVVY
          And the producer?

                    ROXY
          Some guy named JC.

                    EVVY
          Good, we can use this to our
          advantage. JC, the producer of the
          film, and I go way back, he's an
          old friend. I could set-up a
          meeting with him.

Roxy breathes a sigh of relief.

                    ROXY
          That would be wonderful! I know
          Miles would die to meet him.

                    EVVY
          Oh no dear. The meeting wouldn't
          be with Miles.

                    ROXY
          Then who would the meeting be
          with?

                    EVVY
          With you, of course.

                    ROXY
          With me? Why me?

                    EVVY
          Don't be so naive, Roxy. How
          *exactly* do you think anything gets
          done in this town? How deals are
          really made? How stars are
          actually born? They are born out
          of blood, guts, and tears. It's
          time decide *exactly* how far you're
          willing to go to make your dreams
          a reality. Because trust me, sweet
          little girl, the *next* girl is
          definitely ready, willing, and
          able.

Roxy looks like the wind has been knocked out of her.

                    EVVY (CONT'D)
          So which is it? Have I been
          wasting my time grooming you all
          of these years? Or are you ready
          to take your career to the next
          level?

Roxy takes a beat to think this through, we see in her eyes
that she makes the decision to do it, and starts to cry.

                    ROXY
          Do I have to... do I have to
          actually sleep with him?

                    EVVY
          Sleep with him. Suck him off. Let
          him pee on you. Whatever it takes
          to get the job done. A movie for
          your man and a Fendi campaign for
          you.

Beat.

                    EVVY (CONT'D)
          Are you in or out? Because I could
          as easily drop your scrawny little
          ass back to the God-forsaken farm
          town in Utah that I took you from.

Roxy is still crying.

                    ROXY
          Just let me know where I need to
          be and when.

Evvy nods.

51.

                    EVVY
          Consider it done. Now, wipe your
          tears and get back on-set, you're
          wasting good sunlight.

Evvy turns and walks away and starts texting on her phone.
Roxy wipes away her tears, straightens herself out, and
then turns and smiles and waves at an adoring Miles.

                                        FADE IN:


INT. LAPD PRIVATE INTERROGATION ROOM - EVVY

Evvy blinks and her attention comes back to the room.
Detective Myers and Detective Garcia stare at her.

                    EVVY
          It's the usual. I just look after
          my girls and negotiate their
          deals. I really consider myself a
          "Momma Bear."

                    DETECTIVE MYERS
          "Momma Bear," eh? We heard that
          Roxy was going to drop you. That
          there was some unresolved friction
          behind-the-scenes.

                    DETECTIVE GARCIA
          Where were you on the night of her
          disappearance? Did you go to the
          party?

                    EVVY
          Me? Partying with a bunch of 20
          year olds? I couldn't think of
          anything more loathsome. I'm sure
          Roxy is off in Ibiza and this is
          some huge misunderstanding. Now,
          if you're done with your silly
          little questions. I really must be
          going.

At that moment, in walks a YOUNG UNIFORMED OFFICER, (female
30's, open ethnicity), and she passes Detective Myers a
piece of folded paper and then slips back out of the door.

Detective Myers then unfolds the paper, reads it, shifts
uncomfortably in his chair, and then hands Detective Garcia
the paper to read. Detective Garcia almost gasps after
reading the paper but is able to maintain her composure.

52.

> DETECTIVE MYERS
> I think you're going to need to
> make yourself comfortable, Ms.
> Levine. We just got some, umm,
> very disturbing news.

> EVVY
> Is it Roxy? Did you guys finally
> do your job and find her? Is she
> safe?

> DETECTIVE MYERS
> Ms. Levine, do you happen to own a
> Black Range Rover?

Detective Myers and Detective Garcia exchange looks.

CUT TO:

EXT. RUNYON CANYON - NIGHT

We see an abandoned, crashed Black Range Rover deep in the
woods of Runyon Canyon and it's taped off with police tape
with UNIFORMED POLICE OFFICERS patrolling the area with
flash lights and police dogs.

A UNIFORMED OFFICER, (male, 20's, open ethnicity), opens
the trunk of the SUV and we see the lifeless arm hang out
of its trunk as it's attached to the cold, dead BODY of a
young girl, and then we see her long, thick, strikingly red
hair, flow and dangle from her lifeless head. We then see
the initial "K" monogrammed on her Ralph Lauren shirt.

CUT TO:

INT. PRIVATE INTERROGATION ROOM - EVVY

Detective Myers and Detective Garcia are still sitting
across from a confused Evvy.

> EVVY
> Yes I do own a Black Ranger Roger,
> so what? Where is she? Can I talk
> to Roxy? Can I see her?

> DETECTIVE MYERS
> It wasn't Roxy that we found.

> EVVY
> Found? What do you mean found?

53.

                    DETECTIVE GARCIA
          We found the body of one Kaitlyn
          Moss, stuffed in the trunk of a
          crashed up Black Ranger Rover up
          in the hills of Runyon Canyon.

                    DETECTIVE MYERS
          We ran the plates, and apparently,
          the vehicle is registered to you.

Evvy is in disbelief.

                    EVVY
          What do you mean you found
          Kaitlyn? Is this some sort of sick
          joke? She works for me, of course
          she has access to my car, but this
          just can't be true.

Silence. Evvy grows increasingly desperate.

                    EVVY (CONT'D)
          Tell me you're lying. Tell me
          right now that you're lying. It
          can't be Kaitlyn. It's not
          supposed to be Kaitlyn, it can't
          be Kaitlyn!

The uniformed officer from before re-enters and passes
Detective Myers a file full of photos and then leaves the
room again.

Detective Myers and Detective Garcia review the photos.

                    DETECTIVE MYERS
          We have photos, Ms. Levine. Are
          you prepared to view them?

Evvy can barely breathe and is in genuine shock.

                    EVVY
          Are you sure it was her? Are you
          sure it was my Kaitlyn?

                    DETECTIVE GARCIA
          "Your" Kaitlyn?

Detective Myers and Detective Garcia exchanged worried
glances.

                    EVVY
          Show me the God-damn photos.

54.

Detective Myers opens the files and then sprawls out the photos of the crime scene, the crashed up black Range Rover, and of Kaitlyn's lifeless body.

Evvy begins to shake as she reviews the crime scene photos.

> DETECTIVE MYERS
> We know that any death, can be
> unsettling, but according to our
> records, wasn't she just your
> assistant?

Evvy starts to sob uncontrollably.

> EVVY
> She wasn't just my assistant, you
> stupid cunts. She was my daughter!

FADE IN: WE SEE "**WELCOME TO L.A. B\*TCHES**" FLASH ON THE SCREEN

**IMPACT 3 - IMAGINE: https://apply.imagine-impact.com/**

## PROJECT SUMMARY

**Which of these formats is your project?**
TV - Hour Long

**If TV, is your project an ongoing series, mini-series, anthology?**
Ongoing Series

**If TV, is your project a single-cam or multi-cam?**
Multi-cam

**Is your project live action, fully animated or live-action hybrid?**
Live action

**What is your project's primary genre?**
Drama

**What is your project's secondary genre?**
Crime

**What is your project's title?**
#SquadGoals

**What is your project's 1-sentence logline?**
The filters and facades of the most sought-after social media influencers begin to fade as one of their own goes missing.

**Please summarize your project in 4-5 sentences. What's the elevator pitch?**
In a world full of fake followers, photoshop, and sponsored posts, how do you know who to trust? When sweet and naïve Sadie Williamson moves to L.A. to pursue her dreams of fame and fortune as a social media influencer, she quickly realizes that she needs a tougher skin if she's going to survive being the butt of the "It Girl" jokes. But everything turns dark and deadly when the nastiest one of them all, Roxy McDonough, suddenly goes missing and everyone's fake facades begin to fade.

**If you've already started working on this project, how long have you been working on it? What was the inspiration for the idea?**
I've been working on the project for the past two years. The inspiration for the project is a compilation of my own personal experiences as a social media influencer of color and the obstacles that I've faced entering a world that is both extremely empowering yet challenging. I've also been influenced by the stigmas and preconceived notions of what it means to be a

social media influencer and it's my intention to peel the mask off to reveal what's it really like competing in the ever-changing landscape of Insta-stardom.

**Please indicate the materials you currently have for your project. (Select all that apply)**
- I've started researching my idea
- I've written a script treatment
- I've written a pilot or feature script draft
- I've written a one-pager

**Has your project been exposed to any other producers/buyers/talent in the industry, including competitions?**
Yes

**If yes, who has the project been exposed to, when did you expose it to them, and what was their reply?**
Lena Waithe, Emmy-award winning writer, producer, and actor, in 2018, I submitted my script to her table reading program but at the time the program was on hiatus due to her schedule. But I have performed extensive script coverage for her and she was extremely complimentary of the coverage and writing skills that I provided.

Chris Bythewood, Head Of TV Development at Confluential Films, August of 2018, and his reply was that my idea, treatment deck, and pilot script had true potential and but I needed to strengthen my characters and objectives in the next version of my script.

Brian Metcalf, Producer, Black Jelly Beans Productions, March of 2018, and his response was that he wanted to work with me on the development of the TV series and believed in the viability of successfully selling my idea and the series.

Severiano Canales, TV Writer for "Scandal" and Shondaland, August of 2018, and he provided me with great insights on how to strengthen my characters and their objectives. He also believed in my idea and felt that my first draft was an impressive start to creating the series.

**Has your project changed since those responses? If yes, how?**
Yes, I've written a fourth version of the initial script with stronger characters and objectives. Additionally, I changed the names of a few key characters.

**Are there any people or companies already attached to your project? If yes, who and in what capacity?**
No.

## PROJECT DETAILS
**Tell us about your lead character(s) and what their arc(s) may be.**
*Sadie Williamson, 20's, diverse female, intelligent, witty, socially awkward*

Having grown up in a sleepy town in Upstate New York, Sadie would read magazines and watch TV shows about models, movie starlets, and the Hollywood elite, and would daydream about what it would be like to be one of them. But since Sadie suffers from a social anxiety disorder and extreme low self-esteem, she never believed that she was worthy of the limelight herself, so she settled for working for them and rose up the ranks as a fashion assistant at one of the most cut-throat magazines in New York City.

But underneath Sadie's sweet, naive, and unassuming personality, lies a butterfly waiting to hatch out of its cocoon which led her to start her blog, "Sadie Says!" as a safe way to share her vision with the world. As Sadie is enticed with finally becoming a starlet herself by Evvy Levine, a top entertainment publicist, she is faced with leaving the world she knows in New York City behind and moving to L.A. to finally break out of her shell. But even her resiliency and ambition couldn't have prepared her for the culture shock that is the Young Hollywood scene in L.A.

But no journey is complete without detours and bumps in the road. Once in L.A., Sadie succumbs to the societal pressures to fit into the cookie cutter mold of an "It Girl" social media influencer and quickly morphs into a version of herself that's barely recognizable from losing weight, doing contouring and fillers, becoming a mean girl herself, to the way she dresses, styles her hair, and wears her make-up.

The question is will Sadie be able to evolve into the confident, strong woman that she was born to be without losing her sense of self in a world that's constantly telling her that who she is at her core, is fundamentally not enough? Sadie must come to terms with finding worthiness through her intrinsic value and knowing that she is deserving of love and success without selling out, but she must first learn to love herself.

### What kinds of obstacles do you see your characters having to overcome in order to complete their journey or get what they want?

For Sadie to evolve in a healthy way and achieve sustainable success and stardom, she must seriously look at the root cause of her social anxiety and do the work to overcome her disorder. She must also be willing to be unpopular and not a part of the "squad" so she can find her unique voice and stand as her own person.

Sadie's also faced with countless betrayals by her publicist, her best friend, her crush, and Roxy, so she must find her inner strength to persevere through setbacks, heartbreak, and being unsure of herself without compromising her moral compass, and more importantly, she must learn to forgive herself when she does ultimately falter and fail. Sadie must learn to embrace her own humanity and imperfections, because if she doesn't, the line between reality and her online persona will begin to blur beyond recognition.

Additionally, since Roxy is the one person that stands between her and becoming the Queen Bee of the squad, Sadie must decide how far she's willing to go for fame and to what measures

she's willing to take in order to bring Roxy down because once that line is crossed, there's no going back for Sadie.

### What is unique about your character and why do you think audiences will emotionally invest in their journey?

Sadie's unique because a character like her has never been seen on television before. She's a diverse female social media influencer that has a complicated past, is battling a mental health issue, and yet is still extremely personable, ambitious, and accomplished.

Although she is a minority, and of course her race is important, it's not paramount, but rather it's a guiding factor during her experience, because Sadie's story is a human story and we can all see ourselves reflected in her journey.

The emotional investment in Sadie's journey is rooted in the aspect of the human condition that drives us to create community. It is our inherent need to have a sense of belonging, which is why social media is such a powerful tool that can be used to create a constructive online community (eg. online support groups) or a destructive online community (eg. online trolls.)

We would tune in to see how far Sadie is willing to go to fit in and claim her sense of belonging and whether or not she uses her online platform for good or for evil. Watching Sadie's moral demise is a powerful reason to tune in week after week, since we are faced with a similar daily decision on our own social media channels. We're faced with whether to leave nasty comments, block and unfollow, and sending screenshots to our friends so we can gossip about someone behind their backs. Our own moral compasses are tested on a daily basis and watching that play out on a grander scale on television would be intoxicating.

It's also interesting to see the dynamics and the hierarchy within the social media influencer cliques and how the inner dynamics within their squads work. We would see ourselves in wanting to give the illusion of carefree lives online and our own personal journeys of striving to present the perfect online persona for our friends, family, and followers, and yet revel in the behind-the-scenes chaos of what it actually takes to create those picture-perfect-photos. We can relate to this because whether it's at school, at our jobs, in our social circles, in our neighborhoods, in sports, or in our hobbies, we're all seeking to feel as if we belong to something greater than ourselves and that we have a rightful place in our given "squads."

### Who or what is the antagonist in your story, and what do they want?
#### *Evvy Levine, 40's, female, determined, cut-throat, assertive*
Evvy is one of the fiercest entertainment publicists in Los Angeles and she's gone through hell and back to maintain her status. She sees the potential in Sadie to take her career to the top, and has no qualms with exploiting her innocence, as it wouldn't be the first time that she's crossed moral lines.

Behind-the-scenes, Evvy is secretly doing an exposé on how easy it is to exploit social media influencers into selling out for a paycheck and conforming to conventional beauty standards, with Sadie unknowingly being her guinea pig. If she's able to successfully manipulate Sadie into conforming into your stereotypical standard of beauty then she'll land one of the biggest beauty contracts in the history of social media influencer marketing and effectively will ruin Sadie's career.

But behind Evvy's tough exterior lies a vulnerable woman that is threatened by the digital-savvy millennial publicists vying to take her position on the L.A. scene. Evvy's back is up against the wall and must prove her relevance and ensure that Sadie rises to the top because her career and reputation are on the line. For Evvy to redeem herself, she must tell Sadie the truth about the exposé, which would mean admitting to herself and to others, that she's scared of losing her position and admitting fear is the hardest thing for her to do. It would also mean her coming to terms with the fact that she doesn't know who she is outside of her job.

She's also dealing with demons from the past in the shape of coming to terms with her own #MeToo sexual assault, being a faciliator for the ongoing cycle of silence and exploitation within the entertainment industry, and hiding a secret daughter that no one knows about because she chose her career over being a mother. The question is will Evvy ever face her own insecurities before she destroys another young girl's life and whether or not she can be redeemed for the damage that she's already done.

**What is the world/setting of your story and what is unique about it?**
The series itself takes place in real-life, present day Los Angeles, CA with intermittent flashbacks to New York City, and focuses on the lives of the fabulous "Insta-Famous" social media influencers and the demise of their photoshopped lives when one of their own goes missing.

The world of social media influencers is still a mystery to most, so seeing how Sadie and her squad build their brands online, make their money, and climb to fame through their Instagram accounts, is a provocative premise that would hook an audience that's already obsessed with social media and social media influencers.

The majority of us are constantly scrolling on our phones and through our Instagram feeds, coveting the lives of social media influencers that are getting paid to party on yachts, promote flat tummy tea, style fancy clothes, give make-up tutorials, and travel the world on a brand's dime. We're constantly comparing our lives to the lives of the perfectly curated and photoshopped pictures of the social media elite, so translating that desire to be a part of the elusive social media influencer world to the television scene would be equally addictive.

**If your project is for television, what is the engine of your show? How will it sustain itself for multiple episodes or seasons?**

Beyond Sadie's journey and the social media hook, there's also the burning question of, "What happened to Roxy?" The pilot is explosive with Roxy going missing and the entire squad all getting detained for questioning in her disappearance. During the interrogations, we see all of their fake facades starting to fade and the pain, suffering, and sacrifice behind their filtered posts starting to show.

Throughout the series, we're able to humanize social media influencers and truly create an authentic connection with the audience. We do this by having each character hiding a dark secret that slowly gets unraveled throughout the series and each one having his/her own motive for wanting to get even with Roxy. Their personal journeys range coming out of the closet with their sexuality, the real truth behind their #MeToo sexual encounters, the pressures they face to be perfect, eating disorders, illicit affairs, lying, cheating, and ultimate betrayals.

There's also the murder mystery of "Who killed Kaitlyn?" At the end of the pilot, we find the dead body of Kaitlyn, one of Evvy's PR assistants, who also happens to be Evvy's illegitimate daughter, a secret that Evvy was keeping from everyone due to her own shame on how Kaitlyn came to be and her choosing her career over motherhood.

Kaitlyn's death and maternal lineage is a twist that no one saw coming and adds a deeper layer of murder, mystery, and mayhem to the elucid lives of these social media influencers. The series will explore the motive behind Kaitlyn's untimely death and what secrets are revealed through her demise and it proves that no one in safe behind their filters and begs the question, "Who's next to go?" Now everyone is a suspect, with Sadie at the center of it all.

**Which films or TV shows are most similar to your project tonally?**
Heathers, Gossip Girl, Dynasty

**Which films or TV shows are most similar to your project in terms of story? What classic elements does it share with those? What differs in your project to make it fresh?**
Pretty Little Liars, How to Get Away with Murder, You, Riverdale

The classic element of the show is that it's centered around a murder mystery and discovering who commited the murder, when they did it, how they did it, why they did it, and what is the consequence of them doing it. The story also shares the element of following the lives of a group of a niche and coveted community of society.

However, my story is fresh and new because it follows a group of social media influencers, with a diverse female lead with a complex personality. It also explores the #MeToo movement from multiple perspectives, shares LGBTQ youth stories, destigmatizes mental health issues from anxiety to depression, reveals the truth about being a social media influencer, shows what's it like to be a male social media influencer, and simultaneously follows the journey of a young woman coming of age juxtapositioned to a middle-aged woman coming to terms with having to redefine herself later in life and how their lives have become intertwined.

**Which of these audiences do you think would watch your show or film? (Please select all that apply)**

- Girls 13-17
- Women 18-34
- Women 35-54
- Boys 13-17
- Men 18-34
- Men 35-54

**Describe the audience of your project in more detail. Who are the people who are going to watch your show or movie and why will they watch it?**

The target audience is between 13-40 years old. This may seem like a wide range, but the core audience will fall within these parameters across all genders and races, since the series will have diverse, LGBTQ, and mental health representation within the show.

The audience is digital-savvy and loves sharing every moment of their life online and on social media - they have no chill and no filters. Live-tweeting and Instagram Live videos during the series will be apart of the experience of watching the show. The preferred way for them to watch the series is in groups while live-streaming the episode on their phones and digital devices.

They love following trends but also being trendsetters - they claim to hate conformity yet everyone in their squad dresses alike. They already follow social media influencers and consider them celebrities. They have a deep desire to be more immersed in their worlds and see what it's like to really be them. They go to music festivals, shop online, attend BeautyCon, and want to be YouTube stars.

They tune in every week as a way to escape from their own reality in the same way that we use social media as a way to escape or day-to-day routines.

**What question or problem does your show or movie pose to the audience? How or why will your audience relate to that question?**

The essential question that my show poses is, "Do you know who you are?" At your core, when all of your jobs, relationships, money, followers, cars, homes, awards, and anything external is stripped away, do you know who you are? How do you define yourself without any external titles? And then, if you do have a true sense of self, do you believe that who you are at your core is enough? Do you believe that you're worthy as-is?

This philosophical question will resonate with my audience because that's what we're all seeking during our human experience. We're seeking to know our true selves, "to find ourselves," and to find worthiness in our own authenticity, which is the essence of true belonging, knowing that who I am is enough and I don't have to change in order to be welcomed here.

**If your project is for television, on which type of network would you like to see it released?**
Broadcast Network (i.e. ABC, CBS, NBC, FOX, The CW)

**If you could choose ONE specifically, which TV network or streaming platform would you like to see release your series and why?**
The CW because it was the home to Gossip Girl, and that's when I really fell in love with this world of glitz, glam, and glitter that overshadows the undercurrent of just wanting to feel like you belong and that who are matters.

**If your project is a TV show, what is your estimated per episode production budget?**
Mid-budget ($2-$5 million)

**If you could get anyone to direct your project, who would it be?**
Debbie Allen

**If you could get anyone to star in your project, who would it be?**
Sadie Williamson played by myself
Evvy Levine played by Cate Blanchett

**What does your series' or movie's poster look like?**
The poster to my series has Sadie and Roxy, both dressed impeccably, taking selfies while their squad minions are live-streaming them taking photos of themselves and we see various comments pop-up like, "So cute!" "Wish I were U!" "Where did you get that?"

**Tell us something you see in this project that might not be obvious to the reviewer.**
The true essence of the series is about shame and guilt caused by secrecy. We all carry limiting beliefs about ourselves that causes us to experience shame at the subconscious level. It's what causes us to feel less than and not good enough. It's also the root cause of comparing your life to the lives of others and feeling as though you have to create a perfect persona for your Instagram feed and Facebook posts.

Sadie's story really represents the parts in all of us that yearns to be seen, accepted, and validated. Her journey is reflective of the moral questions that we are all faced with of how far are we willing to go to feel as though that we belong. But what actually connects us as human beings are our imperfections, missteps, and mistakes and through empathy we are able to connect and see each other on a genuine level. However, empathy is only achieved when we are brave enough to share our secrets and imperfections with each other and have the courage to remove the filters through which we tell our stories. It the purpose of this series to be a guiding force in giving us permission to step into our own unique light and unapologetically love, accept, and honor ourselves.

**Why do you want to tell this story? Why are you the right person or even the only person who can tell it?**

It's not that I necessarily want to tell this story, it's that I've been called to tell this story. I feel compelled to share this story with the world and if one person watches and his/her journey is made a little easier, then I've done my job. Although, it is a work of fiction and it's not autobiographical, I'm the only person that can tell this story because the spirit of the story, is my story.

**MORE ABOUT YOU**

**What drives you to write? Why do you want to do this as a career and not just as a hobby?**

I know that my personal purpose in life is to add value to the lives of others through storytelling. Since longer than I can remember, the way in which that I connected with people was through laughter, poetry, writing, and performing, and becoming a television writer and series creator would marry all of these passions into one career.

What also drives me to turn my affinity for writing into a full-time career is being able to provide creative jobs for other people. From the writers, actors, producers, PAs, sound crew, lighting crew, production staff, wardrobe, hair and make-up, and more, it would be extremely humbling to be able to be a source of income and professional fulfillment for others.

**What have you written or been part of creating that you are most proud of and why?**

My book, "Sugar Pills: 10 Days to Awaken Your Inner Power," was a labor of love that was born out of my personal stories of how to cultivate a joyful life as a creative professional. The book is a compilation of blog posts and articles that I've written throughout the years of transitioning from working in Corporate America to becoming a full-time content creator and entrepreneur. Each day also provides actionable insights that you can apply to your own life to elevate your confidence, success, happiness, and prosperity. The reason why I'm extremely proud of the book is because it taught me that it was okay to be honest about my journey and that my experiences were valuable and had the power to help and influence other people.

**If you could have written any television show or movie in history, which would you choose and why?**

I would have written "Elegy," which stars Sir Ben Kingsley and Penelope Cruz. The movie is based on the novel by "The Dying Animal," by Philip Roth. I fell in love with this movie because of the beautiful way it displayed lust, love, fear, and mortality in such a humanistic and raw way. Not only were the performances riveting but the way Nicholas Meyer adapted the novel for the screen was impressive and honored the essence of his writing while bringing his unique style to the film.

**In 1-2 sentences, tell us about something impressive you've done outside of content creation.**

I'm really proud of traveling throughout Europe on my own. I was itching for an adventure so I booked a flight to Europe and traveled throughout London, Paris, Spain, and Portugal with just my backpack and my curiosity as my guide.

**A 30-second video of you explaining why we should select you for the program**

**PREVIOUS WORK**
**Have you ever been paid to write for television?**
No.

**Have any projects of yours been acquired or produced before, not including self-funded work?**
No.

**A link to a previously produced work of yours (if applicable)**
N/A

**A full-length sample screenplay or teleplay (or play or novel if you've never written a screenplay)**

**LOGISTICS**
**If you had any other ideas you considered applying with, please list them.**
N/A

**Do you have any other commitments that would prohibit you from being in Los Angeles from September through November 2019?**
No.

# EXHIBIT B

*Bull* Episode entitled "Her Own Two Feet" separately lodged

# EXHIBIT C

**Frequently Occurring Surnames in the 2010 Census: Top 1,000 Surnames**

| SURNAME | RANK | FREQUENCY (COUNT) | PROPORTION PER 100,000 POPULATION | CUMULATIVE PROPORTION | PERCENT NON-HISPANIC OR LATINO WHITE ALONE |
|---|---|---|---|---|---|
| SMITH | 1 | 2,442,977 | 828.2 | 828.2 | 70.9 |
| JOHNSON | 2 | 1,932,812 | 655.2 | 1,483.4 | 59.0 |
| WILLIAMS | 3 | 1,625,252 | 551.0 | 2,034.4 | 45.8 |
| BROWN | 4 | 1,437,026 | 487.2 | 2,521.6 | 58.0 |
| JONES | 5 | 1,425,470 | 483.2 | 3,004.8 | 55.2 |
| GARCIA | 6 | 1,166,120 | 395.3 | 3,400.1 | 5.4 |
| MILLER | 7 | 1,161,437 | 393.7 | 3,793.9 | 84.1 |
| DAVIS | 8 | 1,116,357 | 378.5 | 4,172.3 | 62.2 |
| RODRIGUEZ | 9 | 1,094,924 | 371.2 | 4,543.5 | 4.8 |
| MARTINEZ | 10 | 1,060,159 | 359.4 | 4,902.9 | 5.3 |
| HERNANDEZ | 11 | 1,043,281 | 353.7 | 5,256.6 | 3.8 |
| LOPEZ | 12 | 874,523 | 296.5 | 5,553.1 | 4.9 |
| GONZALEZ | 13 | 841,025 | 285.1 | 5,838.2 | 4.0 |
| WILSON | 14 | 801,882 | 271.8 | 6,110.0 | 67.4 |
| ANDERSON | 15 | 784,404 | 265.9 | 6,375.9 | 75.2 |
| THOMAS | 16 | 756,142 | 256.3 | 6,632.3 | 52.6 |
| TAYLOR | 17 | 751,209 | 254.7 | 6,886.9 | 65.4 |
| MOORE | 18 | 724,374 | 245.6 | 7,132.5 | 66.4 |
| JACKSON | 19 | 708,099 | 240.1 | 7,372.5 | 39.9 |
| MARTIN | 20 | 702,625 | 238.2 | 7,610.7 | 74.8 |
| LEE | 21 | 693,023 | 234.9 | 7,845.7 | 36.0 |
| PEREZ | 22 | 681,645 | 231.1 | 8,076.8 | 5.0 |
| THOMPSON | 23 | 664,644 | 225.3 | 8,302.1 | 69.8 |
| WHITE | 24 | 660,491 | 223.9 | 8,526.0 | 65.5 |
| HARRIS | 25 | 624,252 | 211.6 | 8,737.6 | 51.4 |
| SANCHEZ | 26 | 612,752 | 207.7 | 8,945.3 | 5.0 |
| CLARK | 27 | 562,679 | 190.8 | 9,136.1 | 74.7 |
| RAMIREZ | 28 | 557,423 | 189.0 | 9,325.1 | 3.9 |
| LEWIS | 29 | 531,781 | 180.3 | 9,505.3 | 58.2 |
| ROBINSON | 30 | 529,821 | 179.6 | 9,685.0 | 48.7 |
| WALKER | 31 | 523,129 | 177.3 | 9,862.3 | 58.7 |
| YOUNG | 32 | 484,447 | 164.2 | 10,026.5 | 66.3 |
| ALLEN | 33 | 482,607 | 163.6 | 10,190.1 | 67.6 |
| KING | 34 | 465,422 | 157.8 | 10,347.9 | 70.2 |
| WRIGHT | 35 | 458,980 | 155.6 | 10,503.5 | 65.8 |
| SCOTT | 36 | 439,530 | 149.0 | 10,652.5 | 60.2 |
| TORRES | 37 | 437,813 | 148.4 | 10,800.9 | 5.4 |
| NGUYEN | 38 | 437,645 | 148.4 | 10,949.3 | 1.0 |
| HILL | 39 | 434,827 | 147.4 | 11,096.7 | 64.4 |
| FLORES | 40 | 433,969 | 147.1 | 11,243.8 | 4.9 |
| GREEN | 41 | 430,182 | 145.8 | 11,389.7 | 56.8 |

| | | | | | |
|---|---|---|---|---|---|
| ADAMS | 42 | 427,865 | 145.1 | 11,534.7 | 74.0 |
| NELSON | 43 | 424,958 | 144.1 | 11,678.8 | 77.7 |
| BAKER | 44 | 419,586 | 142.2 | 11,821.0 | 79.8 |
| HALL | 45 | 407,076 | 138.0 | 11,959.0 | 72.7 |
| RIVERA | 46 | 391,114 | 132.6 | 12,091.6 | 5.4 |
| CAMPBELL | 47 | 386,157 | 130.9 | 12,222.5 | 73.7 |
| MITCHELL | 48 | 384,486 | 130.3 | 12,352.9 | 61.0 |
| CARTER | 49 | 376,966 | 127.8 | 12,480.7 | 58.2 |
| ROBERTS | 50 | 376,774 | 127.7 | 12,608.4 | 77.3 |
| GOMEZ | 51 | 365,655 | 124.0 | 12,732.4 | 5.1 |
| PHILLIPS | 52 | 360,802 | 122.3 | 12,854.7 | 76.7 |
| EVANS | 53 | 355,593 | 120.6 | 12,975.2 | 68.4 |
| TURNER | 54 | 348,627 | 118.2 | 13,093.4 | 64.3 |
| DIAZ | 55 | 347,636 | 117.9 | 13,211.3 | 5.2 |
| PARKER | 56 | 336,221 | 114.0 | 13,325.2 | 69.2 |
| CRUZ | 57 | 334,201 | 113.3 | 13,438.5 | 5.2 |
| EDWARDS | 58 | 332,423 | 112.7 | 13,551.2 | 62.1 |
| COLLINS | 59 | 329,770 | 111.8 | 13,663.0 | 71.6 |
| REYES | 60 | 327,904 | 111.2 | 13,774.2 | 4.4 |
| STEWART | 61 | 324,957 | 110.2 | 13,884.3 | 69.2 |
| MORRIS | 62 | 318,884 | 108.1 | 13,992.5 | 73.6 |
| MORALES | 63 | 311,777 | 105.7 | 14,098.1 | 4.6 |
| MURPHY | 64 | 308,417 | 104.6 | 14,202.7 | 83.1 |
| COOK | 65 | 302,589 | 102.6 | 14,305.3 | 81.8 |
| ROGERS | 66 | 302,261 | 102.5 | 14,407.8 | 75.4 |
| GUTIERREZ | 67 | 293,218 | 99.4 | 14,507.2 | 4.6 |
| ORTIZ | 68 | 286,899 | 97.3 | 14,604.4 | 5.0 |
| MORGAN | 69 | 286,280 | 97.1 | 14,701.5 | 76.1 |
| COOPER | 70 | 280,791 | 95.2 | 14,796.7 | 67.9 |
| PETERSON | 71 | 278,297 | 94.3 | 14,891.0 | 84.4 |
| BAILEY | 72 | 277,845 | 94.2 | 14,985.2 | 72.5 |
| REED | 73 | 277,030 | 93.9 | 15,079.1 | 71.3 |
| KELLY | 74 | 267,394 | 90.7 | 15,169.8 | 78.1 |
| HOWARD | 75 | 264,826 | 89.8 | 15,259.5 | 64.3 |
| RAMOS | 76 | 263,464 | 89.3 | 15,348.8 | 6.5 |
| KIM | 77 | 262,352 | 88.9 | 15,437.8 | 2.5 |
| COX | 78 | 261,231 | 88.6 | 15,526.3 | 82.6 |
| WARD | 79 | 260,464 | 88.3 | 15,614.6 | 75.6 |
| RICHARDSON | 80 | 259,798 | 88.1 | 15,702.7 | 59.7 |
| WATSON | 81 | 252,579 | 85.6 | 15,788.3 | 66.0 |
| BROOKS | 82 | 251,663 | 85.3 | 15,873.7 | 60.2 |
| CHAVEZ | 83 | 250,898 | 85.1 | 15,958.7 | 5.0 |
| WOOD | 84 | 250,715 | 85.0 | 16,043.7 | 88.7 |
| JAMES | 85 | 249,379 | 84.5 | 16,128.3 | 51.6 |
| BENNETT | 86 | 247,599 | 83.9 | 16,212.2 | 76.6 |
| GRAY | 87 | 246,116 | 83.4 | 16,295.6 | 68.7 |
| MENDOZA | 88 | 242,771 | 82.3 | 16,377.9 | 4.1 |
| RUIZ | 89 | 238,234 | 80.8 | 16,458.7 | 5.2 |
| HUGHES | 90 | 236,271 | 80.1 | 16,538.8 | 78.4 |

| | | | | | |
|---|---|---|---|---|---|
| PRICE | 91 | 235,251 | 79.8 | 16,618.5 | 73.9 |
| ALVAREZ | 92 | 233,983 | 79.3 | 16,697.9 | 5.2 |
| CASTILLO | 93 | 230,420 | 78.1 | 16,776.0 | 4.9 |
| SANDERS | 94 | 230,374 | 78.1 | 16,854.1 | 60.8 |
| PATEL | 95 | 229,973 | 78.0 | 16,932.0 | 2.1 |
| MYERS | 96 | 229,895 | 77.9 | 17,010.0 | 84.5 |
| LONG | 97 | 229,374 | 77.8 | 17,087.7 | 79.9 |
| ROSS | 98 | 229,368 | 77.8 | 17,165.5 | 69.0 |
| FOSTER | 99 | 227,764 | 77.2 | 17,242.7 | 69.7 |
| JIMENEZ | 100 | 227,118 | 77.0 | 17,319.7 | 3.8 |
| POWELL | 101 | 224,874 | 76.2 | 17,395.9 | 67.2 |
| JENKINS | 102 | 222,653 | 75.5 | 17,471.4 | 57.8 |
| PERRY | 103 | 221,741 | 75.2 | 17,546.6 | 68.3 |
| RUSSELL | 104 | 221,558 | 75.1 | 17,621.7 | 77.1 |
| SULLIVAN | 105 | 220,990 | 74.9 | 17,696.6 | 87.7 |
| BELL | 106 | 220,599 | 74.8 | 17,771.4 | 61.1 |
| COLEMAN | 107 | 219,070 | 74.3 | 17,845.7 | 49.4 |
| BUTLER | 108 | 218,847 | 74.2 | 17,919.9 | 62.4 |
| HENDERSON | 109 | 218,393 | 74.0 | 17,993.9 | 59.6 |
| BARNES | 110 | 218,241 | 74.0 | 18,067.9 | 64.8 |
| GONZALES | 111 | 214,758 | 72.8 | 18,140.7 | 9.8 |
| FISHER | 112 | 214,703 | 72.8 | 18,213.5 | 82.6 |
| VASQUEZ | 113 | 212,781 | 72.1 | 18,285.6 | 5.1 |
| SIMMONS | 114 | 210,182 | 71.3 | 18,356.9 | 57.9 |
| ROMERO | 115 | 208,614 | 70.7 | 18,427.6 | 8.7 |
| JORDAN | 116 | 208,403 | 70.7 | 18,498.2 | 61.4 |
| PATTERSON | 117 | 205,423 | 69.6 | 18,567.9 | 67.3 |
| ALEXANDER | 118 | 204,621 | 69.4 | 18,637.2 | 58.2 |
| HAMILTON | 119 | 201,746 | 68.4 | 18,705.6 | 70.2 |
| GRAHAM | 120 | 201,159 | 68.2 | 18,773.8 | 70.0 |
| REYNOLDS | 121 | 200,247 | 67.9 | 18,841.7 | 81.1 |
| GRIFFIN | 122 | 198,406 | 67.3 | 18,909.0 | 63.8 |
| WALLACE | 123 | 197,276 | 66.9 | 18,975.8 | 69.2 |
| MORENO | 124 | 196,925 | 66.8 | 19,042.6 | 6.1 |
| WEST | 125 | 195,818 | 66.4 | 19,109.0 | 75.5 |
| COLE | 126 | 195,289 | 66.2 | 19,175.2 | 75.3 |
| HAYES | 127 | 194,246 | 65.9 | 19,241.0 | 69.4 |
| BRYANT | 128 | 192,773 | 65.4 | 19,306.4 | 58.5 |
| HERRERA | 129 | 192,711 | 65.3 | 19,371.7 | 4.9 |
| GIBSON | 130 | 190,667 | 64.6 | 19,436.4 | 72.1 |
| ELLIS | 131 | 188,968 | 64.1 | 19,500.4 | 70.4 |
| TRAN | 132 | 188,498 | 63.9 | 19,564.3 | 1.4 |
| MEDINA | 133 | 188,497 | 63.9 | 19,628.2 | 5.7 |
| AGUILAR | 134 | 186,512 | 63.2 | 19,691.5 | 4.0 |
| STEVENS | 135 | 185,674 | 62.9 | 19,754.4 | 81.4 |
| MURRAY | 136 | 184,910 | 62.7 | 19,817.1 | 74.9 |
| FORD | 137 | 184,832 | 62.7 | 19,879.7 | 62.1 |
| CASTRO | 138 | 184,134 | 62.4 | 19,942.2 | 7.3 |
| MARSHALL | 139 | 183,922 | 62.4 | 20,004.5 | 66.0 |

| OWENS | 140 | 182,719 | 61.9 | 20,066.5 | 65.9 |
|---|---|---|---|---|---|
| HARRISON | 141 | 181,091 | 61.4 | 20,127.9 | 68.7 |
| FERNANDEZ | 142 | 180,842 | 61.3 | 20,189.2 | 8.8 |
| MCDONALD | 143 | 180,497 | 61.2 | 20,250.3 | 76.7 |
| WOODS | 144 | 177,425 | 60.2 | 20,310.5 | 58.3 |
| WASHINGTON | 145 | 177,386 | 60.1 | 20,370.6 | 5.2 |
| KENNEDY | 146 | 176,865 | 60.0 | 20,430.6 | 80.8 |
| WELLS | 147 | 176,230 | 59.7 | 20,490.3 | 74.0 |
| VARGAS | 148 | 173,835 | 58.9 | 20,549.3 | 5.4 |
| HENRY | 149 | 170,964 | 58.0 | 20,607.2 | 61.4 |
| CHEN | 150 | 169,580 | 57.5 | 20,664.7 | 1.4 |
| FREEMAN | 151 | 169,149 | 57.3 | 20,722.1 | 65.5 |
| WEBB | 152 | 168,878 | 57.3 | 20,779.3 | 75.5 |
| TUCKER | 153 | 167,446 | 56.8 | 20,836.1 | 70.0 |
| GUZMAN | 154 | 167,044 | 56.6 | 20,892.7 | 4.1 |
| BURNS | 155 | 165,925 | 56.3 | 20,948.9 | 80.3 |
| CRAWFORD | 156 | 164,457 | 55.8 | 21,004.7 | 68.6 |
| OLSON | 157 | 164,035 | 55.6 | 21,060.3 | 94.8 |
| SIMPSON | 158 | 163,181 | 55.3 | 21,115.6 | 70.8 |
| PORTER | 159 | 163,054 | 55.3 | 21,170.9 | 68.6 |
| HUNTER | 160 | 162,440 | 55.1 | 21,226.0 | 60.8 |
| GORDON | 161 | 161,833 | 54.9 | 21,280.8 | 64.3 |
| MENDEZ | 162 | 161,717 | 54.8 | 21,335.7 | 4.5 |
| SILVA | 163 | 161,633 | 54.8 | 21,390.5 | 32.6 |
| SHAW | 164 | 160,400 | 54.4 | 21,444.8 | 72.1 |
| SNYDER | 165 | 160,262 | 54.3 | 21,499.2 | 94.1 |
| MASON | 166 | 160,213 | 54.3 | 21,553.5 | 68.8 |
| DIXON | 167 | 159,480 | 54.1 | 21,607.5 | 54.3 |
| MUNOZ | 168 | 158,483 | 53.7 | 21,661.3 | 4.9 |
| HUNT | 169 | 158,421 | 53.7 | 21,715.0 | 73.6 |
| HICKS | 170 | 158,320 | 53.7 | 21,768.6 | 67.4 |
| HOLMES | 171 | 156,780 | 53.2 | 21,821.8 | 56.8 |
| PALMER | 172 | 156,601 | 53.1 | 21,874.9 | 75.1 |
| WAGNER | 173 | 155,795 | 52.8 | 21,927.7 | 92.5 |
| BLACK | 174 | 154,738 | 52.5 | 21,980.2 | 74.6 |
| ROBERTSON | 175 | 153,666 | 52.1 | 22,032.2 | 73.4 |
| BOYD | 176 | 153,469 | 52.0 | 22,084.3 | 63.2 |
| ROSE | 177 | 153,397 | 52.0 | 22,136.3 | 82.1 |
| STONE | 178 | 153,329 | 52.0 | 22,188.3 | 86.0 |
| SALAZAR | 179 | 152,703 | 51.8 | 22,240.0 | 5.6 |
| FOX | 180 | 152,334 | 51.6 | 22,291.7 | 88.1 |
| WARREN | 181 | 152,147 | 51.6 | 22,343.2 | 70.1 |
| MILLS | 182 | 151,942 | 51.5 | 22,394.8 | 77.5 |
| MEYER | 183 | 150,895 | 51.2 | 22,445.9 | 94.8 |
| RICE | 184 | 149,500 | 50.7 | 22,496.6 | 77.6 |
| SCHMIDT | 185 | 147,034 | 49.9 | 22,546.4 | 95.2 |
| GARZA | 186 | 147,005 | 49.8 | 22,596.3 | 6.7 |
| DANIELS | 187 | 146,570 | 49.7 | 22,646.0 | 54.7 |
| FERGUSON | 188 | 146,426 | 49.6 | 22,695.6 | 74.8 |

| | | | | | |
|---|---|---|---|---|---|
| NICHOLS | 189 | 145,584 | 49.4 | 22,745.0 | 82.4 |
| STEPHENS | 190 | 144,646 | 49.0 | 22,794.0 | 73.9 |
| SOTO | 191 | 144,451 | 49.0 | 22,843.0 | 5.2 |
| WEAVER | 192 | 143,837 | 48.8 | 22,891.7 | 84.4 |
| RYAN | 193 | 143,452 | 48.6 | 22,940.4 | 91.7 |
| GARDNER | 194 | 142,894 | 48.4 | 22,988.8 | 75.0 |
| PAYNE | 195 | 142,601 | 48.3 | 23,037.1 | 71.6 |
| GRANT | 196 | 142,277 | 48.2 | 23,085.4 | 55.4 |
| DUNN | 197 | 141,427 | 47.9 | 23,133.3 | 80.1 |
| KELLEY | 198 | 140,693 | 47.7 | 23,181.0 | 83.8 |
| SPENCER | 199 | 139,951 | 47.4 | 23,228.5 | 69.4 |
| HAWKINS | 200 | 139,751 | 47.4 | 23,275.8 | 61.1 |
| ARNOLD | 201 | 138,893 | 47.1 | 23,322.9 | 81.3 |
| PIERCE | 202 | 138,629 | 47.0 | 23,369.9 | 81.0 |
| VAZQUEZ | 203 | 138,322 | 46.9 | 23,416.8 | 3.5 |
| HANSEN | 204 | 137,977 | 46.8 | 23,463.6 | 94.2 |
| PETERS | 205 | 137,513 | 46.6 | 23,510.2 | 82.9 |
| SANTOS | 206 | 137,232 | 46.5 | 23,556.7 | 20.1 |
| HART | 207 | 137,184 | 46.5 | 23,603.2 | 80.5 |
| BRADLEY | 208 | 136,720 | 46.4 | 23,649.6 | 69.1 |
| KNIGHT | 209 | 136,713 | 46.4 | 23,695.9 | 72.3 |
| ELLIOTT | 210 | 135,765 | 46.0 | 23,741.9 | 81.6 |
| CUNNINGHAM | 211 | 135,718 | 46.0 | 23,788.0 | 73.2 |
| DUNCAN | 212 | 135,187 | 45.8 | 23,833.8 | 76.4 |
| ARMSTRONG | 213 | 135,044 | 45.8 | 23,879.6 | 72.4 |
| HUDSON | 214 | 134,963 | 45.8 | 23,925.3 | 66.9 |
| CARROLL | 215 | 134,317 | 45.5 | 23,970.9 | 83.0 |
| LANE | 216 | 134,227 | 45.5 | 24,016.4 | 77.1 |
| RILEY | 217 | 133,872 | 45.4 | 24,061.7 | 72.8 |
| ANDREWS | 218 | 133,799 | 45.4 | 24,107.1 | 71.8 |
| ALVARADO | 219 | 133,501 | 45.3 | 24,152.4 | 4.3 |
| RAY | 220 | 133,171 | 45.2 | 24,197.5 | 75.0 |
| DELGADO | 221 | 132,985 | 45.1 | 24,242.6 | 5.6 |
| BERRY | 222 | 132,812 | 45.0 | 24,287.6 | 70.7 |
| PERKINS | 223 | 131,440 | 44.6 | 24,332.2 | 69.5 |
| HOFFMAN | 224 | 131,401 | 44.6 | 24,376.7 | 94.1 |
| JOHNSTON | 225 | 131,373 | 44.5 | 24,421.3 | 91.6 |
| MATTHEWS | 226 | 131,303 | 44.5 | 24,465.8 | 63.4 |
| PENA | 227 | 130,776 | 44.3 | 24,510.1 | 5.3 |
| RICHARDS | 228 | 130,529 | 44.3 | 24,554.4 | 78.7 |
| CONTRERAS | 229 | 130,164 | 44.1 | 24,598.5 | 4.2 |
| WILLIS | 230 | 130,152 | 44.1 | 24,642.6 | 62.2 |
| CARPENTER | 231 | 129,898 | 44.0 | 24,686.6 | 86.2 |
| LAWRENCE | 232 | 129,699 | 44.0 | 24,730.6 | 68.9 |
| SANDOVAL | 233 | 128,948 | 43.7 | 24,774.3 | 5.3 |
| GUERRERO | 234 | 128,677 | 43.6 | 24,817.9 | 4.6 |
| GEORGE | 235 | 128,625 | 43.6 | 24,861.5 | 66.5 |
| CHAPMAN | 236 | 127,939 | 43.4 | 24,904.9 | 79.5 |
| RIOS | 237 | 127,794 | 43.3 | 24,948.2 | 5.0 |

| | | | | | |
|---|---|---|---|---|---|
| ESTRADA | 238 | 127,470 | 43.2 | 24,991.5 | 4.6 |
| ORTEGA | 239 | 127,256 | 43.1 | 25,034.6 | 4.8 |
| WATKINS | 240 | 127,083 | 43.1 | 25,077.7 | 62.0 |
| GREENE | 241 | 126,101 | 42.8 | 25,120.4 | 67.7 |
| NUNEZ | 242 | 125,350 | 42.5 | 25,162.9 | 5.3 |
| WHEELER | 243 | 125,058 | 42.4 | 25,205.3 | 81.0 |
| VALDEZ | 244 | 124,995 | 42.4 | 25,247.7 | 6.3 |
| HARPER | 245 | 124,461 | 42.2 | 25,289.9 | 67.9 |
| BURKE | 246 | 122,877 | 41.7 | 25,331.5 | 85.9 |
| LARSON | 247 | 122,587 | 41.6 | 25,373.1 | 94.8 |
| SANTIAGO | 248 | 122,212 | 41.4 | 25,414.5 | 5.4 |
| MALDONADO | 249 | 121,526 | 41.2 | 25,455.7 | 5.0 |
| MORRISON | 250 | 121,130 | 41.1 | 25,496.8 | 79.1 |
| FRANKLIN | 251 | 120,621 | 40.9 | 25,537.7 | 54.4 |
| CARLSON | 252 | 120,552 | 40.9 | 25,578.6 | 94.8 |
| AUSTIN | 253 | 119,706 | 40.6 | 25,619.1 | 67.5 |
| DOMINGUEZ | 254 | 119,304 | 40.4 | 25,659.6 | 5.0 |
| CARR | 255 | 119,076 | 40.4 | 25,699.9 | 73.6 |
| LAWSON | 256 | 119,053 | 40.4 | 25,740.3 | 73.8 |
| JACOBS | 257 | 118,614 | 40.2 | 25,780.5 | 74.3 |
| OBRIEN | 258 | 118,557 | 40.2 | 25,820.7 | 93.9 |
| LYNCH | 259 | 117,708 | 39.9 | 25,860.6 | 82.3 |
| SINGH | 260 | 116,749 | 39.6 | 25,900.2 | 4.3 |
| VEGA | 261 | 116,673 | 39.6 | 25,939.7 | 5.5 |
| BISHOP | 262 | 116,618 | 39.5 | 25,979.3 | 84.4 |
| MONTGOMERY | 263 | 115,953 | 39.3 | 26,018.6 | 67.9 |
| OLIVER | 264 | 115,900 | 39.3 | 26,057.9 | 64.2 |
| JENSEN | 265 | 115,679 | 39.2 | 26,097.1 | 94.0 |
| HARVEY | 266 | 115,662 | 39.2 | 26,136.3 | 68.0 |
| WILLIAMSON | 267 | 114,959 | 39.0 | 26,175.3 | 77.2 |
| GILBERT | 268 | 114,940 | 39.0 | 26,214.2 | 77.8 |
| DEAN | 269 | 114,030 | 38.7 | 26,252.9 | 76.6 |
| SIMS | 270 | 113,374 | 38.4 | 26,291.3 | 54.3 |
| ESPINOZA | 271 | 112,154 | 38.0 | 26,329.4 | 4.0 |
| HOWELL | 272 | 112,041 | 38.0 | 26,367.3 | 79.5 |
| LI | 273 | 111,786 | 37.9 | 26,405.2 | 1.5 |
| WONG | 274 | 111,371 | 37.8 | 26,443.0 | 3.5 |
| REID | 275 | 111,360 | 37.8 | 26,480.7 | 59.8 |
| HANSON | 276 | 111,144 | 37.7 | 26,518.4 | 92.1 |
| LE | 277 | 110,967 | 37.6 | 26,556.0 | 1.5 |
| MCCOY | 278 | 110,744 | 37.5 | 26,593.6 | 66.9 |
| GARRETT | 279 | 110,697 | 37.5 | 26,631.1 | 70.0 |
| BURTON | 280 | 110,529 | 37.5 | 26,668.6 | 67.3 |
| FULLER | 281 | 110,116 | 37.3 | 26,705.9 | 73.2 |
| WANG | 282 | 109,883 | 37.3 | 26,743.2 | 2.6 |
| WEBER | 283 | 109,433 | 37.1 | 26,780.3 | 94.3 |
| WELCH | 284 | 108,987 | 37.0 | 26,817.2 | 83.5 |
| ROJAS | 285 | 108,421 | 36.8 | 26,854.0 | 4.1 |
| LUCAS | 286 | 107,690 | 36.5 | 26,890.5 | 69.1 |

# EXHIBIT D



**IMDb**

Sign In



#HEARMEOUT



It's your voice: speak up, be heard. We celebrate your stories. Every single one.

#HEARMEOUT

cricket wireless

ad feedback

---

**Megan Is Missing** (2011)                                    Edit

## Plot

Showing all 3 items

Jump to: Summaries (2)  | Synopsis (1)

### Summaries

Two teenage girls encounter an Internet child predator.

Megan Stewart, 14, and her best friend Amy Herman, 13, though opposites in personality, are best friends. Megan carries the front of being the most popular girl in school, but this masks a lifestyle of hard partying, drugs, alcohol and indiscriminate sex. Amy, unpopular and socially awkward, clings to her relationship with Megan as a lifeline to social acceptance. Together, these two young girls forge a deep friendship based on their mutual needs. The two girls regularly communicate by web chat cameras or cell phone, and even meet boys online. As Megan seeks friends who are different from her usual posse of hanger-ons, she is introduced by a friend online to a 17 year-old boy named Josh in a chat room. Megan and Josh bond quickly, leaving Amy feeling a bit left out. One day, Megan goes to meet Josh in person, and she is never seen again. Amy launches into a concentrated effort to find her friend. As the media swirls around the story of Megan's disappearance, Amy discovers the horrifying truth about what happened to her friend. Based on research into seven actual cases of child abduction, MEGAN IS MISSING is an uncompromising, gut-wrenching view of the world children live in today. Harrowing in its realism, the film uses only fact-based incidences to depict the lives of ordinary kids walking in the midst of extraordinary evil.

—*Michael Goi*

### Spoilers

⚠️ The synopsis below may give away important plot points.

### Synopsis

Megan is Missing begins with a simple video caption on black screen declaring that the movie is based on actual events from actual missing-children cases. (It should be noted, however, that the movie itself and all scenes there in, are fictitious and performed by the actors.)

Switch to Megan Stewart (Rachel Quinn) and Amy Herman (Amber Perkins) together in Amy's bedroom, doing an ad-lib performance together for Amy's new video camera. Megan and Amy are the best of friends, almost like sisters. The screen freezes and a caption appears saying that Megan disappeared without a trace on January 14, 2007, and that Amy followed suit three weeks later. A second caption claims that the film was assembled using cell phone logs, computer files, home videos and public news reports.

A title screen appears, and then a caption giving the date as January 2, 2007.

Amy and Megan are together in a coffee shop frequented by members of their high

---

**Megan Is Missing**

**Storyline**

Taglines

Plot Summary

Synopsis

Plot Keywords

Parents Guide

**Explore More**

## User Lists                          Create a list »

Related lists from IMDb users


**Personal faves**
a list of 38 titles
created 20 Oct 2017


**Intense Thrillers**
a list of 41 titles
created 12 Jun 2018


**Movies about Hacking & Internet**
a list of 24 titles
created 27 Nov 2016


**WORST "Films" I've Ever Seen**
a list of 38 titles
created 15 Aug 2018


**emotionally heavy**
a list of 28 titles
created 12 Feb 2018

school. As Megan's laptop captures video footage, Megan and Amy are desperate about having to return to school the day after New Year's, though it quickly switches to Amy's virginity, something she is sensitive about. The scene shows that Megan is a social butterfly and popular in her class, while Amy is a quiet, semi-timid and decidedly unpopular girl with virtually no friends outside of Megan.

Caption: January 4, 2007:

Megan is in her bedroom, and a caption lists her name, her birthdate (August 12, 1992) and her age during the time of the video recording (14 years old). Megan is at her laptop in her room having a video conference with her friend Angie (Carolina Sabate), discussing a supply of drugs Angie had just gotten from another student named Tercel. Both Megan and Angie have bought drugs from this Tercel, paying for them with sexual favors. Angie mentions that she and her boyfriend, Gideon (Trigve Hagen), who is with her at the moment, are attending a party later that evening.

The conversation is interrupted by Megan's mother, Joyce Stewart (April Stewart), who is outraged that her TV program didn't record because Megan unplugged the VCR to use her game box and forgot the plug it back in when she was finished. Joyce is shown to be a loud, shrewish woman who treats Megan badly and makes the girl feel unloved, even screaming that Megan should go live with her father and get out of Joyce's life. So incensed is Joyce at missing her TV show that she takes a hammer and smashes Megan's game box while Angie and Gideon laugh in disbelief at Joyce's outrageous antics.

Megan gets another video call and switches to it. Amy is inviting her to hang out together at the local mall, or any other places Megan might prefer. Unfortunately, Megan has to stay home tonight and help her mother with some things.

Switching back to Angie and Gideon, Megan is reluctantly enticed to come over to their house and "play with them" in return for a small packet of the drugs.

Caption: January 5, 2007:

Amy is getting ready for school. A caption lists her name, her date of birth (January 10, 1993), and her date at the time of the recording (13 years old).

Amy's parents, Bill and Louise Herman (John K. Frazier, Tammy Klein) comes into her room to talk about the planned party they're intending to throw for Amy's 14th birthday, only a week away. Bill was looking to host it at a particular place that Amy liked, but she says she's starting to feel too old for it. The scene quickly reveals that Amy's parents are very loving and dote on her, in direct contrast to Megan's parents, who are divorced and provide her with none of the parental love and support she still very much needs. After they leave, Amy looks at her face in her mirror again and sighs. Bill had called her 'Princess' in a loving way, but Amy feels that to the rest of the kids in the neighborhood, she's more like 'Princess Pudgy.'

Later that day, Megan receives a cell phonecall from an acquaintance named Ben (Rudy Galvan) while hanging out at the coffee shop with her friends Lexie (Jael Elizabeth Steinmeyer) and Kathy (Kara Wang). Ben is hosting a party that weekend and is calling to invite the three along. Both alcohol and drugs will be freely available. Lexie, Kathy and Ben are all stunned when Megan insists on bringing Amy with her to the party; Lexie and Kathy going so far as to politely excuse themselves. Ben is furious at the idea of Amy attending the party, but Megan doesn't back down. The scene shows that Megan is sufficiently 'in demand' in the student party scene that she has the influence to open doors that would otherwise be closed to Amy.

By now, the friendship between Megan and Amy is also shown to be one that fulfills both of their strongest needs: Megan gives Amy access to peer social events that she would otherwise be shut out of, while Amy gives Megan a confidante that soothes and comforts her in light of the horrible way she's treated by her mother.

Caption: January 6, 2007:

Ben's party. Outside of Ben and Gideon, the party is almost all girls. Each has to pay $10 for entry or else provide a sexual favor

The teens dance to glaringly loud rock music, drink, smoke pot and do cocaine. Amy listens to the music and holds a beer bottle in her hands but drinks sparingly and doesn't dance, feeling awkward about it. Some of the girls get tipsy enough to dance close together, and Ben spends time making his moves on whoever will receive them. Megan in particular doesn't care for Ben's advances. Kathy, on the other hand, enjoys feeling 'wasted.' Even Amy starts to get tipsy from drinking, but pushes Gideon away when he starts to grope her while one of Ben's friends films it. Gideon slaps Amy hard across her face for her trouble. Humiliated and crying, Amy goes looking for Megan, only to find her on her knees in front of Ben, performing fellatio on him. Megan is severely embarrassed at being seen by Amy.

Near the end of the party, Amy slumps against a stairway banister, not feeling well after drinking most of the night. At the foot of the stairs, Lexie is coaxed into snorting a little coke and slowly french-kissing another girl while Ben films it. Amy suddenly throws up on the two girls, much to Lexie's total outrage and disgust, but to the delight of the other boys who hoot up about Amy being drunk.

Late that night, Megan and Amy comfort each other via video conference. Megan admits that she doesn't particularly care for most of the other students, despite her popularity among them, and Amy is her only real friend. She amuses Amy with a story of how she did fellatio at age ten on a 17-year-old camp counselor; a conversation that's rudely interrupted by Joyce, who demands that Megan turn her computer off and go to sleep. Megan, embarrassed, tells Amy she desperately wants to get away from her mother and




xfinity

Xfinity Prepaid Internet
A different way to pay for fast and reliable home Internet.

$45 for 30 days*

Start Now

*Requires a $35 Modem Purchase

they talk briefly about running away together to Texas before ending the call to go to
sleep.

Caption: January 10, 2007; Amy's 14th birthday:

The first scene in the movie, Amy and Megan doing an ad-lib for Amy's new video camera
(shown to be a birthday present). More of the scene is shown as they ad-lib a mock
interview of their respective life stories. Megan goes first, and her bubbly demeanor
suddenly turns quiet and sad as she talks about her family. Her voice is sarcastic as she
'claims' her mother loves her, and she doesn't know where her father lives or what he
does for a living... and her stepfather, Paul, is in prison for raping Amy repeatedly over a
two-year period starting when she was nine. Megan says that Joyce was so frightened of
losing Paul that she blames Megan for his going to prison and this is likely one reason for
Joyce's abominable treatment of her. Megan finishes by saying that boys like her and she
provides them any favors they want, but insists that they pretend to love her-- even
though she knows it's fake and in her opinion, pathetic. Amy hugs Megan comfortingly,
and Megan is seen to take real solace in it.

Caption: January 13, 2007:

Megan and Lexie are video chatting. Lexie tells Megan about a young man named Josh
that she's met online. Josh is a skateboarder and attends Tolland high school, and he took
notice of Lexie's internet profile because she listed skateboarding as an interest, even
though she doesn't know how to ride a skateboard (guys dig it when girls are into
skateboarding, Lexie tells Megan). Lexie tells Megan that Josh's online handle is
'skaterdude.' Megan does a search on the handle and a photo of Josh is shown, with a
caption saying that Megan downloaded the photo and it was later found on her computer.
Lexie mentions that Josh's little brother accidentally broke his laptop's webcam, and tells
Megan that Josh met George Clooney at a mall and talked to him once. She innocently
suggests that Megan instant-message Josh some time, and Megan says that maybe she
will later.

Amy is shown making a video diary entry. She points her video camera all around her
room, showing her stuffed animals, and says that her favorite teddy bear is named Billy,
but she doesn'st have him anymore. She points the cam at a picture of Amy and Megan
together. She takes her camera all around her house, describing some of it in the diary
entry, saying she lives in Sherman Oaks, a suburb of Los Angeles. She 'introduces' her
mother (who slyly suggests that Amy SHOULD be doing her homework while Louise is
making dinner) and the family cat (who Amy says is older than her in real years, which
makes him over 100 in 'cat years') on the diary entry, and says that her father works long
hours and isn't at home as much as he'd like, but always makes sure to come home for
important events.

Megan makes contact with Josh (Dean Waite) online. He tells her a little about his
skateboarding and that the teachers at his school 'suck.' Megan says they also suck at her
school, which she names as Alton; Josh recognizes the name and says that he doesn't live
far away. He tells her he practices boarding at a ravine behind a diner that Amy knows
about and goes to often. Amy is briefly disturbed when Josh asks her to tilt her webcam
down a little (she knows exactly why he's asking), but Josh apologizes and backs down,
whereupon Megan obliges him, and he compliments her on her blouse. Megan mentions
Josh's broken cam, and he says his dog chomped on it-- Lexie had told Megan that Josh's
little brother broke it. Josh quickly says that both his brother and his dog did their share in
breaking the cam. He is attending the party that Lexie had invited Megan to, and asks
Megan if she's coming-- since Megan has seen his photo maybe they can hook up. Megan
is unsure if she wants to go. There is some sardonic banter between the two of them
before they finally sign off. After the call is ended, Megan suddenly rushes to her dresser
and grabs a strappy black top and a denim skirt.

That evening Megan is walking to Tracy's house for the party and calls Amy on her laptop.
She tells Amy that she decided at the very last minute to go the party after talking to a
boy she met online.

Amy makes another video diary entry. She's looking through a teen magazine to find a
nice prom dress in case a boy asks her to his when she's a senior in high school. Then she
figures no boy is ever going to ask her to a prom and drops the F-bomb at her video
camera before ending the diary entry.

Caption: January 14, 2007:

Amy calls Megan at 8 AM to see how the meeting with Josh went at the party. Megan says
that Josh was a no-show; she waited four hours for him. She tells Amy Josh's name and
calls him a jerk. Amy invites Megan to go to a movie with her after she's feeling more
awake, and they end the call.

Josh contacts Megan online. Megan confronts Josh at his no-show at the party, but Josh
insists he was there, and he proves it by accurately describing Megan's outfit, including
the butterfly clip she wore in her hair. When Megan asks why he didn't come up to her, he
gets embarrassed and says he kind of 'wimped out' when he saw how popular she was
with the other teenagers. Megan finds this flattering and forgives Josh. She tells him that
she's going to see a new Matt Damon movie with her best friend and drops a hint that
Josh can come along. He gets a little shy but then bites at the offered bone and offers to
get her some ice cream after the movie (he's a little shy about meeting Megan's friend).

Megan steps out of the house and calls Amy on her cell phone, and tells her why Josh
didn't come up to her at the party. She finds him very sensitive and likes that about him.
She tells him he's going to web her around 7:30 and offers to let Amy come with her.

Josh makes web contact with Megan after the movie, and Megan introduces Amy to Josh.
The three talk briefly and Josh sends another picture of himself showing that he surfs as

well as skateboards-- he says the current time of year is perfect for surfing because of
water currents from Mexico (showing he knows a lot about the sport). Amy heads home
and Megan and Josh agree to meet behind the diner. After they end the call, Megan
quickly grabs up her purse, and the camera continues to show her empty room for half a
minute after she walks out.

Caption: January 15, 2007:

Megan wasn't present at school, and Amy hasn't been able to reach her to find out how
the date with Josh went. She becomes worried enough that she contacts Kathy and Lexie,
both of whom are cold and curt in their reception of her, telling her only that they haven't
talked to Megan either before quickly hanging up on Amy.

Amy webs Josh online to find out about Megan, and he gets a little concerned as he tells
her that he was hoping to ask her the same thing; they were supposed to get together
last night, but Megan never showed. He promises to web her if he hears from her.

Caption: January 17, 2007:

News anchor Callie Daniels (Lauren Leah Mitchell) reports on Megan's disappearance. The
news broadcast is perfectly put together to grab at the heartstrings, including a portrayal
of Megan's mother as frightened for Megan's welfare and praying for her safe return, and
a reporter asking Kathy and Lexie about Megan, who they say simply didn't show for
school all of a sudden. The news report goes into elaborate detail about Megan's life in her
community and school, complete with the school principal, and Kathy and Lexie, giving all
the magic words about Megan: popular, beautiful, role model, honor student, active in the
community, everyone loves her. After finishing up the section on Megan, Callie Daniels
gives a very short, brief summary about another missing child: a 13-year-old boy named
Tercel Jackson, before going to commercial.

Caption: January 18, 2007:

Amy makes a late-night video diary entry where she talks about her worry over Megan,
and that she doesn't believe that Megan ran away, as the news reporters speculate was
possible. She says she can feel in her heart that Megan is still alive, and Amy is sleeping
with her cell phone next to her pillow in the belief that Megan will call her at any time.

Caption: January 19, 2007:

News reporter Yvette Bartosik (the name of her character as well as the actress' real
name) is reporting with a 'stunning update' on Megan's disappearance: Security camera
footage from the diner reveals footage of Megan being seized. The footage shows Megan
walking behind the diner when a man came up to her, grabbed her wrist and led her away.
The footage is too grainy to show Josh's face or whether Megan resisted or tried to call for
help.

The security camera footage is shown three times in slow-motion, with captions saying it
is being shown first in original size, then enlarged 200%, and finally 500%. It is still
impossible to tell if Megan was frightened at the moment she was grabbed, or what Josh
looks like; although it can be seen that his hair is shorter, darker, and styled differently
than in the picture that Lexie had sent Megan.

Caption: January 20, 2007:

Amy and Josh are talking online. Amy seems uncomfortable with Josh calling her 'cute
girl,' even though he tries to assure her that he finds her attractive. She asks him plainly
if he was the person in the security camera footage, and he says (amused) that that was
'some old dude.' Reading Amy's worry, Josh asks about Amy's friendship with Megan and
learns how close they really are. Josh suddenly turns callous when he says he's surprised
that Amy is the kind of girl that Megan would hang with; when she accepted his calling
her attractive, he says, it meant she was stupid. Amy confronts Josh on her belief that he
knows where Megan is, but he denies it. Josh's tone reveals his true colors as he rails on
about how everyone perceives Amy; including, he claims, Megan. She again demands to
know what he did with her, and he says, 'nothing she didn't do with 100 guys before.'

Caption: January 29, 2007:

A news report gives breaking new details in Megan's disappearance: Amy has gone to the
police and told how Megan met a man named Josh online. The news report gives Josh's
name, as well as his online handle of skaterdude. Amy is shown leaving the local station
surrounded by her parents and police officers who fiercely protect her from the onslaught
of media questions.

Caption: January 31, 2007:

Amy is making a video diary entry showing some of the places that she and Megan
freuqnted together. As she passes the diner, Lexie and Kathy see her and walk up to
confront her. Lexie becomes particularly emotional as she lambastes Amy over Megan's
disappearance. Unable to deal with her guilt over having introduced Megan to Josh-- now
the prime suspect in her disappearance-- Lexie becomes hysterical and starts to scream at
Amy that she loved Megan as well and tries to pin Megan's disappearance on Amy.

Case 2:20-cv-00435-CBM-PJW   Document 15-1   Filed 03/13/20   Page 85 of 135   Page ID #:161

Amy's video diary continues. She walks past a bridge that she and Megan often visited.She sets her laptop on the ground under the bridge and squats down in front of it, reminiscing about the adventures she and Megan shared. She turns to a niche in one of the bridge's supports and pulls out her favorite teddy bear, Billy, saying that she hid him here after Louise wanted Amy to get rid of Billy because he was growing old and ragged.

As she holds the teddy bear, a silhouette is seen appearing several yards behind Amy, on the other side of some foliage. The silhouette stays put and appears to eavesdrop as Amy talks about the whole experience making her not want to grow up and that she'd just rather stay there under the bridge holding Billy.


Caption: February 1, 2007:

Amy is on the internet when Josh makes contact to confront her on going to the police. He warns her that free internet screen names can easily be set up and discarded anywhere, at any time, meaning the police can't find him. He demands that Amy shut her mouth about him, threatening that he might have to 'visit' either her or her mother if she doesn't leave him be. Amy stares into her webcam, frightened, for half a minute before shutting her webcam off.


Caption: February 2, 2007:

A news report gives a detailed live-action re-enactment of the security camera footage showing Megan's abduction. The re-enactment has been filmed at the exact spot of her abduction and features commentary from the director and the actors playing Megan and Josh, speaking about the importance of spreading awareness on child safety. The actor playing Josh speaks about how hard it is playing the role of such a despicable internet child predator. The actress playing Megan talks about how the internet isn't as safe as people think, even when you're in your own home. The actual re-enactment footage ends with the Megan actress starting to scream for help as the Josh actor forces her into a white SUV and drives off with her.


A video caption says that on March 4, 2007, two photographs of a young girl later identified as Megan, were found posted on a fetish website's forums. The website owner contacted the FBI because of the graphic, disturbing nature of the photos showing what was clearly an underage girl. A second caption says that the photos have never been released to the public before.

The photos show a wooden table; the table's top is a pillory with openings to trap a person's neck and wrists. Megan is locked inside the device; her eyes wild and wild, her hair matted and disheveled. Built into the table-top pillory near the neck opening are metal hook braces that hold Megan's mouth wide open. A rubber band is slung over her head, ending in another metal hook that is lodged in her hostrils, pulling the base of her nose opward. Megan's fingers, hands, and knees are bloody, showing she's been tortured and abused, both physically and sexually.


Caption: February 4, 2007:

Amy makes another video diary entry under the bridge. She talks about how volunteers for the search for Megan are dwindling and people are losing hope she is still alive. Amy admits she isn't sure herself, anymore, if Megan is still alive. Needing solace, she turns to the niche to reach for Billy-- and a man's hand is seen reaching into the video camera view to seize her.

News anchor Callie Daniels gives an update on Megan's disappearance, reporting that Amy has vanished after having gone to the police with information on Josh. Police are concerned on the double disappearance but continue to look into 'all possibilities,' including that the two girls might have run away together.


Caption: February 6, 2007:

News reporter Yvette Bartosik reports on a pink ribbon campaign organized in the neighborhood where Megan and Amy live, in the hopes of the two girls being returned safely home. Even Lexie and Kathy are taking part in the campaign, although they carefully mention only that they'd like to see Megan return home safely. Amy's parents are shown thanking the volunteers for their search and praying for Amy's return.


A caption says that the following scene is a short piece of news footage not previously broadcast: Search workers are looking in trees just off a road. A worker tells the chief he's found something. The chief notices the reporter and sends another worker to make the reporter leave the scene.

Another caption says that on March 12, 2007, Amy's video camera was found in a trash bin in the Angeles National Forest. Photographs show the inside of the trash bin and then a zoom-in photo shows the camera visible among some trash, and finally a police detective holding the camera, placed in a plastic evidence bag, as he talks with search workers.

Another caption announces footage of a man believed to be 'Josh' as found on the camera. It shows the silhouette coming into view well behind Amy in her video diary entry from January 31. The view zooms in on the silhouette but cannot reveal any positive details about 'Josh.'

A caption says that the following scenes are the final 22 minutes of footage found on Amy's video camera after it was discovered; the footage is unedited and unaltered.

Amy is shown as 'Josh's' captive, stripped to her bra and panties, chained at the neck to a wall in a small, filthy cell that looks disturbingly like it was built for that very purpose. It is very dark, showing it to be underground or a sub-basement. The camera pans past a closed polypropylene-plastic barrel as 'Josh' goes to check on Amy. The terrified girl tearfully begs and pleads for mercy, for 'Josh' to let her go. He coldly tells her that Megan is here, but Amy can only see her when he says so. He tells her that Josh isn't his real name, and he douses her with a bucketful of dirty water.

More graphic scenes are shown of Amy as 'Josh's' captive. She is savagely and unmercifully tortured, raped and sodomized, passing out from the pain of it, and forced to completely debase and humiliate herself by kneeling on the floor and putting her hands behind her back, eating the food he's placed in front of her as a dog would-- she complies when 'Josh' dangles her teddy bear, Billy, in front of her. He gives it to her finally, and she huddles against the corner of her cell, cuddling the bear and crying.

Finally 'Josh' takes her out of her cell, talking sweetly to her about whether she'd like to go home. He tells her that he needs to put her in the barrel so she can't see where she lives. But when 'Josh' opens the barrel, Amy is horrified to find that it contains Megan's body. She screams in horror as 'Josh' forcefully stuffs her into the barrel and re-seals it.

A heartbreaking twelve-minute finale ensues revealing Amy's appalling fate: 'Josh' has taken her out into the woods and digs a hole to bury her alive. 'Josh' wordlessly digs as an increasingly desperate Amy professes to love him with all her heart and will submit herself completely to him if he lets her live. But finally the hole is completely dug and 'Josh' tips the barrel, rolling it to the bottom of the hole. Amy's soft and tearful pleas give way to hysterical shrieks for someone, anyone, to come and help her. 'Josh' says nothing as he buries her alive in the makeshift grave, finally picking up the flashlight and walking toward the break in the treeline, leaving Amy to die.

Megan and Amy are shown together on side-by-side missing-child posters. Megan's poster says that anyone having or wanting information should to to the website 'findmegan.com' (which leads to the website for the movie).

The end credits ensue among a video diary entry where Megan and Amy wistfully talk about what their future will be like when they grow up. At the end of the entry, Amy asks Megan if she thinks Amy will meet a man when they're grown up. Megan assures Amy that she will one day... and that they'll both "just know" when the right guy comes along.

## See also

Taglines | Synopsis | Plot Keywords | Parents Guide

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

---

Recently Viewed

Clear your history

**Get the IMDb App**

View Full Site

Help          Site Index

IMDbPro      IMDb TV

Box Office Mojo      Press Room

Advertising      Jobs

Conditions of Use      Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.

 **IMDb**                                                                                    Sign In



#HEARMEOUT

---


It's your voice: speak up, be heard. We celebrate your stories. Every single one. #HEARMEOUT
cricket wireless
ad feedback

[Poster] **Paper Towns** (2015)                    Edit

## Plot

Showing all 7 items

Jump to:  Summaries (6)   |  Synopsis (1)

### Summaries

After an all-night adventure, Quentin's lifelong crush, Margo, disappears, leaving behind clues that Quentin and his friends follow on the journey of a lifetime.

—*Benjamin Rothrock*

Adapted from the bestselling novel by author John Green, PAPER TOWNS is a coming-of-age story centering on Quentin and his enigmatic neighbor Margo, who loved mysteries so much she became one. After taking him on an all-night adventure through their hometown, Margo suddenly disappears - leaving behind cryptic clues for Quentin to decipher. The search leads Quentin and his quick-witted friends on an exhilarating adventure that is equal parts hilarious and moving. Ultimately, to track down Margo, Quentin must find a deeper understanding of true friendship - and true love.

—*20th Century Fox*

Quentin Jacobsen has spent a lifetime loving the magnificently adventurous Margo Roth Spiegelman from afar. So when she cracks open a window and climbs into his life- dressed like a ninja and summoning him for an ingenious campaign of revenge- he follows. After their all-nighter ends, and a new day breaks, Q arrived at school to discover that Margo, always an enigma, has now become a mystery. But Q soon learns that there are clues- and they are for him. Urged down a disconnected path, the closer he gets, the less Q sees the girl he thought he knew...

—*kellyramirez03*

When Margo Roth Spiegelmen moved into Jefferson park Quinten Jacobson was in love. They grew up as friends but their friendship drifted apart. Years later she crawls back into his window in the middle of the night to get him to help her to do 9 things of revenge against her cheating boyfriend. The next day it seems Margo has disappeared she left clues for him Quinten and his friends set off to find her before senior prom.

After an adventure that Quentin takes with the young, beautiful Margo he simply falls in love overnight. After she goes missing Quentin and his friends search for clues to find her and he won't rest until he is reunited with his long lost love.

Adapted from the young adult novel by John Green, Fox 2000's Paper Towns tells the story of the bizarre mystery that unfolds in the wake of an acute youthful trauma. After stumbling across the body of a suicide victim, two young neighbors gradually begin to drift apart. Years later, the girl appears at the boy's window in a ninja costume, and requests

### Storyline

**Paper Towns**

**Storyline**

Taglines

Plot Summary

Synopsis

Plot Keywords

Parents Guide

**Explore More**

## User Lists                                    Create a list »

Related lists from IMDb users

 **2015 Movies I've Seen**
a list of 40 titles
created 11 Mar 2018

 **2015**
a list of 45 titles
created 8 months ago

 **Dramas**
a list of 21 titles
created 2 months ago

 **My Favourite Childhood Movies**
a list of 43 titles
created 26 Mar 2014

**2014 – 2020**
a list of 48 titles
created 01 Jan 2015



his help in punishing those who were cruel to her. The following day Margo disappears without a trace, leaving him in a state of emotional flux as he follows a bizarre trail of clues in hopes of tracking her down..



## Spoilers

⚠️   The synopsis below may give away important plot points.

### Synopsis

Quentin's life changed the day Margo Roth Spiegelman moved next door. He considered her his one true love. They were both close in age, they became close friends and did everything together, until one day they discovered a dead body. Apparently, the man couldn't cope with his impending divorce. Quentin didn't flinch, but Margo took it badly. She showed up one day at his window, saying she discovered that the dead man's wife worked at Sea World, and wanted to go out with him to Sea World to solve the mystery. Quentin refused to go as it was 11:00 pm, and they were kids, so she rode her bike there without him. Quentin comments that Margo loved mysteries so much she became one. Her life was a series of epic adventures.

We cut to them as teenagers. Margo (Cara Delevingne) was one of the popular kids at high school who did whatever she wanted, Quentin (Nat Wolff) is not, and they aren't really friends after that night in childhood. She went as a groupie for three months with a band among other things.

One night, Margo crawls through Quentin's window and asks to borrow his car. Her parents keep their car keys in a safe under their bed every night, with a dog nearby who hates Margo (the dog will bark and wake them up). Since Quentin doesn't have a car, they use his mom's.

They head to Costco and buy lots of plastic Saran Wrap, a raw catfish for cooking, Petroleum Jelly, spray paint, a steering wheel lock and Nair. Margo plans to exact revenge on all who have wronged her. Her boyfriend Jase (Griffin Freeman) is cheating with one of her best friends Becca (Caitlin Carver), so they first head to her house. Waiting outside, Margo sees Jase's car, and places the lock on his steering wheel as she knows he never locks the car. She then calls Becca's house and informs her dad that Becca is having sex in his basement. Her dad storms downstairs to discover the two of them in her room. Margo hands Quentin the camera before Jase runs out, and instructs Quentin to take a picture of Jase running naked across the lawn. Jase sees him but continues running. Quentin is scared, as Jase is on the football team and can beat him up, so Margo points out Jase's microscopic penis and says Jase won't beat him up if he threatens to release the photo. They both then run into Becca's room, while Becca is elsewhere, quarreling with her dad. Margo throws a fish in her closet and sprays an M on the wall.

The next house they head to is Lacey's (Halston Sage), Margo's best friend. Margo is upset because Lacey knew Jase and Becca were cheating but said nothing. Margo saran-wraps her car, and sprays an M on it.

The next house they head to is a guy who told all the girls in 6th grade not to dance with Quentin; this one is for him. She tells him to spray Nair on one of his eyebrows while she locks the door and puts Petroleum Jelly on the handle. As Quentin wipes off the nair and his eyebrow, the guy wakes up. They run out of his house, pulling the door behind them and he is unable to open it as the Jelly on the door makes it hard to unlock.

The next place they head to is a business building. Quentin is hesitant to enter as he doesn't want to be caught trespassing because he has his whole life ahead of him; Duke University, med school, kids at age 30 and he looks forward to being happy. She is confused that he will wait until he's 30 until he's happy. She also lets him know that the guards name is Gus. They walk in, and Gus lets them in saying, "Mi casa is su casa". He and Margo appear to know each other well (the night guard appears to be very young.) They go to a conference room over-looking the city. She point at all the buildings and calls it a paper town with paper people, complaining that no one seems to care about the right things. Quentin is quite smitten with her, and they dance to some music before heading back home. After parking the car, Quentin asks Margo if tomorrow things will change between then. She appears to think they will, but the next day she is absent from school.

A few days later, a police officer, Margo's parents and his parents all greet him in the dining room asking when was the last time he saw Margo. He tells them Wednesday night, but leaves out specifics, just saying that she climbed through his window to say hi. Margo's parents decline to file a missing persons report because she has run away five times before, and is now 18, free to do whatever she wants. Quentin also comments that every time she leaves, she leaves clues for her loved ones to come find her (mainly her sister.)

Quentin is deeply in love with Margo, and longs to solve the mystery. His two friends, Ben and Radar (Austin Abrams and Justice Smith) help him move. On all these years her shades are down, showing a band on the blinds, which is weird, as all these years her blinds have never been down. The three guys go to Margo's house (her parents aren't home) and bribe her sister with $20 to let them look around. Her room is filled with records. He searches the records for the band on her blinds. He finds the record he is looking for and sees and writing circled Walt Whitman's niece. Then he sees the Walt Whitman book on her desk and takes it home.

He spends the next few days reading the book and comes across a line circled- Unscrew the door themselves from their jams. He proceeds to Margo's house and again bribes her sister with $20 and uses a screwdriver to unhinge her doors to find nothing.

Later that night, still reading Walt Whitman's book, he notices a small piece of paper in his door hinge with an address written on it. He calls Radar to join him, but Radar tells him no, they can go the next day as he has plans with Angela, his girlfriend.

HARRISON FORD
THE CALL OF THE WILD
NOW PLAYING IN THEATERS
GET TICKETS

2,701

Shop now

**Share** this page:



xfinity

Xfinity Prepaid Internet
A different way to pay for fast and reliable home Internet.

$45 for 30 days*

Start Now

*Requires a $35 Modem Purchase

The next day, all three guys head to a shady part of town, going to the address, to find an abandoned building. Quentin hopes Margo is inside. They enter to see a hole in the wall leading to an abandoned store: still no Margo.

The next day in school, Jase approaches Quentin with his friends and tries to beat him up, but he shows him the picture and threatens to release it, and Jase and his friends leave him alone. Lacey approaches Quentin and friends, to find out what happened to Margo, as he was with her on her last night in town. He tells Lacey they're trying to find out, but also lets her know Margo is angry that she didn't let her know about Jase and Becca's affair. Lacey claims she had no idea, but that her boyfriend knew, she really seems concerned for Margo and broke up with her boyfriend when she found out. She also lets him know that now she is without prom date and Ben immediately begins flirting with her, she says she'll be at Jase's party later. The boys seem excited and decide to attend a popular party, now that they have dirt on Jase. Quentin is obsessed with Margo's disappearance and decides not to attend.

He goes back to the abandoned room and sees Margo has written on the wall "We live in Paper Towns". Confused, he falls asleep and sees Margo approaching him in a red dress begging him to come find her. Quentin is awoken when Radar calls at the party and lets him know that Ben is drunk, and that they need help to get him home. He arrives, hoping to search Jase's room for clues, but Becca and Jase are banging upstairs. He then heads to the bathroom, and mid pee is interrupted by Lacey, who is hiding in the tub. He joins her (platonically) in the tub, and they discuss life. He lets her know that he and his friends are searching for Margo. Lacey says everyone thinks she's just a pretty face, but she is actually going to Dartmouth in the fall. When Jase interrupts, Quentin knows he can now go search his room. He finds an atlas like one in the abandoned store with a page missing.

After one friend pukes in the house, they head to the abandoned building. They look through the other atlases and are startled to find that Lacey has followed them, she wants to know what happened to Margo. He finds the missing page and holds it against the light, to see that Margo has made holes in the map, pointing to where she is headed. He hangs up the map and discovers she is headed to New York, and the one friend says that there are so many towns there that they'll never find her. Quentin then instructs him to look for a Paper Town, made up towns on maps that people place to see if anyone infringes their copyright by copying their map without permission. They find one Agloe, New York.

MRS (Margo's initials) edits the Wikipedia page and gives it a population of 1. The four agree to leave immediately in order to make it back to prom, but Radar wants to stop to tell his girlfriend Angela goodbye, and she joins them. The five head on a road trip to New York, and one friend, who needs to pee half hour in, is given bottles to pee in and spills it in the car. So they make a six minute stop to buy food, drinks, new clothes and plan out their trip stops in order to make it home in time for prom.

At night, Quentin nearly hits a cow, but Ben spins the wheel and averts is, so they skid and decide to stop for the night. Angela has sex with her boyfriend. Ben and Lacey agree to go to prom together.

They arrive in Agloe, New York the next day and find the barn, but it's empty. The rest give up and decide to head back for prom, but Quentin doesn't want to go and is angry they don't want to find her. Lacey loves Margo but says Margo would never do the same for her, Ben and Radar just did it to have one last memory and a fun road trip before they graduate. He gives them the keys and tells them hell find another way home.

Quentin hitch hikes to town and buys a bus ticket home, but sees Margo walk by. He runs after her and calls her name. She is surprised to see him there; she left clues for him to find to let him know she is okay, not to join her. He says he loves her, and she is surprised, saying everyone likes the idea of her, but no one really likes her. She buys him a drink and explains she wasn't made for town life, and this is the perfect place to lose, and then find herself, in solitude. She planned to disappear after graduation, but Jase, and Becca's cheating speeded it up. She relents, offering to let him join her, but he decides against it. He wants to go to Duke. They hug, and he tells her that her sister misses her. She says they talk everyday on the phone.

Quentin heads back in time to join all of his friends at prom, and the five of them dance and enjoy themselves.

The film ends with him saying that someone says they saw Margo doing a play on Broadway, another claiming to see her giving surf lessons in Malibu.

## See also

Taglines | Synopsis | Plot Keywords | Parents Guide

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

Recently Viewed

Clear your history

 Offer ends
3/22

**Bring your own phone.**
**Get a $50 prepaid card.**
Requires new line and number transfer

Learn more

**Get the IMDb App**

View Full Site

Help        Site Index

IMDbPro        IMDb TV

Box Office Mojo        Press Room

Advertising        Jobs

Conditions of Use        Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.

            Sign In



## Searching (III) (2018)

Edit

### Plot

Showing all 5 items

Jump to: Summaries (4)  |  Synopsis (1)

#### Summaries

After his 16-year-old daughter goes missing, a desperate father breaks into her laptop to look for clues to find her.

After David Kim (John Cho)'s 16-year-old daughter goes missing, a local investigation is opened and a detective is assigned to the case. But 37 hours later and without a single lead, David decides to search the one place no one has looked yet, where all secrets are kept today: his daughter's laptop. In a hyper-modern thriller told via the technology devices we use every day to communicate, David must trace his daughter's digital footprints before she disappears forever.

Director Aneesh Chaganty's laptop thriller follows the the everyday life of the family through home videos and video chat footage. Their seemingly idyllic family life is usurped when Margot (Michelle La) disappears mysteriously. Her father David (John Cho) enlists the help of a dedicated detective (Debra Messing), and they venture down an unnerving internet rabbit hole in a desperate effort to find her.

In San Jose, California, David Kim looks through old photographs and videos of his daughter Margot and his late wife Pamela, who died from lymphoma nearly two years earlier, after which David and Margot became distant. One night, Margot goes to a friend's house for her study-group. The next morning, David is unable to reach Margot but assumes she has risen early to go to school. Later, he calls Margot's piano instructor, but is informed that Margot had canceled her lessons six months ago. David discovers that Margot had been pocketing the money for the lessons, before suddenly transferring $2,500 to a deleted Venmo account. Realizing that Margot is missing, David calls the police, and the case is assigned to Detective Rosemary Vick, who asks for information about Margot's personality and friendships. David manages to access Margot's Facebook and speaks to her contacts only to discover that Margot has not had close friends since Pamela's death.

### Spoilers

⚠️ The synopsis below may give away important plot points.

#### Synopsis

Note: This entire film is shown through the point-of-view of laptop or phone screens.

The film opens with a photo/video montage showing the life of a Korean-American family known as the Kims - David Kim (John Cho), his wife Pam (Sara Sohn), and their young

---

Searching

**Storyline**
Taglines
Plot Summary
Synopsis
Plot Keywords
Parents Guide

**Explore More**

---

**User Lists**     Create a list »

Related lists from IMDb users

 دانلود مردم بینم
a list of 36 titles
created 08 Mar 2018

 to be...
a list of 28 titles
created 28 May 2015

 Checked
a list of 46 titles
created 24 Feb 2018

 Filmes 2020
a list of 24 titles
created 1 month ago

 Plan to Watch
a list of 35 titles
created 3 weeks ago

See all related lists »

daughter Margot. Margot took up an interest in piano lessons from a young age. Pam was
later diagnosed with lymphoma that went into remission, but she later experienced a
relapse. David and Margot stood by her side until she passed away in 2015.

In the present, David chides Margot (now played by Michelle La as a teenager) for not
taking out the trash. She says she will do it when she gets back from a study group
session. David then talks to his brother Peter Kim (Joseph Lee), who is trying to make a
gumbo recipe that Pam used to make. David sends him a picture of the recipe and then
takes the time to watch a video of Pam showing a young Margot how to make the gumbo.

That night, as David is sleeping, he misses two calls from Margot.

David messages Margot again for not taking out the garbage. Hours later, he still hasn't
heard from her. After work, he tries to contact Margot, but she never answers her phone.
He thinks she might be at a piano lesson, so he calls the piano instructor, only to discover
that Margot canceled her lessons six months earlier, which means that she has been
taking the $100 bills that he has left her for herself. David starts to worry.

David looks up the numbers of Margot's classmates from Pam's old contacts list. He calls
the home of Margot's childhood friend Isaac (Connor McRaith), and he speaks to Isaac's
mother, who tells David that Isaac and his friends went on a trip to the mountains, so he
believes that Margot could be with them. David manages to get in touch with Isaac, who
tells him that Margot is not with them and that he had invited her, but she declined.

David calls the police and he speaks to the renowned Detective Rosemary Vick (Debra
Messing), who is assigned to the case. She tells David to get in touch with anyone who
may have been close to Margot or know where she was last seen. David goes through
Margot's laptop and finds that all of her social media accounts are private. He logs into her
Facebook profile using Pam's old email address, and he begins to reach out to Margot's
classmates. Most of them have alibis from the night that Margot went missing, and others
say that Margot was usually quiet and distant. David compiles a chart to keep track of
who he has spoken to so that he can show Vick.

Vick later shows David traffic cam footage showing Margot leaving a gas station and
heading out of town. She also sends him a fake ID that Margot appears to have used
under the name Jen Yeun. This, coupled with the fact that David found Margot's Venmo
transactions having taken out $2,500, leads Vick to suggest that Margot ran away.

Growing tired and increasingly afraid, David then comes across the site YouCast where
Margot left live-streaming videos. He goes through the saved videos to see that Margot
would talk to someone named Hannah, whose username was "fish_n_chips". Hannah also
had a sick mom and would relate with Margot. David then notices one of the videos is of
Margot at a lake, which matches a picture she posted to her Tumblr account. It's Lake
Barbosa, where Margot liked to go to relax. David finds the directions from the spot where
Margot was last seen, and he heads out.

David sends Vick in the middle of the night once he gets to the lake. He finds a Pokeball
key chain that belonged to Margot, confirming that Margot was there and that she didn't
run away. In the morning, authorities fish Margot's car out of the lake. An envelope with
$2500 is there, but Margot isn't in the front or the trunk. A bit of blood is spotted on the
dashboard.

News of Margot's disappearance spreads, leading to a search party scouring the woods for
her. It becomes a trending topic, with some people sharing love and hope for Margot to
return, while others mock the situation and accuse David of being involved in her
disappearance. One of Margot's schoolmates, Derek Ellis (Reed Buck), who is (for lack of a
better term) a douchebag, jokes that Margot is with him and that he's her pimp. David
finds out he's at the nearby movie theater after checking in on Facebook, and he goes to
confront him, leading to David kicking Derek's ass and breaking his jaw, which patrons
record on their phones. Vick tells David to stay off the case because of this.

David looks through the photos of the site of where Margot's car was found. Upon closer
inspection, he notices a hockey hoodie in the front seat of the car that he recognizes as
belonging to Peter. David looks through Margot's messages between her and Peter, which
imply that they have been doing something that Peter knows David would kill him for.

David pays Peter a visit and sets up cameras in his home to try and get a confession out
of him. David asks Peter when he last saw Margot, and he appears to dodge the question.
David then attacks Peter until he tells the truth, and Peter admits that he and Margot were
smoking weed. She had caught him at one point and wanted to try it, so they kept it a
secret from David. Peter points out that he was the only one who listened to her when she
talked about her mother's passing, since David had avoided talking to her about it. David
then gets a phone call from Vick, but he misses it and just hears her voicemail. Vick tells
him that they got a suspect, and David breaks down crying as he listens to the voicemail.

The news reports that an ex-convict, Randy Cartoff (Ric Sarabia), has apparently
confessed to killing Margot before committing suicide. A video of his confession is shown,
in which he tearfully apologizes for what he claims to have done to her. David is sent
memorials and condolences for the news.

David receives an email from a memorial service asking for videos and pictures of Margot
that he would like to share for her upcoming memorial. After picking all the files that he
wants so share, he notices a picture on the service's site that looks familiar. It appears to
be Hannah, AKA fish_n_chips. He searches her image on Google and notices that the girl
in the picture is some kind of catalog model. David calls the company that Hannah works
for, and he speaks to her, but she has no idea who Margot is or what YouCast is.

David tries to call Vick to investigate further since this doesn't add up for him. He instead
speaks to a woman from the police station that tells him that Vick is not there, and she
lets it slip that Vick volunteered for the case instead of being assigned as he had been led
to believe. David does a little more investigating and sees an article of Vick with
construction workers, and one of them is Randy. With this information, David brings a
group of police officers to Margot's memorial, and Vick is arrested.

A week after Vick's arrest, we see her being interrogated. She confesses that everything



858

[ Shop now ]

**Share** this page:

858

[ Add to Cart ]

Ex. D-15

she did was because of a mistake that her son Robert (Steven Michael Eich) had made. It turns out that Robert had been in love with Margot for years, and he cat-fished her as fish_n_chips, using Hannah's picture as his own and coming up with this fake persona and backstory for months. Margot had taken out the $2,500 to help with what she believed was his sick mother's hospital bills. When Robert found her smoking weed at the lake, he frightened her and she ran. Robert went after her, and she started hitting him in self-defense, and he reacted by pushing her down the ravine. Robert called Vick panicked, and she told him not to do anything. She made up everything to throw David off, including making a fake ID for Margot, making it look like her body was nowhere to be found, and even setting Randy up to make a false confession and having him killed. Vick then points out that there is a possibility that Margot survived because there was a storm two days after she went missing, so she would not have been totally dehydrated. Robert is also taken into custody following this confession.

A rescue team goes down to the ravine where Margot fell. From a live news chopper, we see the rescuers bringing up a body basket with Margot inside. David goes over to see if Margot is okay...

It's now months later. We see a message exchange, followed by a picture of David with Margot in a wheelchair at the hospital, confirming that she is indeed alive. She is waiting and refreshing to find out if she got into a music conservatory that she had applied to. David messages her telling her that he is proud of her, and that her mom would be too.

## See also

Taglines | Synopsis | Plot Keywords | Parents Guide

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

Recently Viewed

Clear your history

**Get the IMDb App**

View Full Site        Help        Site Index

IMDbPro        IMDb TV

Box Office Mojo        Press Room

Advertising        Jobs

Conditions of Use        Privacy Policy

Interest-Based Ads

Searching (2018) - Plot Summary - IMDb

© 1990-2020 by IMDb.com, Inc.

Ex. D-17



Sign In



FROM EXECUTIVE PRODUCER **JORDAN PEELE**

**AMAZON ORIGINAL**

# HUNTERS

    **WATCH NOW**

ad feedback

**Elsewhere** (2009)

Edit

## Plot

Showing all 2 items

Jump to: Summaries (2)

### Summaries

A teen girl disappears after trying to meet men online in order to escape her small town. Apparently, only her best friend worries enough to investigate the mystery.

—*Anonymous*

Sarah and Jillian have been best friends for so long they can't remember when their friendship started. Growing up in the small town of Goshen, Indiana the two girls couldn't be more different. Sarah is a star pupil and athlete, a 100-watt-bulb in a five-watt-town, while Jillian is star mischief-maker, a 100lbs-of-trouble in a five-pound-bag. Although both girls long to break free of the small-town life, Jillian is the first to act, revealing to Sarah that she has been meeting men on-line with the sole purpose of finding someone who will "take her away from this place". Soon thereafter, she disappears leaving Sarah with only a journal and a cryptic video message sent from her cell-phone. Sarah soon discovers that the town would rather forget that Jillian had ever existed. Distraught, she delves into the secrets surrounding her disappearance. Aided by, Jasper, the resident computer geek who secretly adores her, the two plunge head-long into Goshen's dark secrets -- uncovering corrupt police, jilted boyfriends, a mother driven mad by loss, and an unsolved string of child abductions. The final truth they unearth will rock the town to its foundations.

—*Nathan Hope*

### Synopsis

It looks like we don't have a Synopsis for this title yet.
Be the first to contribute! Just click the "Edit page" button at the bottom of the page or learn more in the Synopsis submission guide.

## See also

Taglines | Synopsis | Plot Keywords | Parents Guide

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

**Elsewhere**

**Storyline**
Taglines
Plot Summary
Synopsis
Plot Keywords
Parents Guide

**Explore More**

**User Lists**    Create a list »

Related lists from IMDb users


**Terror**
a list of 26 titles
created 2 weeks ago


**Men pooping in movies**
a list of 34 titles
created 29 Jun 2018


**Movies E**
a list of 43 titles
created 5 months ago


**Favorite Anna Kendrick Character**
a list of 27 images
created 05 Jan 2018


**CD 006 – 010**
a list of 31 titles
created 17 Dec 2015

See all related lists »



2,701

Shop now

**Share** this page:

Recently Viewed

Clear your history

**Get the IMDb App**

Ex. D-20

The Wheel (2009) - Plot Summary - IMDb

View Full Site          Help          Site Index

IMDbPro          IMDb TV

Box Office Mojo          Press Room

Advertising          Jobs

Conditions of Use          Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.

 IMDb

Sign In



FROM EXECUTIVE PRODUCER JORDAN PEELE

AMAZON ORIGINAL

HUNTERS

prime video   WATCH NOW

ad feedback

Pretty Little Liars (2010–2017)

Edit

## Plot

**Pretty Little Liars** (TV Series)

**Storyline**

Taglines

Plot Summary

Synopsis

Plot Keywords

Parents Guide

**Explore More**

Showing all 7 items

Jump to: Summaries (6) | Synopsis (1)

### Summaries

Four friends band together against an anonymous foe who threatens to reveal their darkest secrets, while also investigating the disappearance of their best friend.

—*Anonymous*

Set in the fictional town of Rosewood, Pennsylvania, the series follows the lives of four girls, Aria Montgomery, Hanna Marin, Emily Fields, and Spencer Hastings, whose clique falls apart after the disappearance of their leader, Alison DiLaurentis. One year later, the estranged friends are reunited as they begin receiving messages from a mysterious figure named "A", who threatens to expose their deepest secrets, including ones they thought only Alison knew. At first, they think it's Alison herself, but after her body is found, the girls realize that someone else is planning on ruining their not so perfect lives.

—*ahmetkozan*

Never trust a pretty girl with an ugly secret - In Rosewood High, there was a group of high school students, Aria, Hanna, Spencer, Emily, and Alison, their leader. Alison was the popular "Queen Bee" of the high school students. Each of the four girls always shared her secrets with Ali. One Labor Day night, the five girls were having a party, when Alison suddenly went missing. Without their leader, the four girls separated. One year later, each girl gets a text message from a mysterious person named "A", including secrets that only Alison should know. Could this person be Alison? If not, then who is it? The girls reunite to find out who this A is and to stop him or her from exposing their secrets.

—*ahmetkozan*

In Rosewood, Pennsylvania, a once tight knit group of girls have to band back together after the leader of their group, Alison DiLaurentis goes mysteriously and unexplainably missing. They then start getting texts from an anonymous source that soon turns their lives more dangerous then they can imagine, and threatens to ruin everything that is keeping them sane. They have to work together to save their families, relationships, and their own lives before it's to late, and everything is ruined once and for all.

Four best friends are rattled when their Queen Bee Alison DiLaurentis dies during a party. A year later, the mysterious "A" begins to torment them with threats laced with secrets they only ever told Ali. Is Ali still alive? And will the girls ever find out who their masked tormentor is? Find out in the twisted, confusing, dark tale of Pretty Little Liars. Episodes Tuesdays at 9 on Freeform.

—*Colina*

### User Lists

Create a list »

Related lists from IMDb users

 **Best TV-series**
a list of 24 titles
created 22 Jan 2012

 **Wishlist**
a list of 46 titles
created 31 Jan 2018

 **series**
a list of 34 titles
created 30 Jun 2017

 **TV shows I completed**
a list of 35 titles
created 03 Sep 2016

**Watched Series**
a list of 38 titles
created 09 Jun 2017

See all related lists »

2/25/2020 Pretty Little Liars (TV Series 2010–2017) - Plot Summary - IMDb

In this mysterious series, five girls rule the halls of Rosewood High. One night takes a wrong turn when the queen bee and leader of the group, Alison DiLaurentis, goes missing, unexpectedly. A year after her disappearance, the estrange friends reunite, still unknowing of what happened to their best friend. The four friends, Hanna Marin, Emily Fields, Aria Montgomery, and Spencer Hastings, begin to recieve texts from an anonymous messenger containing their deepest, darkest secrets. First, they think its their missing friend, but when the police find her body, they must discover who this nameless, faceless, dangerous stranger is and find out what happened to their best friend while protecting their secrets and loved ones.

—*ahmetkozan*

## Spoilers

 The synopsis below may give away important plot points.

### Synopsis

1 year ago, Allison, the queen bee of the four friends, Aria, Spencer, Hanna, and Emily, went missing. Since her disappearance, the four girls became less close, with Aria moving to Iceland, Hanna losing weight, Spencer in competition with her older sister, Melissa, and Emily experimenting with her sexuality. When Aria comes back from Iceland, she hooks up with a guy from a bar, who turns out to be her English teacher. Hanna gets arrested for stealing sunglasses from the mall, and her mother has sex with the arresting officer to get Hanna out of trouble. Tired of always coming second to Melissa, Spencer makes out with her fiancee, causing the engagement to end. Emily meets the new girl who moves into Rosewood, Maya, and feels something a little more than friendship for her. When Aria moves back to Rosewood, all four girls receive strange and threatening messages from "A", who they believe could possibly be Allison, considering the messages were about exposing both present and past secrets- secrets only Allison knew about. The past secrets included Aria's father cheating on her mother with his student, Spencer kissing Melissa's previous boyfriend, Emily's romantic feelings for Allison, Hanna's bulimia to become skinny, and one night when Allison claimed to see a boy named Toby peeping through the window and threw a stink bomb in the garage, causing a fire, and blinding Toby's step-sister, Jenna. Even after Allison's dead body was found and a funeral was held, the girls keep receiving texts from A. Aria, Spencer, Hanna, and Emily must find out who A is before he/she reveals all of their deepest, darkest secrets.

## See also

Taglines | Synopsis | Plot Keywords | Parents Guide

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page



THIS IS THE YEAR TO
COVER NEW GROUND

7,000+
MARRIOTT BONVOY™
HOTELS WORLDWIDE

**Share** this page:

Recently Viewed

Clear your history

Get the IMDb App

View Full Site    Help    Site Index

IMDbPro    IMDb TV

Box Office Mojo    Press Room

Advertising    Jobs

Conditions of Use    Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.



IMDb                                                                          Sign In

Watch WAR OF THE WORLDS, a new original series, only on
EPIX. Every Sunday at 9/8c
STREAM THE FREE PREMIERE NOW

WAR&WORLDS  epix  prime video | CHANNELS

FULL CAST AND CREW  |  TRIVIA  |  USER REVIEWS  |  IMDbPro  |  MORE          SHARE

## Law & Order: Special Victims Unit (1999– )

# Runaway

TV-14  |  1h  |  Crime, Drama, Mystery  |  Episode aired 2 March 2001

**8.7**/10
735

Rate This

Season 2  |  Episode 16          Previous      All Episodes (480)      Next



A police officer's daughter runs away and the squad uses the help of a internet journalist to track her down.

**Director:**   Richard Dobbs
**Writers:**   Dick Wolf (created by), Nick Kendrick | 1 more credit »
**Stars:**   Christopher Meloni, Mariska Hargitay, Richard Belzer | See full cast & crew »

**Watch on Prime Video**
included with Prime

+ Add to Watchlist

Reviews
1 user | 1 critic

IMDbPro  View production, box office, & company info ⧉

## Photos

Add an image
Do you have any images for this title?

Add Image

## Cast

Edit

Episode cast overview, first billed only:

Christopher Meloni      ...      Detective Elliot Stabler

### How Diego Luna Kept Things Real in "Narcos: Mexico"



The charismatic actor brings memories of Mexico and a nose for authenticity to his performance as Félix Gallardo.

Watch the video »

ad feedback

Case 2:20-cv-00435-CBM-PJW Document 15-1 Filed 03/19/20 Page 108 of 135 Page ID #:184



| | | |
|---|---|---|
| Mariska Hargitay | ... | Olivia Benson |
| Richard Belzer | ... | John Munch |
| Michelle Hurd | ... | Monique Jeffries |
| Stephanie March | ... | Alexandra Cabot |
| Ice-T | ... | Odafin Tutuola |
| Dann Florek | ... | Donald Cragen |
| Sean Nelson | ... | Tito Frank |
| Kelly Karbacz | ... | Jill Foster |
| Reg Flowers | ... | Lance Kanick |
| Anna Holbrook | ... | Lorna Frankel |
| Kristin Griffith | ... | Mrs. Foster |
| Baird Wallace | ... | Jill's Brother |
| David Anzuelo | ... | ESU Lieutenant |
| Dan Ziskie | ... | Sgt. Frank Foster (as Daniel Ziskie) |

See full cast »

**IMDbPro** View production, box office, & company info ↗

## Storyline

Edit

A police officer's daughter runs away and the squad uses the help of a internet journalist to track her down.

Plot Summary | Plot Synopsis

Plot Keywords: drug addiction | rave | internal affairs investigation | flashback | hostage taking | See All (6) »

Genres: Crime | Drama | Mystery | Thriller

Certificate: TV-14 | See all certifications »
Parents Guide: Add content advisory for parents »

## Details

Edit

Country: USA
Language: English
Release Date: 2 March 2001 (USA) See more »
Filming Locations: New York City, New York, USA

## Company Credits

Production Co: Wolf Films, Studios USA Television See more »
Show more on IMDbPro »

## Technical Specs

Runtime: 60 min
Sound Mix: Stereo

2,701

Shop now

### Around The Web
Powered by ZergNet


Lines in Disney Movies That Mean More Than You Realized


The Real Reason These 'NCIS' Actors Left


Movies That Flopped So Hard They Put Studios Out of


It's Pretty Obvious Why Hollywood Dropped Fairuza Balk

### User Lists

Create a list »

Related lists from IMDb users



**SERIES EPISODES**
a list of 9801 titles
created 10 Dec 2011

**TV Episodes I Have Watched**
a list of 2322 titles
created 14 Feb 2018

Color: Color
Aspect Ratio: 1.33 : 1
See full technical specs »

## Did You Know?

Edit

**Trivia**
This episode marks the final appearance of Monique Jeffries (Michelle Hurd) in the series. This episode also reveals that the Jeffries character had transferred to the NYPD Vice Unit but was loaned back to the SVU for the case in this episode. See more »

**Quotes**
Det. Elliot Stabler: [to Lance Kanick] There are 39,000 of us. Anything happens to Jill, we're all gonna be looking for a piece of you.
See more »

**Connections**
Featured in Law & Order: Special Victims Unit, Police Sketch: Dann Florek (2004) See more »

## Frequently Asked Questions

This FAQ is empty. Add the first question.

## User Reviews

**Little choice**
26 June 2014 | by bkoganbing – See all my reviews

Those eternal villains in cop shows the Internal Affairs Bureau are examining how the SVU might have screwed up a missing persons case where a police informant was killed. But as we see the flashback as the various folks from SVU give their testimony we see they had little choice in their course of action.

The missing teenage girl was the daughter of a cop friend of Dann Florek. Dan Ziskie blew his career holding a bunch of people at gunpoint looking for information in the Lower East Side drug scene. Sean Foster who is a journalist of sorts among the underground types volunteers to help.

Ice-T is particularly good in this episode in a story that takes him back to his days in narcotics. The chief villain in this story a bottom feeding pimp Reg Flowers incriminates himself very nicely on all levels.

It's stories like this that make cops hate Internal Affairs.

6 of 7 people found this review helpful. Was this review helpful to you? | Yes | No | Report this

Review this title | See one user review »

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

## Free Movies and TV Shows You Can Watch Now

On IMDb TV, you can catch Hollywood hits and popular TV series at no cost. **Select any poster below to play the movie, totally free!**

    



**Watched | TV episodes**
a list of 434 titles
created 7 months ago



**TV 2017**
a list of 1221 titles
created 04 Jan 2017

**TOP 250 MOVIES, SERIES, etc. WITH HIGHEST NUMBER OF "10" VOTES BY ALL IMDB VOTERS!!!* * * * * * **
a list of 9998 titles
created 26 Oct 2012

See all related lists »

## Related Items

 Search for "Runaway" on Amazon.com

## Share this Rating

Title: **Runaway** (02 Mar 2001)

 8.7/10

Want to share IMDb's rating on your own site? Use the HTML below.

Show HTML | View more styles

Lawrence of Arabia    WarGames    The Graduate    The Ring    Seven Years in Tibet

Browse free movies and TV series »

Recently Viewed

Clear your history

**Get the IMDb App**

View Full Site

Help        Site Index

IMDbPro        IMDb TV

Box Office Mojo        Press Room

Advertising        Jobs

Conditions of Use        Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.



IMDb                                                            Sign In

Watch WAR OF THE WORLDS, a new original series, only on
EPIX. Every Sunday at 9/8c                              WAR&WORLDS  epix  prime video CHANNELS
STREAM THE FREE PREMIERE NOW                                         ad feedback

FULL CAST AND CREW  |  TRIVIA  |  USER REVIEWS  |  IMDbPro  |  MORE          SHARE

## Law & Order: Special Victims Unit  (1999– )

# Friending Emily                        8.3/10       Rate
                                          478         This
TV-14  |  43min  |  Crime, Drama, Mystery  |  Episode aired 31 October 2012

Season 14  |  Episode 6              Previous     All Episodes (480)     Next





0:37  |  Trailer                                              4 VIDEOS

While Amanda's troubled sister comes for a surprise visit, the team searches for a 14 year old
girl who was abducted at a frat party.

**Director:**  Jim McKay
**Writers:**  Dick Wolf (created by), Kevin Fox
**Stars:**  Mariska Hargitay, Danny Pino, Kelli Giddish  |  See full cast & crew »

Watch on Prime Video          • • •         + Add to Watchlist
buy from $1.99

IMDbPro  View production, box office, & company info ↗

## Videos







Tony Hawk Teaches Jay Pharoah to
Skateboard



When Jay Pharoah wants to become the most
versatile actor in the world, he turns to
experts to teach him new skills.

Watch the video »



See all 4 videos »

## Photos

Add an image

Do you have any images for this title?

Add Image

---

## Cast

Edit

Episode cast overview, first billed only:

 Mariska Hargitay ... Olivia Benson

 Danny Pino ... Nick Amaro

 Kelli Giddish ... Amanda Rollins

 Richard Belzer ... John Munch (credit only)

 Ice-T ... Odafin Tutuola (as Ice T)

 Dann Florek ... Donald Cragen

 Chris Coy ... Peter

 Lindsay Pulsipher ... Kim Rollins

Izzie Steele ... Wendy Davis

Taylor Spreitler ... Taylor Culphers

Neal Matarazzo ... Mr. Culphers

Kathy McCafferty ... Liz Culphers

Catherine Missal ... Emily Culphers

Frank Deal ... FBI Agent O'Connell

David Deblinger ... Mr. Kearns

See full cast »

**IMDbPro** View production, box office, & company info ↗

---

## Storyline

Edit

While Amanda's troubled sister comes for a surprise visit, the team searches for a 14 year old girl who was abducted at a frat party.

Plot Summary | Add Synopsis

Plot Keywords: character name in episode title | detective | webcam | pornographer | photographer | See All (10) »

Genres: Crime | Drama | Mystery | Thriller



Save early. Save more.

Start Vanguarding®

Vanguard

Around The Web — Powered by ZergNet


Why 'Agent Carter' Really Got Canceled is Pretty Clear Now

Celebrities Who Sadly Died in 2019


Honey Boo Boo Child Sure Doesn't Look Like This Anymore


Dumb Things in the 'Indiana Jones' Movies Everyone Ignored

## User Lists

Create a list »

Related lists from IMDb users


**My Movies: TV and Video 2.0**
a list of 2553 titles
created 01 Jan 2018

**Watched | TV episodes**
a list of 434 titles
created 7 months ago

Case 2:20-cv-00435-CBM-PJW Document 15-1 Filed 09/13/20 Page 114 of 135 Page ID #:190

**Certificate:** TV-14 | See all certifications »
**Parents Guide:** Add content advisory for parents »

---

## Details

Edit

**Country:** USA
**Language:** English
**Release Date:** 31 October 2012 (USA) See more »
**Filming Locations:** New York City, New York, USA

## Company Credits

**Production Co:** Wolf Films, Universal Television See more »
Show more on IMDbPro »

## Technical Specs

**Runtime:** 43 min
**Sound Mix:** Stereo
**Color:** Color
**Aspect Ratio:** 16:9 HD
See full technical specs »

## Did You Know?

Edit

**Trivia**
[All trivia items for this title are spoilers.] See more »

**Goofs**
When Rollins and Fin are leaving the child pornography investigator's office at Federal Plaza, Fin leaves through the office door first. When the camera angle changes to the view from the hallway, Rollins is now ahead of Fin leaving the office. See more »

**Quotes**
Peter: [to Amaro] What kind of parents send their child to New York without them?
Nick Amaro: I know, but if it weren't for you, who knows what would have happened to her?
Peter: Oh, you're gonna mock me now? Listen, I'll turn this off right now.
Nick Amaro: Hey, no, no, no. Don't do that.
Peter: I never hurt my girls. Even on request night. You should hear some of the things these sickos ask for. I'm gentle!
[to Emily]
Peter: Isn't that right? Tell him.
Emily Culphers: He's gentle.
Nick Amaro: Yeah, I-I know. Hey, Peter, you're... you're a gentleman.
See more »

---

## Frequently Asked Questions

This FAQ is empty. Add the first question.

---

## User Reviews

Review this title »

---

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

---

## Free Movies and TV Shows You Can Watch Now

On IMDb TV, you can catch Hollywood hits and popular TV series at no cost. **Select any poster below to play the movie, totally free!**



**Favorite L&O: SVU Episodes**
a list of 126 titles
created 25 May 2017


**SVU Episodes That Really Got to Me**
a list of 39 titles
created 02 Sep 2016


**TOP 250 MOVIES, SERIES, etc. WITH HIGHEST NUMBER OF "10" VOTES BY ALL IMDB VOTERS!!!* * * * * ***
a list of 9998 titles
created 26 Oct 2012

See all related lists »

### Related Items

 Search for "Friending Emily" on Amazon.com

### Share this Rating

Title: **Friending Emily** (31 Oct 2012)

 **8.3**/10

Want to share IMDb's rating on your own site? Use the HTML below.

Show HTML    View more styles


**Make the move to fast Internet.**

Xfinity Internet
$20 a mo. / 12 mos.
with 1-year agreement Requires EcoBill & auto pay

Get It Now

Equipment, taxes and other charges extra, and subj. to change. See disclaimer for details.

1-800-xfinity
xfinity


Lawrence of Arabia


WarGames


The Graduate


The Ring


Seven Years in Tibet

Browse free movies and TV series »

## Recently Viewed

Clear your history

**Get the IMDb App**

View Full Site

Help     Site Index

IMDbPro     IMDb TV

Box Office Mojo     Press Room

Advertising     Jobs

Conditions of Use     Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.



**IMDb**

Sign In

Watch WAR OF THE WORLDS, a new original series, only on EPIX. Every Sunday at 9/8c.
STREAM THE FREE PREMIERE NOW

#HEARMEOUT

FULL CAST AND CREW | TRIVIA | USER REVIEWS | IMDbPro | MORE          SHARE

Law & Order: Special Victims Unit (1999– )

# No Good Reason

8.8/10
564

Rate This

TV-14 | 43min | Crime, Drama, Mystery | Episode aired 18 October 2017

Season 19 | Episode 4          Previous     All Episodes (480)     Next





0:43 | Trailer          2 VIDEOS | 9 IMAGES

A teenager who was a victim of a vicious cyberbullying attack goes missing.

**Director:** Martha Mitchell
**Writers:** Dick Wolf (created by), Julie Martin | 5 more credits »
**Stars:** Mariska Hargitay, Kelli Giddish, Ice-T | See full cast & crew »

Watch on Prime Video
included with Prime

•••   |   + Add to Watchlist

Reviews
9 user

**IMDbPro** View production, box office, & company info 🗗

## Videos

2,074

Shop now

ad feedback

**Denzel Washington | IMDb Supercut**



Take a closer look at the various roles Denzel Washington has played throughout his acting career.

Watch the video »




on IMDb   01:06    on IMDb   00:43

Clip   HD   No Good Reason (S19.E4)    Trailer   HD   No Good Reason (S19.E4)

See all 2 videos »

## Photos

     

See all 9 photos »

## Cast

Edit

Episode cast overview, first billed only:

 Mariska Hargitay    ...    Olivia Benson

 Kelli Giddish    ...    Amanda Rollins

 Ice-T    ...    Odafin Tutuola (credit only)

 Peter Scanavino    ...    Dominick Carisi Jr.

 Raúl Esparza    ...    Rafael Barba

 Brighton Sharbino    ...    Mandy Fowler

 Madison Pettis    ...    Stacey Vanhoven

 Colton Ryan    ...    Andrew Drake

 Geraldine Hughes    ...    Denise Drake

 Erin Davie    ...    Kirsten Fowler

 John Patrick Hayden    ...    Bruce Fowler

 Steve Rosen    ...    Public Defender Guthrie

 Helmar Augustus Cooper    ...    Judge Reginald Flowers

 Tyler Dean Flores    ...    Max Rivera

 Katherine Reis    ...    Ashley

See full cast »

IMDbPro   View production, box office, & company info 🡵

## Storyline

Edit

A teenager who was a victim of a vicious cyberbullying attack goes missing.

Add to Cart

## Around The Web

Powered by ZergNet



TV Deaths We Didn't See Coming in 2019



Actors Who Are Essentially One Hit Movie Wonders



'Star Trek' Actors You Forgot Were Dead

We Finally Understand the Truth About the Man Who Played Chewie

## User Lists

Create a list »

Related lists from IMDb users



**SERIES EPISODES**
a list of 9801 titles
created 10 Dec 2011

**TV Episodes I Have Watched**
a list of 2322 titles
created 14 Feb 2018

Plot Summary | Add Synopsis

---

**Genres:**   Crime | Drama | Mystery | Thriller

---

**Certificate:**   TV-14
**Parents Guide:**   Add content advisory for parents »

---



**Watched | TV episodes**
a list of 434 titles
created 7 months ago

## Details                                                    Edit

**Country:**   USA
**Language:**   English
**Release Date:**   18 October 2017 (USA) See more »
**Filming Locations:**   New York City, New York, USA

### Company Credits

**Production Co:**   Wolf Films, Universal Television See more »
Show more on IMDbPro »

### Technical Specs

**Runtime:**   43 min
**Sound Mix:**   Stereo
**Color:**   Color
**Aspect Ratio:**   16:9 HD
See full technical specs »



**Watched in 2019**
a list of 1322 titles
created 01 Jan 2019



**Law and Order Teenage Wasteland**
a list of 60 titles
created 1 month ago

See all related lists »

---

### Related Items

 Search for "No Good Reason" on Amazon.com

### Share this Rating

Title: **No Good Reason** (18 Oct 2017)

 **8.8**/10

Want to share IMDb's rating on your own site? Use the HTML below.

Show HTML     View more styles

---

## Did You Know?                                              Edit

**Trivia**
This is the first episode in which we hear of Rollins' tattoo that says "Amanda" in her 7 year history on the show. See more »

**Quotes**
Mandy Fowler: [to her classmates] I'm a survivor of sexual assault. I felt broken. I was sad, angry, but then what came after the bullying, I felt like I was underwater, drowning. And I want you to know, what you say, what you say to each other, it hurts. It has consequences.
See more »

**Soundtracks**
Scars To Your Beautiful
Performed by Alessia Cara
Played at the begin of the episode
See more »

---

## Frequently Asked Questions

This FAQ is empty. Add the first question.

---

## User Reviews

**Me Too.**
19 October 2017 | by trustn-47834 – See all my reviews

Reduced me to tears.

As a member of the LGBTIQ Community in Australia, I have both seen and undergone more then my share of bullying, both as an adult and a child, and its not fun.

I was abused as a child by my Mother who was unable to deal with me being me, leading to me living on the street for 10 years after I ran away from home or got kicked out - depending on your point of view.

So I saw a lot in that time,and grew up fast on the streets of Sydney.

This ep reminded me of a lot of ghosts, its also one of the reasons why I have such a love hate relationship with shows like this.

The acting in this was simply phenomenal, in particular the young girl who had the lead role of the Victim of this crime. But also special mention needs to go to those portraying the families of the accused and the victim who were also not the more usual cardboard cutouts of earlier story lines.

Everyone did the story proud.

The last bit in the school hall was where I really lost it.

Emotionally I mean.

Bullying is not acceptable, its not a part of growing up, and should never ever be looked on as a joke or an acceptable part of life.

The writers of this ep also did a brilliant job as well in crafting a story with a point, and a definite sting in its tail.

THANK YOU to all concerned.

24 of 26 people found this review helpful.   Was this review helpful to you?  Yes   No  | Report this

Review this title  |  See all 9 user reviews »

---

## Contribute to This Page

Getting Started | Contributor Zone »

[ Edit page ]

---

## Free Movies and TV Shows You Can Watch Now

On IMDb TV, you can catch Hollywood hits and popular TV series at no cost. **Select any poster below to play the movie, totally free**!


Lawrence of Arabia


WarGames


The Graduate


The Ring

Seven Years in Tibet

Browse free movies and TV series »

---

Recently Viewed

Clear your history

**Get the IMDb App**

View Full Site

Help     Site Index

IMDbPro     IMDb TV

Box Office Mojo     Press Room

Advertising     Jobs

Conditions of Use     Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.

**IMDb**     Sign In



Watch WAR OF THE WORLDS, a new original series, only on EPIX. Every Sunday at 9/8c
STREAM THE FREE PREMIERE NOW

WAR & WORLDS   epix   prime video | CHANNELS

ad feedback

FULL CAST AND CREW | TRIVIA | USER REVIEWS | IMDbPro | MORE     SHARE

Without a Trace (2002–2009)

# Between the Cracks

7.8/10   Rate This

TV-14 | 50min | Crime, Drama, Mystery | Episode aired 17 October 2002

135

Season 1  |  Episode 4      Previous     All Episodes (160)     Next



Aspiring model Eve Cleary goes missing but the team have trouble finding people who really knew her. During the course of the investigation, they discover that she has really gone missing twice, under two different identities.

**Director:**   Steve Gomer
**Writers:**   Hank Steinberg (created by),   Ed Redlich
**Stars:**   Anthony LaPaglia,   Poppy Montgomery, Marianne Jean-Baptiste,   See full cast & crew »

Watch on Prime Video
rent/buy from $0.99     •••

+ Add to Watchlist

**IMDbPro**   View production, box office, & company info 🔗

## Photos

Add an image
Do you have any images for this title?

Add Image

## Cast       Edit

Episode cast overview, first billed only:

| | | |
|---|---|---|
| Anthony LaPaglia | ... | Jack Malone |
| Poppy Montgomery | ... | Samantha Spade |

How Diego Luna Kept Things Real in "Narcos: Mexico"



The charismatic actor brings memories of Mexico and a nose for authenticity to his performance as Félix Gallardo.

Watch the video »

| | | | |
|---|---|---|---|
| | Marianne Jean-Baptiste | ... | Vivian Johnson |
| | Enrique Murciano | ... | Danny Taylor |
| | Eric Close | ... | Martin Fitzgerald |
| | Charles S. Dutton | ... | Chet Collins |
| | John Livingston | ... | Soup Kitchen Guy |
| | Elaine Kagan | ... | Eve's Boss |
| | Kaitlin Doubleday | ... | Eve Cleary / Becky Radowsky |
| | Benita Krista Nall | ... | Rina Sanderson |
| | Lily Knight | ... | Alice Radowski |
| | Alex Veadov | ... | Goran Davits |
| | Jay Alan Christianson | ... | Victor Fallon |
| | Brent King | ... | Brady Roberts |
| | Sven Holmberg | ... | Shem |

See full cast »

**IMDbPro**   View production, box office, & company info ↗

## Storyline

The team is surprised no colleagues reported missing mall sales girl Eve Cleary but 1/3 quits that job within weeks, often like her without collecting the last pay check. She recently stopped volunteering at the parish soup kitchen, where student volunteer Chet Collins recognizes her under another name, Becky, as the team finds out Radowsky. An alleged stalker was a visitor from her Indiana home town, Brady Roberts. Even her nightlife buddy would be-model Rina Sanderson lies about their doing at Kosovar pimp and drug dealer Goran Davits's night club VIP lounge and afterwards, driven by his ex-con limo chauffeur to a 'couch casting'.
*Written by KGF Vissers*

Plot Summary | Add Synopsis

**Plot Keywords:**   abuse | drinking | dancing | false identity | fraud | See All (12) »

**Genres:**   Crime | Drama | Mystery | Thriller

**Parents Guide:**   Add content advisory for parents »

## Details

**Country:** USA
**Language:** English
**Release Date:** 17 October 2002 (USA) See more »
**Filming Locations:** Stage 7, Warner Brothers Burbank Studios - 4000 Warner Boulevard, Burbank, California, USA See more »

## Company Credits

**Production Co:** Jerry Bruckheimer Television, CBS Productions, Warner Bros. Television See more »

---

2,701    Shop now

### Around The Web
Powered by ZergNet



Full Batsuit & Batcycle Revealed In Leaked 'The Batman' Pics



The Real Reason 'Firefly' Was Canceled



The Saddest 'Star Trek' Episodes Ever



J.K. Rowling Confirms the Hermione Theory We Suspected All Along

### User Lists
Create a list »

Related lists from IMDb users



**Without a Trace**
a list of 160 titles
created 07 Mar 2018

**2002**
a list of 54 titles
created 13 Oct 2012

Show more on IMDbPro »

## Technical Specs

**Runtime:** 50 min
**Sound Mix:** Stereo
**Color:** Color
**Aspect Ratio:** 1.78 : 1
See full technical specs »

## Did You Know?

Edit

**Quotes**
Goren Davic: Says who?
Danny: Says twelve witnesses, that is who.
Goren Davic: Well, they're lying, and they don't know anything about it.
Danny: You better start telling us what you do know or I'm going to put you on a plane back to Kosovo you little piece of Euro-trash.
See more »

**Soundtracks**
Farther
by Outspoken
See more »

## Frequently Asked Questions

This FAQ is empty. Add the first question.

## User Reviews

Review this title »

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

## Free Movies and TV Shows You Can Watch Now

On IMDb TV, you can catch Hollywood hits and popular TV series at no cost. **Select any poster below to play the movie, totally free!**


Lawrence of Arabia


WarGames


The Graduate


The Ring


Seven Years in Tibet

Browse free movies and TV series »

## Recently Viewed

---



See all related lists »

---

## Related Items

Search for "Between the Cracks" on Amazon.com

## Share this Rating

Title: **Between the Cracks** (17 Oct 2002)

 7.8/10

Want to share IMDb's rating on your own site? Use the HTML below.

Show HTML     View more styles

402

Shop now

Clear your history

321

Shop now

**Get the IMDb App**

View Full Site    Help    Site Index

IMDbPro    IMDb TV

Box Office Mojo    Press Room

Advertising    Jobs

Conditions of Use    Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.

Case 2:20-cv-00435-CBM-PJW   Document 15-1   Filed 03/13/20   Page 128 of 135   Page ID #:204

 **IMDb**           Sign In



AMAZON ORIGINAL
NFL FILMS PRESENTS
**ALL OR NOTHING**
THE PHILADELPHIA EAGLES
WATCH WITH PRIME   prime video

ad feedback

**Without a Trace** (TV Series)      Edit
**Maple Street** (2003)
# Plot

Showing all 2 items

Jump to: Summaries (2)

### Summaries

The mayor of a New York state countryside small town where people lock cars nor houses had to call the FBI for the disappearance of a teenage school girl last seen at the school bus stop. While the team learns about the close community, the victim's confident friend also goes missing. The MO fits similar cases in other inconspicuous places roughly on a line, so it's feared the work of a traveling serial pedophile.

—*KGF Vissers*

A young teenage girl goes missing from near her bus stop before school. Her exclusive friendship with another girl gives the team a lot of information about the person, but not a lot about where she is. When her distraught best friend goes missing shortly afterward, the team seriously suspects paedophilia-related abductions and has the difficult task of finding both girls.

—*Henrietta G. Molgardy*

### Synopsis

It looks like we don't have a Synopsis for this title yet.
Be the first to contribute! Just click the "Edit page" button at the bottom of the page or learn more in the Synopsis submission guide.

## See also

Taglines | Synopsis | Plot Keywords | Parents Guide

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

---

**Maple Street** (TV Episode)

**Storyline**
Taglines
Plot Summary
Synopsis
Plot Keywords
Parents Guide

**Explore More**

---

**User Lists**     Create a list »

Related lists from IMDb users

 **Without a Trace**
a list of 160 titles
created 07 Mar 2018

 **2003**
a list of 22 titles
created 13 Oct 2012

 **My 10/10 Ratings**
a list of 5534 titles
created 29 Apr 2012

See all related lists »

109

Shop now

**Share** this page:

Set-up and
stream your
favs in
minutes.

xfinity

Recently Viewed                                    Clear your history

**Get the IMDb App**

Ex. D-49

View Full Site       Help          Site Index

IMDbPro        IMDb TV

Box Office Mojo        Press Room

Advertising        Jobs

Conditions of Use    Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.

**IMDb**

Sign In



Watch WAR OF THE WORLDS, a new original series, only on EPIX. Every Sunday at 9/8c
STREAM THE FREE PREMIERE NOW

WAR & WORLDS   epix   prime video | CHANNELS

ad feedback

FULL CAST AND CREW | TRIVIA | USER REVIEWS | IMDbPro | MORE     SHARE

### What to Stream for Black History Month

Without a Trace (2002–2009)

# Confidence

7.4/10
97

Rate This

TV-14 | 1h | Crime, Drama, Mystery | Episode aired 9 October 2003

Season 2 | Episode 3     Previous     All Episodes (160)     Next



IMDb takes a look at 5 inspiring documentaries to stream this Black History Month.

Watch now »



A recently engaged woman goes missing during her engagement party. However, the team discovers that her background is full of fraud and scams, which may be the reason for her disappearance.

**Director:**   Randy Zisk
**Writers:**   Hank Steinberg (created by), Greg Walker
**Stars:**   Anthony LaPaglia, Poppy Montgomery, Marianne Jean-Baptiste | See full cast & crew »

Watch on Prime Video
rent/buy from $0.99

•••

**＋ Add to Watchlist**

Reviews
1 critic

**IMDbPro** View production, box office, & company info ↗

## Photos

Add an image
Do you have any images for this title?

Add Image

## Cast

Edit

Episode cast overview, first billed only:

Anthony LaPaglia    ...    Jack Malone

| | | |
|---|---|---|
| Poppy Montgomery | ... | Samantha Spade |
| Marianne Jean-Baptiste | ... | Vivian Johnson |
| Enrique Murciano | ... | Danny Taylor |
| Eric Close | ... | Martin Fitzgerald |
| Eion Bailey | ... | Christopher Mayes |
| Jessalyn Gilsig | ... | Whitney Ridder |
| Myndy Crist | ... | Sarah Sellars |
| David Andriole | ... | Allen Sellars |
| Cindy Pickett | ... | Art Buyer Wife |
| James Remar | ... | Lucas Vohland |
| Saba Homayoon | ... | Assistant |
| Tim Halligan | ... | Art Buyer Husband |
| Edward Carnevale | ... | Ray Deasey (as Edward Carnivale) |
| Ralph Meyering Jr. | ... | Manager |

See full cast »

IMDbPro View production, box office, & company info ↗

---

## Storyline

Edit

A recently engaged woman goes missing during her engagement party. However, the team discovers that her background is full of fraud and scams, which may be the reason for her disappearance.

Plot Summary | Add Synopsis

Genres:   Crime | Drama | Mystery | Thriller

Parents Guide:   Add content advisory for parents »

---

## Details

Edit

**Country:**   USA
**Language:**   English
**Release Date:**   9 October 2003 (USA) See more »
**Filming Locations:**   Stage 7, Warner Brothers Burbank Studios - 4000 Warner Boulevard, Burbank, California, USA See more »

## Company Credits

**Production Co:**   Jerry Bruckheimer Television, CBS Productions, Warner Bros. Television See more »
Show more on IMDbPro »

---

## Technical Specs

**Runtime:**   60 min

---

### Around The Web

Powered by ZergNet


Little Enola From 'Waterworld' is a Bombshell Now in Her 30's


This 'Dodgeball' Actress is Gorgeous Bombshell in Real Life


Celebs Who Died Tragically in 2018


The Big Problem with 'Supergirl' No One's Talking About

---

### User Lists

Create a list »

Related lists from IMDb users

**Without a Trace**
a list of 160 titles
created 07 Mar 2018

**MyFaves**
a list of 3 titles
created 08 Mar 2018

Add to Cart

**Sound Mix:** Stereo
**Color:** Color
**Aspect Ratio:** 1.33 : 1
See full technical specs »



See all related lists »

## Did You Know?                                                     Edit

**Goofs**
When Sam says, "I'd hold off buying a wedding present," her lip movements don't match what she's saying. See more »

**Quotes**
Vivian Johnson: Let me be frank with you, Mr. Sellars. You don't look like the type who hires an ex-con, and now you've lied to a federal officer. If I can help you stop this downward spiral in your personal life, please let me know.
See more »

**Soundtracks**
Something In The Air
Performed by David Bowie
See more »

## Frequently Asked Questions

This FAQ is empty. Add the first question.

## User Reviews

Review this title »

## Contribute to This Page                    Getting Started | Contributor Zone »

Edit page

### Related Items

 Search for "Confidence" on
Amazon.com

### Share this Rating

**Title:** **Confidence** (09 Oct 2003)

 **7.4**/10 ★

Want to share IMDb's rating on your own site? Use the HTML below.

Show HTML        View more styles

## Free Movies and TV Shows You Can Watch Now

On IMDb TV, you can catch Hollywood hits and popular TV series at no cost. **Select any poster below to play the movie, totally free!**

    

Lawrence of        WarGames        The Graduate        The Ring        Seven Years in
Arabia                                                                   Tibet

Browse free movies and TV series »

Recently Viewed                                              Clear your history

**Get the IMDb App**

View Full Site

Help     Site Index

IMDbPro     IMDb TV

Box Office Mojo     Press Room

Advertising     Jobs

Conditions of Use     Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.