David Halberstadter (SBN 107033)
david.halberstadter@katten.com
Joanna M. Hill (SBN 301515)
joanna.hill@katten.com
Shelby A. Palmer (SBN 329450)
shelby.palmer@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
ViacomCBS Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CANDESHA WASHINGTON,<br><br>　　　　Plaintiff<br><br>　v.<br><br>VIACOMCBS, INC.; AND DOES 1 THROUGH 50,<br><br>　　　　Defendants. | Case No. 2:20-cv-00435<br><br>**DEFENDANT'S NOTICE OF LODGING**<br><br>[L.R. 5-4.2]<br><br>[Hon. Consuelo B. Marshall]<br><br>*[Defendant's Motion to Dismiss; Request for Judicial Notice; Declaration of Joanna M. Hill; and [Proposed] Order filed concurrently herewith]*<br><br>Date: May 5, 2020<br>Time: 10:00 A.M.<br>Place: Room 8B |

**TO THE COURT, PLAINTIFF AND HER ATTORNEY OF RECORD:**

Pursuant to Local Rule 5-4.2, the following item is exempt from electronic filing, and will therefore be manually lodged:

1. Defendant ViacomCBS Inc.'s allegedly infringing episode of the television series *Bull* titled "Her Own Two Feet" (the "*Bull* Episode"). The *Bull* Episode is identified in the Declaration of Joanna M. Hill as Exhibit B.

The *Bull* Episode may be manually lodged under Local Rule 5-4.2 because it is a non-paper physical exhibit.

Dated:  March 13, 2020     KATTEN MUCHIN ROSENMAN LLP


By: /s/ Joanna M. Hill
    Joanna M. Hill
Attorneys for Defendant
ViacomCBS Inc.

2

143762145