UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 20-CV-435-CBM-(PJWx) | Date | December 15, 2020 |
| Title | *Candesha Washington v. ViacomCBS, Inc, et al* | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**  **IN CHAMBERS- ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

The matter before the Court is Plaintiff's Motion for Leave to Amend Complaint (the "Motion"). (Dkt. 38.) The matter is not fully briefed.

Local Rule 15 states that "[a]ny proposed amended pleading must be filed as an attachment to the related motion or stipulation." Plaintiff did not attach a proposed amended complaint to her Motion. The Court will not rule on the Motion until Plaintiff attaches a proposed amended complaint.

It is also not clear that the parties met and conferred pursuant to L.R. 6-1, requiring a notice of motion to be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing, and L.R. 7-3 requiring a party contemplating the filing of any motion to first contact opposing counsel to discuss thoroughly the substance of the contemplated motion and any potential resolution at least seven (7) days prior to the filing of the motion.

Accordingly, the proposed amended complaint must be lodged with the Court **no later than December 28, 2020**. Failure to comply will result in a denial of the motion to amend. If Plaintiff files an amended complaint, the Court will review and if necessary, will give Defendant time to file further opposition. Plaintiff is reminded that she is expected to comply with all rules and orders of the Court.

A Pro Se Clinic is now available for litigants representing themselves. It offers information and guidance. The Los Angeles Clinic operates by appointment only. You may schedule an appointment either by calling the clinic or by using an internet portal. For more information call the Clinic in Los Angeles at 213-385-2977 ext. 270 or you can submit an internet request at the following site: http://prose.cacd.uscourts.gov/los-angeles
In Riverside call the Clinic at 951-682-7968 or the Santa Ana Clinic at 714-541-1010 x 222.

**IT IS SO ORDERED.**