```
CANDESHA WASHINGTON
9663 Santa Monica Blvd.
Suite 582
Beverly Hills, CA 90210
(646) 264-8729
candywashington@gmail.com
```

Pro se for CANDESHA WASHINGTON

FILED
CLERK, U.S. DISTRICT COURT
DEC 17 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CANDESHA WASHINGTON,

        Plaintiff,

vs.

VIACOMCBS, INC.; and DOES 1 through 50, inclusive,

        Defendants

) Case No. 2:20-cv-00435
)
) **AMENDED COMPLAINT FOR DAMAGES:**
) **1. Copyright Infringement Under 17 U.S.C.**
)    **§ § 101, *et seq.***
) **2. Violation of California Business &**
)    **Professions Code § § 17200, *et seq.***
) **3. Derivative Copyright Infringement Under**
)    **17 U.S.C. § § 106, *et seq.***
) **4. Declaratory Relief Under 17 U.S.C. § §**
)    **101, *et seq.***
)
) **December 11, 2020**
) **Judge Honorable Consuelo B. Marshall**
) **JURY TRIAL DEMANDED**

Plaintiff CANDESHA WASHINGTON complains and alleges as follows:

**PARTIES**

The Plaintiff is an individual residing in Los Angeles County, California.

The Defendant is VIACOMCBS, INC., which was formed by the merger of Viacom, Inc. and CBS Corporation, completed on December 4, 2019.

The Plaintiff alleges that the Defendant, ViacomCBS (CBS), infringed on her exclusive copyright regarding her original screenplay, entitled #*SquadGoals*, in addition to, her original television treatment for the same screenplay, in regards to the *Bull* episode, "Her Own Two Feet," which first aired on CBS on October 14th, 2019.

The *#SquadGoals* screenplay and treatment are both protected under her copyright number, PAu 3-985-289, which she received on July 5th, 2019.

On the *Bull* episode's official IMDb page, the protagonist was cited as being named, 'Sadie Washington.' 'Washington' is the real last name of the Plaintiff. The Defendant has since updated their IMDb page, but the Plaintiff retains a time and date stamped screenshot of the original IMDb page citing the protagonist's name as 'Sadie Washington.'

The Defendant citing the protagonist's last name as being the same as the Plaintiff's last name would reasonably infer that they had access to her screenplay and treatment.

The Plaintiff also alleges three additional reasonable opportunities that the Defendant received access to both the *#SquadGoals* screenplay and treatment.

The first reasonable opportunity that the Defendant received access to the *#SquadGoals* screenplay and treatment is through the intermediary, Imagine Impact, LLC, ("Imagine").

The Plaintiff submitted her screenplay and treatment to Imagine on June 27th, 2019 as part of their screenwriting competition. Imagine states that during the competition the submitted screenplays and treatments will be reviewed by industry executives, producers, and writers. The Defendant and Imagine have a first look deal where they share screenplays, treatments, and other similar bodies of work for film and television development consideration.

On January 21st, 2020, the Plaintiff met with her mentor, Rich Battista, both of whom are Georgetown University alumni. Mr. Battista is the former president of Imagine Entertainment, the parent company Imagine.

During the Plaintiff's meeting, she outlined her copyright infringement case against the Defendant with her screenwriting submission to Imagine being the primary source of access for the Defendant having obtained her screenplay and treatment.

Mr. Battista apologized to the Plaintiff, saying, "I'm really sorry that happened to you." The Plaintiff alleges that this was a tacit admission of guilt given the known pattern of sharing screenplays, treatments, and other similar bodies of work akin to the Plaintiff's screenplay and treatment between the intermediary and the Defendant.

Additionally, the Plaintiff discovered that the director of the *Bull* episode, "Her Own Two Feet," was Dan Lerner. Mr. Lerner, worked directly with Brian Grazer, who is the co-founder of Imagine, on the television series, *Friday Night Lights*. This creates a direct link between Imagine and the exact production team at CBS that produced the specific *Bull* episode in question regarding a similar subject matter.

Since the director of the *Bull* episode and the co-owner of Imagine previously worked together on the same subject matter of the production and creation of similar television shows, it's a reasonable assertion that the production team of the *Bull* episode had access to the Plaintiff's screenplay and treatment given the direct creative and professional link between Mr. Lerner and Imagine.

The Plaintiff also discovered that Paul Attanasio, who is the co-creator of *Bull*, worked directly with Brian Grazer and Ron Howard, the co-founders of Imagine, on a 'made for TV movie' project called, *Eden.* This creates another direct link between the

exact production team at CBS that produced the specific *Bull* episode in question and Imagine on a similar subject matter as the Defendant's screenplay and treatment.

The direct connections and links between the specific director and the co-creator of the exact *Bull* episode, "Her Own Two Feet," and Imagine provides reasonable opportunities for the Defendant to have access to the Plaintiff's screenplay and treatment through the intermediary.

The Defendant's existing professional relationship with the intermediary on similar subject matters through its first look film and television development deal, the director and co-creator of the specific *Bull* episode in question having worked with the co-founders of Imagine on similar subject matters, and the Defendant having plausible access to the screenplay and treatment through the screenwriting competition submission should satisfy, *Loomis v. Cornish*, 836 F.3d 991, 995 (9th Cir. 2005) (citation omitted.) "[T]he dealings between the plaintiff and the intermediary and between the intermediary and the alleged copier must involve some overlap in subject matter to permit an inference of access."

The second and third reasonable opportunities that the Defendant had access to the Plaintiff's screenplay and the treatment are through direct emails from the Plaintiff to two producers at CBS.

On June 20th, 2018, the Plaintiff submitted both the screenplay and treatment to Shima Azarafa, a producer at CBS to her company email address Shima.Azarafa@cbs.com, the Plaintiff retains a digital and print copy of the email to validate time, date, recipient, and content of the email.

1. On June 29th, 2018, the Plaintiff submitted both the screenplay and treatment to Olivia
2. Hass, a producer at CBS to her company email address: Olivia.Hass@cbs.com, the
3. Plaintiff retains a digital and print copy of the email to validate time, date,
4. recipient, and content of the email.
5. 
6. Both emails serve as reasonable opportunities for the Defendant to have had access to
7. the Plaintiff's screenplay and treatment. They also serve as a reasonable opportunity
8. for additional CBS employees to have had access the screenplay and treatment as they
9. were now digital files on the CBS company email server.
10. The Plaintiff alleges substantial similarity and derivative copyright infringement
11. with both the *#SquadGoals* screenplay and treatment regarding the *Bull* episode.
12. Therefore, the Plaintiff alleges that the Defendant infringed upon her exclusive
13. copyrights by deriving the *Bull* episode from her *#SquadGoals* screenplay and treatment.
14. Additionally, the Defendant's claim that the similarities of the *Bull* episode and the
15. *#SquadGoals* pilot and treatment are generic and random is both invalid and inaccurate.
16. On their own, being female, African-American, or an influencer is generic. However,
17. when put together, how Sadie is expressed in the *Bull* episode is almost identical in
18. specific and particular ways to how Sadie is expressed in the *#SquadGoals* pilot and
19. treatment.
20. 
21. In all three, Sadie Williams/Sadie Williamson is a young, female, African-American,
22. social media influencer who specializes in the specific niche of beauty, that's
23. suffering in silence from a mental illness. The specificity of Sadie in all three
24. instances negates the Defendant's claim of generic or random similarities.
25. To illustrate to this point, on their own, being female, African-American, or a doctor
26. are generic characteristics. However, when put together, being a female, African-
27. American, doctor who specializes in the specific niche of neurology, that's suffering
28.

in silence from a mental illness, would then create a particular and specific type of person.

Although the *#SquadGoals* screenplay and treatment are for a murder mystery television series and the *Bull* episode is a courtroom procedural, the Plaintiff alleges that the episode arc of the *Bull* episode, based upon the protagonist 'Sadie Williams,' was derived from the *#SquadGoals* protagonist 'Sadie Williamson,' and her particular story arc as described in the screenplay and the treatment.

Thus, this renders the differences of the format of *#SquadGoals* and *Bull* moot as the Plaintiff's work is protected under derivative work copyright, "A work consisting of editorial revisions, annotations, elaborations, or other modifications which, as a whole, represent an original work of authorship" (17 U.S.C. § 101.) The original copyright owner typically has exclusive rights to "prepare derivative works based upon the copyrighted work" (17 U.S.C. § 106(2))."

The Plaintiff's *#SquadGoals* treatment states, "Sadie's unique because a character like her has never been seen on television before. She's a diverse female social media influencer that has a complicated past, is battling a mental health issue, and yet is still extremely personable, ambitious, and accomplished."

In the screenplay, treatment, and the *Bull* episode, 'Sadie Williams/Williamson' share an almost identical journey with numerous similarities unfolding in a patterned, particular, and arranged way. The substantial elements of both protagonists' journeys are also expressed in similar ways in the screenplay, treatment, and the *Bull* episode.

In the screenplay, treatment, and in the *Bull* episode, both protagonists are social media influencers that have almost identical names. They both express their social media channels in a similar way by naming them after their namesake.

In the *#SquadGoals* screenplay and treatment, the protagonist is named 'Sadie Williamson' and her blog is called, "Sadie Says!" In the *Bull* episode, the protagonist is named 'Sadie Williams' and her YouTube channel is called, "Define Yourself by Sadie."

In the screenplay, treatment, and in the *Bull* episode, both protagonists are suffering from a mental health issue. The way in which mental health is being expressed is similar in both protagonists. Both protagonists chose to suffer in silence from her mental health issues in fear of facing public scrutiny from the stigma of having a mental illness which could ultimately tarnish their social media brands.

In the *#SquadGoals* screenplay and treatment, Sadie privately takes anti-anxiety medication and self-injures herself. In the *Bull* episode, Sadie privately takes bi-polar medication and irrationally lashes out behind-the-scenes on her social media sets.

In the screenplay, treatment, and in the *Bull* episode, both protagonists started their careers from humble beginnings and turned their social media following into a powerful brand. The importance of both protagonists starting from nothing and both being raised by single parents is also apparent in all three. In the screenplay and treatment, Sadie is raised by her mother, and in the *Bull* episode, Sadie is raised by her father.

In the screenplay, treatment, and in the *Bull* episode, another substantial similarity is that both protagonists, at the same particular part of their lives, are faced with

the same exact pivotal moment regarding their careers: in all three, Sadie is transitioning from a popular social media influencer into a mega-star by securing an international beauty brand endorsement deal that threatens the integrity of her brand.

This substantial similarity is also expressed in a similar way in the sceenplay, treatment, and the *Bull* episode, as Sadie taking the endorsement deal means putting the integrity of her brand on the line and her losing creative control of her brand image.

In the screenplay, treatment, and in the *Bull* episode, another substantial similarity of both protagonists is that they are both conflicted over stepping into their own identity and finding their unique voices. This pivotal moment in both protagonists' lives are expressed in similar ways.

In the *#SquadGoals* screenplay and treatment, Sadie is stepping out of her controlling best friend Roxy's shadow and struggles under the pressure of being in the spotlight and in control of her own public image.

In the *Bull* episode, Sadie is stepping out of the shadow of her controlling father and struggles under the pressure of being in the spotlight and in control of her own public image.

In the screenplay, treatment, and in the *Bull* episode, both protagonists, at the same pivotal time of their journeys, are faced with succumbing to societal pressure in order to take their brand as a social media influencer to the next level while dealing with their own emotional demons of feeling not good enough.

This substantial similarity is also expressed in similar ways with both protagonists. In the *#SquadGoals* screenplay and treatment, Sadie is dealing with her anxiety and complicated past of having low self-esteem issues. In the *Bull* episode, Sadie is dealing with her bi-polar disorder and complicated past of having attacked a photographer due to her mental illness.

In the screenplay, treatment, and in the *Bull* episode, both protagonists are young, African-American, and female. The way in which race is dealt with in the screenplay, treatment, and the *Bull* episode are similarly expressed.

In the *#SquadGoals* screenplay and treatment, Sadie is insecure and is torn between conforming to mainstream beauty standards or not securing a big beauty brand deal. She started her blog as a personal outlet for her own unique quirkiness as there are no other brown or black girls that Sadie idolizes in the influencer industry. Sadie struggles with an eating disorder because no one in the social media world looks like her.

In the *Bull* episode, Sadie is anxious and is torn between allowing her brand to conform to mainstream beauty standards or not securing a big beauty brand deal. Sadie started her YouTube channel as a personal outlet for her own beauty needs because no mainstream influencers or beauty brands were catering to brown and black girls. Sadie also started her social media channel because no one in the influencer industry. Sadie struggles with an eating disorder because no one in the social media world looks like her.

In the screenplay, treatment, and in the *Bull* episode, a substantial similarity between both protagonists, is that their trusted business managers are secretly working behind their backs to secure a lucrative beauty brand deal while exploiting

their naivete, which is why they are both faced with the same exact decision: conform to conventional beauty standards or lose their lucrative beauty brand deal.

This substantial similarity was also expressed in similar ways for both protagonists. In the *#SquadGoals* screenplay and treatment, it's Sadie's publicist that acts as her controlling business manager and is doing a secret deal with a big beauty brand her back that threatens the integrity of Sadie's brand, and in the *Bull* episode, it's Sadie's father that acts as her controlling business manager and is doing a secret deal with a big beauty brand behind her back, that threatens the integrity of Sadie's brand.

In the screenplay, treatment, and the *Bull* Episode, the timeline, substantial conflicts, pattern of events, and elements of Sadie's journey are expressed in the same particularly selected and arranged way: Sadie's rise to social media fame from humble beginnings, Sadie being raised by a single parent, Sadie facing pressure from being the only social media influencer of color in her industry, Sadie hiding the dark secret of her mental illness in fear of being stigmatized, there's a global beauty brand that wants Sadie to conform to mainstream beauty standards, Sadie being unaware of the brand deal as her trusted business manager is betraying her, Sadie's brand being exploited by the big beauty brand, and Sadie being faced with the decision of whether she wants to trust herself or succumb to the pressure of her controlling business manager and conform to conventional beauty standards.

The Plaintiff alleges that this satisfies, "However, a plaintiff may establish a pattern of similarities for unprotected elements to render them eligible for copyright protection, but 'only if those elements be numerous enough and their selection and arrangement original enough that their combination constitutes an original work of authorship.'" *Metcalf v. Bocho*, 294 F.3d 1070, 1074 (9th Cir. 2002), rev'd on other

grounds, 952 F.3d 1051 (9th Cir. 2020), and therefore, infringes upon her exclusive copyrights.

The Plaintiff also alleges that this satisfies the reasonable assertion that the *Bull* episode was derived from the *#SquadGoals* screenplay and treatment, and therefore, infringed upon her exclusive copyrights under derivative copyright protection.

WASHINGTON
9443 SANTA MONICA BLVD.
SUITE 582
BEVERLY HILLS, CA 90210



PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.gov
LABEL 107R, OCT 1997

EXPECTED DELIVERY DAY: 12/12/20

USPS TRACKING® NUMBER

9505 5144 6183 0346 8021 41

MS. YOLANDA SKIPPER
COURTROOM DEPUTY
TERRY J. HATTER / CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
350 WEST 1ST STREET
SUITE 4311 ROOM 4176
LOS ANGELES, CA 90012-4565


1000
90012
U.S. POSTAGE PAID
FCM LG ENV
TOLUCA LAKE, CA
91602
DEC 11, 20
AMOUNT
$1.40
R2305P150311-31


1006
90012
U.S. POSTAGE PAID
PM 1-Day
TOLUCA LAKE, CA
91602
DEC 11, 20
AMOUNT
$6.10
R2305P150311-31

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 17 2020
CENTRAL DISTRICT OF CA
BY