David Halberstadter (SBN 107033)
david.halberstadter@katten.com
Joanna M. Hill (SBN 301515)
joanna.hill@katten.com
Shelby A. Palmer (SBN 329450)
shelby.palmer@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012
Telephone:   310.788.4400
Facsimile:    310.788.4471

Attorneys for Defendant
ViacomCBS Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CANDESHA WASHINGTON,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>VIACOMCBS, INC.; AND DOES 1 THROUGH 50,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00435<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>[Hon. Consuelo B. Marshall]<br><br>*[Defendant's Motion to Dismiss; Request for Judicial Notice and Declaration of Shelby A. Palmer filed concurrently herewith]*<br><br>Date:  March 9, 2021<br>Time: 10:00 A.M.<br>Place:  Room 8B |

147636078

# ORDER

Defendant ViacomCBS Inc.'s ("Defendant") Motion to Dismiss plaintiff Candesha Washington's ("Plaintiff") Amended Complaint came on for hearing on March 9, 2021, at 10:00 a.m. in the courtroom of the Honorable Consuelo B. Marshall. Having considered the briefs and arguments for and against, the Court hereby rules as follows:

1. Defendant's Request for Judicial Notice is **GRANTED**.
2. Defendant's Motion is **GRANTED**.
3. Plaintiff's Amended Complaint is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: _____    _____
　　　　　　　　　　　　　　The Honorable Consuelo B. Marshall
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE