1 David Halberstadter (SBN 107033)
david.halberstadter@katten.com
2 Joanna M. Hill (SBN 301515)
joanna.hill@katten.com
3 Shelby A. Palmer (SBN 329450)
shelby.palmer@katten.com
4 KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
5 Los Angeles, CA 90067-3012
Telephone: 310.788.4400
6 Facsimile: 310.788.4471

7 Attorneys for Defendant
ViacomCBS Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CANDESHA WASHINGTON, | Case No. 2:20-cv-00435 |
| Plaintiff | **PROOF OF SERVICE** |
| v. | [Hon. Consuelo B. Marshall] |
| VIACOMCBS, INC.; AND DOES 1 THROUGH 50, | *[Defendant's Motion to Dismiss; [Proposed] Order Granting Defendant's Motion to Dismiss; Request for Judicial Notice and Declaration of Shelby A. Palmer filed concurrently herewith]* |
| Defendants. | Date: March 9, 2021<br>Time: 10:00 A.M.<br>Place: Room 8B |

# PROOF OF SERVICE
## *Candesha Washington v. Viacombs, Inc.*
### U.S.D.C. Case No. 2:20-cv-00435

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman, LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067-3012.

On February 3, 2021, I caused such documents entitled: **(1) DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT; (2) [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT; (3) DECLARATION OF SHELBY A. PALMER IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE; (4) DEFENDANT'S REQUEST FOR JUDICIAL NOTICE; and (5) PROOF OF SERVICE** on the interested parties in this action by placing a true and correct copy of the document enclosed in a sealed envelope addressed as follows:

**Candesha Washington**
**9663 Santa Monica Blvd., Suite 582**
**Beverly Hills, CA 90210**
candywashington@gmail.com

**(X)   BY U.S. MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth above.

(**X**) **BY ELECTRONIC MAIL**:   The documents were served electronically today and the transmission was reported as complete without error.

( ) **BY OVERNIGHT COURIER**: I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above address(es).

(**X**) FEDERAL I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 3, 2021, at Los Angeles, California.

*/s/ Paula Phillips*
PAULA PHILLIPS

**Proof of Service**

147693756v1