David Halberstadter (SBN 107033)
david.halberstadter@katten.com
Joanna M. Hill (SBN 301515)
joanna.hill@katten.com
Shelby A. Palmer (SBN 329450)
shelby.palmer@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
ViacomCBS Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CANDESHA WASHINGTON, | Case No. 2:20-cv-00435CBM(PJWx) |
| Plaintiff | |
| v. | **[JUDGMENT [JS-6]** |
| VIACOMCBS, INC.; AND DOES 1 THROUGH 50, | [Hon. Consuelo B. Marshall] |
| Defendants. | |

149041850

# JUDGMENT

Pursuant to this Court's Order entered on May 21, 2021 (Docket No. 54) granting defendant ViacomCBS Inc.'s ("Defendant") Motion to Dismiss plaintiff Candesha Washington's ("Plaintiff") Amended Complaint, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE in its entirety. Plaintiff shall take nothing for her action against Defendant, and Defendant is entitled to judgment of dismissal in its favor.

The Court ORDERS that such judgment for Defendant be entered.

Dated: JUNE 3, 2021

_____
The Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

149041850