David Halberstadter (SBN 107033)
david.halberstadter@katten.com
Joanna M. Hill (SBN 301515)
joanna.hill@katten.com
Shelby A. Palmer (SBN 329450)
shelby.palmer@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Defendant
ViacomCBS Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CANDESHA WASHINGTON,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>VIACOMCBS, INC.; AND DOES 1 THROUGH 50,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00435<br><br>**DECLARATION OF JOANNA M. HILL IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>[Hon. Consuelo B. Marshall]<br><br>*[Notice of Motion and Motion for Attorneys' Fees and Costs and [Proposed] Order filed concurrently herewith]*<br><br>Date:  July 20, 2021<br>Time: 10:00 A.M.<br>Place:  Room 8B |

## DECLARATION OF JOANNA M. HILL

I, Joanna M. Hill, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all courts in the State of California. I am an attorney in the law firm Katten Muchin Rosenman LLP ("Katten"), which is counsel of record for defendant ViacomCBS Inc. ("Defendant"). I have personal knowledge of the matters set forth in this declaration, and I could and would competently testify to those facts under oath if I were called upon to do so.

2. I am submitting this declaration in support of the Defendant's Motion for Attorneys' Fees and Costs (the "Fee Motion").

3. On January 16, 2020, Plaintiff Candesha Washington ("Plaintiff") filed her initial complaint asserting claims for (i) copyright infringement, (ii) unfair competition, and (iii) declaratory relief. (ECF No. 2.) This complaint was dismissed on October 20, 2020 following Defendant's successful motion to dismiss. (ECF No. 25)  On December 17, 2020, Plaintiff filed an amended complaint (ECF No. 45), and it was subsequently dismissed with prejudice on May 21, 2021 following a second motion to dismiss filed by Defendant. (ECF No. 54).

4. Defendant has used its best efforts to resolve this litigation informally without engaging in motion practice. On February 10, 2020, I sent Plaintiff's counsel a detailed meet and confer letter identifying the deficiencies in Plaintiff's initial complaint and explaining the substance of Defendant's anticipated motion to dismiss. A true and correct copy of the February 10 letter is attached hereto as **Exhibit 1**. On February 14, 2020, counsel for the parties met and conferred telephonically regarding the substance of Defendant's intended motion to dismiss. I advised Plaintiff's counsel that (i) Plaintiff's allegations of access were deficient, (ii) there was no meaningful, much less substantial, similarity between the works in question, (iii) the infringement claim based on the proposed *Clueless* series was not ripe for adjudication, (iv) the declaratory relief claim was deficient for the same reasons as the copyright infringement claims, and (v) the unfair competition claim was preempted by the Copyright Act. During the

Katten
Katten Muchin Rosenman LLP
515 South Flower Street, Suite 1000
Los Angeles, CA 90071-2212
213.788.0445 tel   213.788.7567 fax

February 14 meeting, Plaintiff's counsel stated that he would not amend the complaint because the allegations of access were sufficient and Plaintiff's works and Defendant's works had significant similarities.

5. Plaintiff's prior counsel, Kenneth Gross, and his firm, Kenneth Gross and Associates, hold themselves out to the public as possessing over 50 years of combined experience in intellectual property matters including the prosecution of infringement claims. A true and correct copy of Mr. Gross's intellectual property page from the website of his law firm is attached hereto as **Exhibit 2**.

6. On June 8, 2021, I emailed Plaintiff to advise her that Defendant intended to file the Fee Motion and requested a brief phone call to discuss the substance of the motion in accordance with Local Rule 7-3. Plaintiff initially stated that she "need[ed] to confer with [her] new legal representation" before agreeing to participate in the parties' meet and confer call, but then on June 10 claimed that she was still "working closely with the California Lawyers for the Arts to secure a new lawyer." On the morning of June 10, 2021, after Plaintiff had made clear she would not make herself available for a virtual or telephonic meeting that day, counsel for Defendant sent Plaintiff a detailed meet and confer email laying out the substance of Defendant's anticipation motion for fees.

7. On June 11, 2021, Plaintiff finally agreed to meet to discuss Defendant's motion for fees. That afternoon, Plaintiff and Defendant's counsel participated in a Zoom virtual conference where they further discussed the basis of this Fee Motion. During the conference, Plaintiff stated that unless Defendant agrees to purchase her works, she intends to (i) continue litigating her claims, (ii) gather other writers together to file a similar lawsuit against Defendant and (iii) speak with the media about Defendant purportedly stealing ideas from a Black female writer. A true and correct copy of the June 8-11 email exchange is attached hereto as **Exhibit 3**.

## The Reasonableness of the Hourly Rates Charged

8. Mr. Halberstadter was primarily responsible for defending this action on behalf of Defendant. His current hourly rate is $1,115 per hour, but the agreed upon hourly

149269305

rate for this matter remained at $1,000 per hour even after his regular hourly rate increased. Mr. Halberstadter has been an attorney for 39 years.  He graduated *magna cum laude* from Georgetown University Law Center in 1982, where he was an Editor of the law school's international law journal.   He was a Partner specializing in entertainment-related and intellectual property litigation at Troop Steuber Pasich Reddick & Tobey, LLP for 10 years (from 1990-2000) prior to becoming a partner at Katten in 2000.   He has substantial experience in intellectual property and entertainment litigation, having practiced in this area continuously for more than 25 years.  In addition to other professional recognitions, in 2010, he was recognized as a 'Power Lawyer' on *The Hollywood Reporter*'s list of the 100 most influential entertainment lawyers in the United States and was named one of California's Top Intellectual Property Litigators by the *Los Angeles Daily Journal* in 2014 and 2017-2021.  He has also been ranked in *Chambers USA* as a top litigator in entertainment and media litigation.

9.   I am an entertainment litigation associate and joined Katten in 2014.   My current hourly rate is $835 per hour, but the agreed upon hourly rate for this matter remained at $745 per hour even after my regular hourly rate increased. I graduated from University of Southern California, Gould School of Law in 2014.  I have taken a senior role litigating a number of cases, including the successful defense of multiple copyright infringement claims.  In 2018, I was recognized by Variety Magazine in its Legal Impact Report as an attorney who is "Up Next" in the entertainment and media world.

10.  Ms. Palmer is an entertainment litigation associate and joined Katten in 2019. Her current hourly rate is $585 per hour, but the agreed upon hourly rate for this matter remained at $490 per hour even after her regular hourly rate increased.   She graduated from University of Southern California, Gould School of Law in 2019.   She has litigating several cases, including the successful defense of copyright infringement claims.

149269305

11. Prior to drafting this declaration, I researched the hourly rates charged for partners and associates with similar experience and expertise to Mr. Halberstadter's, Ms. Palmer's and mine at comparable law firms in the greater Los Angeles area. Among other things, I am familiar with billing surveys that courts in this district have relied on in determining the reasonableness of fees charged by comparable firms in Los Angeles, including surveys published by the National Law Journal ("NLJ") and the American Intellectual Property Law Association ("AIPLA"). By way of example, according to the NLJ Survey published in 2017, the average partner rate for Greenberg Traurig was $790, $1,000 for King and Spaulding, and $1,135 for Sidley & Austin. I am informed and believe that according to the 2017 AIPLA Survey, the third quartile (top 75%) of billing rates for Intellectual Property partners practicing in Los Angeles was $770 per hour. In addition, I reviewed several attorney fee declarations accessible on PACER and court decisions from recent copyright cases in the Central District of California. Based on the foregoing sources, I am generally familiar with the hourly rates charged by comparable firms in the Los Angeles legal market. Accordingly, I am informed and believe in good faith that the rates Katten charged for Mr. Halberstadter's, Ms. Palmer's and my time on this matter is reasonable, and consistent with the hourly rates being charged in the Los Angeles legal community for attorneys at similar levels and with the similar experience.

12. Moreover, Katten applied a 15 percent discount to all of the fees billed to Defendant, which is reflected in the total fees requested by the Fee Motion. Accordingly, Mr. Halberstadter's effective hourly rate for this matter was $850 per hour; Ms. Palmer's effective hourly rate for this matter was $415 per hour; and my effective hourly rate for this matter was $633 per hour.

**Summary of Time Spent**

13. In support of this Fee Motion, I have attached hereto as **Exhibit 4** true and correct copies (redacted only to preserve the substance of attorney-client privileged communications and attorney work product) of invoices for the months of January 2020

149269305

Katten
Katten Muchin Rosenman LLP
515 South Flower Street, Suite 1000
Los Angeles, CA 90071-2212
213.788.0445 tel   213.788.7360 fax

(when Plaintiff filed her initial complaint) through the end of May 2021 (when the Court dismissed Plaintiff's amended complaint with prejudice).   I have personally reviewed each monthly invoice and each redaction.   Each invoice provides a description of the services rendered, the identity of each attorney who rendered the services, the hourly rate Defendant was charged and the amount of time each attorney spent on each task.   We did not duplicate our efforts or "double charge" for the same work.   Exhibit 4 supports Defendant's request for **$233,667.22** in attorneys' fees and **$1051.53** in costs which were incurred from January 2020 through May 2021. In addition, and in order to aid the Court in its analysis of the Fee Motion, attached hereto as **<u>Exhibit 5</u>** is a spreadsheet summarizing the total aggregate time spent and fees and costs charged per invoice.

14. Defense counsel spent 398 hours in the aggregate litigating this matter (excluding time spent on the Fee Motion) including accomplishing the following tasks, among others:

(1)  Conducting the initial case investigation;

(2)  Reviewing Plaintiff's works and comparing them to the allegedly infringing *Bull* episode;

(3)  Corresponding with Plaintiff and her prior counsel regarding the merits of, and potential grounds for dismissal of, Plaintiff's initial complaint;

(4)  Researching and drafting the motion to dismiss the initial complaint, reviewing Plaintiff's opposition to the original motion to dismiss (including the motion itself and an extensive request for judicial notice), researching and drafting a reply in support of the motion to dismiss, preparing for and participating in the hearing on Defendant's motion, and reviewing/analyzing the Court's ruling thereon;

(5)  Evaluating Plaintiff's motion to amend her complaint, and research and drafting of an opposition to the motion to amend; and

(6)  Reviewing Plaintiff's proposed amended complaint, additional research and drafting the motion to dismiss Plaintiff's amended complaint, reviewing Plaintiff's

149269305

opposition to the motion, researching and drafting a reply brief, preparing for and participating in the hearing on Defendant's motion to dismiss the amended complaint, reviewing/analyzing the Court's ruling thereon and drafting a proposed Judgment thereon.

15. Excluding preparation of this Fee Motion, Mr. Halberstadter billed in excess of 151 hours. I billed in excess of 101 hours. Ms. Palmer billed in excess of 145 hours. While I handled a significant amount of the substantive work on this matter from January 2020 to early August 2020, I went on maternity leave in mid-August 2020 and did not return until mid-April 2021. During this interim period, Mr. Halberstadter and Ms. Palmer handled the defense of this action, with Mr. Halberstadter allocating the necessary work between the two of them, in the manner that he considered most appropriate and efficient.

16. Defendant has also incurred approximately **$34,000** in fees in connection with the Fee Motion and the supporting papers. I will have expended approximately 33 hours negotiating a settlement with Plaintiff to avoid this Fee Motion, as well as researching, drafting and revising the motion, the supporting declaration and supporting exhibits. Mr. Halberstadter will have expended approximately 8 hours reviewing and revising the Fee Motion and supporting papers. Ms. Palmer will have expended approximately 16 hours researching other issues and reviewing and revising the Fee Motion and supporting papers, primarily to ensure compliance with local rules and requirements. This amounts to a total request of **$268,718.75** in attorneys' fees and costs in connection with this litigation through the preparation and filing of the Fee Motion (exclusive of any fees incurred in connection with any reply briefing and/or hearings on the Fee Motion).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 17, 2021 at Los Angeles, California.

/s/ Joanna M. Hill
Joanna M. Hill

149269305

# EXHIBIT 1

**Katten**

KattenMuchinRosenman LLP

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel
www.kattenlaw.com

February 10, 2020

**VIA U.S. MAIL AND E-MAIL**

JOANNA M. HILL
joanna.hill@kattenlaw.com
310.788.4474 direct
310.788.4471 fax

Kenneth Gross, Esq.
Kenneth I. Gross & Assoc.
849 S. Broadway, Ste. 504
Los Angeles, CA 90014
kgross@kigrosslaw.com

Re:    *Washington v. ViacomCBS Inc.*, 20-CV-00435 (C.D. Cal.)

Dear Mr. Gross:

We write to meet and confer with you in connection with Defendant ViacomCBS's ("Defendant") intention to move for dismissal of Plaintiff Candesha Washington's ("Plaintiff") Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and to seek attorneys' fees and costs pursuant to 17 U.S.C. § 505. The Complaint is legally deficient for the following reasons:

(1) Plaintiff has failed to allege that Defendant had legally cognizable access to either of Plaintiff's works.

(2) The allegedly infringing episode from the television series *Bull* is not even remotely similar, much less substantially similar in copyright-protected expression, to either of Plaintiff's works.

(3) Plaintiff's claim based on the proposed *Clueless* television series is not ripe for adjudication, and the alleged similarities, even assuming they were to exist in any final work, are insufficient as a matter of law.

(4) Finally, Plaintiff's claim for violations of California Business and Professions Code sections 17200 *et seq.* are preempted by the Copyright Act.

Plaintiff bases her infringement claims on her copyrighted pilot script, entitled *#SquadGoals* (the "Pilot"), and her so-called "treatment" (the "Treatment") – which more accurately was a completed application that Plaintiff allegedly provided to Imagine Impact LLC ("Imagine Impact"). (Together, the Pilot and the Treatment are referred to as the "Works"). Plaintiff alleges that an episode of the CBS television series *Bull*, entitled "Her Own Two Feet," and a possible *Clueless* series, infringe upon the Works. The manifest legal defects in these claims are explained in greater detail below.

No Access

Plaintiff fails to allege that Defendant had *any* access to the Pilot whatsoever. Rather, Plaintiff claims only that at some point in time, she sent a copy of the Treatment to Imagine Impact. Plaintiff alleges on information and belief that Defendant had access to the Treatment

AUSTIN    CENTURY CITY    CHARLOTTE    CHICAGO    HOUSTON    IRVING    LOS ANGELES
NEW YORK    ORANGE COUNTY    SAN FRANCISCO BAY AREA    SHANGHAI    WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

143258400

Kenneth Gross, Esq.
February 10, 2020
Page 2



because Defendant's predecessor, CBS Corporation ("CBS"), had a "first look" deal with Imagine Impact.

Plaintiff simply assumes that because she allegedly sent her Treatment to a third party that supposedly had some kind of business relationship with CBS, that third party must have disclosed the Treatment to CBS; and, thereafter, CBS and/or Defendant must have used the Treatment to create the *Bull* episode and the proposed *Clueless* series. These allegations are utterly speculative and do not sufficiently allege any legally cognizable access. *See Chavez v. U.S.*, 683 F.3d 1102, 1108 (9th Cir. 2012) ("Mere conclusory statements in a complaint and 'formulaic recitations of the elements of a cause of action' are not sufficient."); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (court will not accept as true "a legal conclusion couched as a factual allegation").

No Substantial Similarity

A motion to dismiss a copyright infringement claim should be granted when, after comparing the works, the court concludes that "no reasonable jury could find that the works are substantially similar, or if it concludes that the similarities between the two works pertain only to unprotected elements." *Zella v. E.W. Scripps Co.*, 529 F. Supp. 2d 1124, 1131 (C.D. Cal. 2007). Here, Plaintiff's alleged similarities between the Works and Defendants' *Bull* Episode and proposed *Clueless* series are insufficient as a matter of law.

*Bull* Episode: The alleged similarities between the *Bull* episode and the Works are legally meaningless over-generalizations, and misleading and inaccurate comparisons. And, even if the claimed similarities were entirely accurate, they would be legally insufficient to support an infringement claim, in any event. For example, Plaintiff alleges that the Works and the *Bull* episode are substantially similar because they both supposedly center on an African-American female social media influencer with a history of mental illness, who is being manipulated and controlled by someone close to her, in order to use her as bait to secure a lucrative business deal. In fact, Plaintiff's protagonist is a social media influencer who appears to have an interest in fashion, while the protagonist in the *Bull* episode is a young entrepreneur with a successful make-up line that she, like every other modern business owner, happens to promote/advertise on social media.

While the protagonist in the Works appears to have experienced anxiety in her past, the protagonist in the *Bull* episode currently suffers from an extreme form of bipolar disorder. It is not clear from the Works that the protagonist's manager, Evvy, is either manipulating or controlling the protagonist, much less that she is using the protagonist as "bait" in order to secure a lucrative business deal. By contrast, the father of the protagonist in the *Bull* episode is the protagonist's legal guardian as a consequence of a particularly acute manic episode that resulted in the protagonist's involuntary commitment; and he is attempting to sell his daughter's business to ensure her financial security.

Proposed *Clueless* Series: In order to assert a claim with respect to the proposed *Clueless* series, Plaintiff describes the Works in a manner that is completely different from how she described them for purposes of her claim respecting the *Bull* episode. Plaintiff alleges that the



Kenneth Gross, Esq.
February 10, 2020
Page 3

Works are substantially similar because they both center on the disappearance of a "queen bee" who is later replaced by her African-American best friend/sidekick.

Even if this turned out to be an accurate comparison of the Works and any completed *Clueless* series, these alleged similarities are utterly generic and not protected by copyright law as a matter of well-established legal principles. To the contrary, a plotline centered on the disappearance of one female character from a group of female characters is utterly banal and has been the subject of numerous films and televisions shows. All of the other similarities alleged by Plaintiff in her Complaint constitute unprotectable *scenes a faire* that flow naturally from these basic story lines. *See Rice v. Fox Broad. Co.*, 330 F.3d 1170, 1175 (9th Cir. 2003).

Ripeness

As alleged in the Complaint, Plaintiff believes that Defendant is currently developing a *Clueless* series. Plaintiff speculates that this proposed series will be substantially similar to the Works based upon a comparison between certain statements made in a press release for the proposed new series and Plaintiff's description of her proposed television series in the Treatment.

Plaintiff's allegations demonstrate that any purported claim of infringement of the Works by the proposed *Clueless* series simply is too uncertain and premature at this point in time. Any decision the court might render (assuming it could render any decision on this issue) would rest on future events that may not occur at all, and would therefore take the form of an impermissible advisory opinion. *Kelly v. Univ. Press of Mississippi*, No. CV 16-2960 PA (GJSX), 2016 WL 4445986, at *4 (C.D. Cal. Aug. 16, 2016).

Copyright Preemption

Finally, the Copyright Act preempts a claim for violation of California Business and Professions Code sections 17200, et seq. because this claim does not satisfy the "extra element" test. *See Maloney v. T3Media, Inc.*, 853 F.3d 1004, 1007 (9th Cir. 2017).

As required by Local Rule 7-3, please let us know if you are available on Wednesday, February 12 (4PM-6PM), Thursday, February 13 (9AM-11AM) or Friday, February 14 (9AM-12PM) to meet and confer with us, by telephone or in person, during which we can discuss these issues thoroughly.

Sincerely,

Joanna M. Hill

cc: David Halberstadter, Esq.; Shelby Palmer, Esq.

143258400

# EXHIBIT 2



Schedule A **FREE** Consultation    我們會講中文

 Toll Free: **866-634-2816**    Local: **213-784-4232**

866-634-2816



# BUSINESS ATTORNEYS WITH A **GLOBAL PERSPECTIVE**

 **MENU**     CONTACT

 VIEW OUR PRACTICE AREAS

Case 2:20-cv-00435-CBM-PJW    Document 59-1    Filed 06/17/21    Page 14 of 105    Page ID #:746

Home » Intellectual Property

# Safeguarding Intellectual Property

For many businesses, intellectual property is their most valuable asset. Patents, trademarks, copyrights and trade secrets are all vital to the success of an innovation-driven economy. The law provides strong protections for intellectual property, and it imposes strict measures to prevent unfair competition.

## Experienced California IP Counsel | Quality And Cost-Effective Guidance

At the Los Angeles-based law firm of Kenneth I. Gross & Associates, we help businesses protect their investments in intellectual property. Our attorneys, who have more than 50 years of combined experience, provide strategic and cost-effective legal guidance for businesses from diverse industries. We also represent global businesses with international roots.

Intellectual property is a complex area of law. Many layers of regulations and case law can steer the course of your case. Whether you are seeking to

secure protection for your intellectual property — or to prosecute or defend against allegations of infringement in court — experienced legal counsel is critical.

# How We Help

As skilled litigators, our lawyers offer savvy business representation for defendants and plaintiffs in intellectual property litigation, including disputes regarding:

- Trademark, copyright or patent infringement
- Theft or misappropriation of trade secrets
- Counterfeit products
- Unfair competition

We understand the magnitude of the impact these cases can have on your business. As a small firm, our attorneys provide a significant economic advantage by keeping costs low. At the same time, we provide the same caliber of services as a large firm. This combination has proven to be a winning approach for businesses large and small.

# Trademark Registrations

In addition to intellectual property litigation, we also handle trademark registration. We assist businesses in researching trademark availability, and we take care of the actual registration, ensuring that the paperwork is properly filed to secure solid legal protection.

Our firm represents domestic and international companies in intellectual property matters. We speak Mandarin, Cantonese and Taiwanese. 我們會講中文

# Contact Us To Learn More About Our Services

Initial consultations are **free of charge.** Contact us at 213-784-4232 or toll-free at 866-634-2816, or send us an email. Our headquarters are in downtown Los Angeles, and we also maintain an office in Rosemead, California.

## Business Litigation

## International Business Needs In California

## Business Formation

## Intellectual Property

Trade Secrets & Unfair Competition

Trademark Registration

International (Madrid) Registration

IP Infringement

## Real Estate Litigation

## Real Estate Transactions

# EXHIBIT 3

| | |
|---|---|
| **From:** | Candy Washington |
| **To:** | Hill, Joanna M. |
| **Cc:** | Halberstadter, David; Palmer, Shelby A. |
| **Subject:** | Re: Washington v. ViacomCBS - Motion for Attorneys" Fees |
| **Date:** | Friday, June 11, 2021 9:57:40 AM |

*EXTERNAL EMAIL – EXERCISE CAUTION*

Hi Joanna,

Yes, I can be available at 1:30pm.

Best,
Candy

On Fri, Jun 11, 2021 at 8:26 AM Hill, Joanna M. <joanna.hill@katten.com> wrote:

Ms. Washington,

Are you available today at any time between 10AM-2PM? If so, I can send you a zoom invite.

**Joanna M. Hill** (she | her | hers)
Associate

# Katten

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600 | Los Angeles, CA 90067-3012
direct +1.310.788.4474 fax +1.310.788.4471
joanna.hill@katten.com | katten.com

---

**From:** Candy Washington <candywashington@gmail.com>
**Sent:** Friday, June 11, 2021 7:06 AM
**To:** Hill, Joanna M. <joanna.hill@katten.com>
**Cc:** Halberstadter, David <david.halberstadter@katten.com>; Palmer, Shelby A. <shelby.palmer@katten.com>
**Subject:** Re: Washington v. ViacomCBS - Motion for Attorneys' Fees

*EXTERNAL EMAIL – EXERCISE CAUTION*

Good morning Joanna,

I hope you're well. I understand that it is your opinion that my lawsuit was meritless, I'm just unsure if that would be the public's opinion.

Per our email chain, I never declined a phone conversation, particularly because I've never had any communication with your legal team outside of email, and I do not consent to your email below to be used as a substitute for the required consultation per Local Rule 7-3.

The representative from the California Lawyers of Arts also confirmed that you declined to meet/mediate on June 10th, 2021, as well as declined the compromise that was presented, therefore, I will be moving forward with my available options regarding this case.

If you're open to scheduling a Zoom meeting, please let me know, as I believe that this situation would have been resolved and deescalated if we'd had an opportunity to meet (virtually).

Best,

Candy

On Thu, Jun 10, 2021 at 9:39 AM Hill, Joanna M. <joanna.hill@katten.com> wrote:

> Ms. Washington,
>
> Since you declined our request to schedule a call to discuss the substance of our motion for attorneys' fees within the time permitted by Local Rule 7-3, we are communicating with you via email to explain the basis of the motion.
>
> You filed a meritless claim alleging that ViacomCBS Inc. ("Defendant") infringed on your copyrighted works in connection with the airing of an episode of the television series *Bull* and the development of a yet unreleased series based on the 1995 film *Clueless*. Prior to filing our first motion to dismiss, we advised your previous attorney that there was no basis to allege that Defendant or anyone associated with the development of the *Bull* episode or the *Clueless* reboot had access to your works. We also advised your attorney that a comparison of the works in question, and a basic understanding of Ninth Circuit copyright law, would make clear that there was no substantial similarity between your works and Defendant's works. You chose

to move forward with your claims, and the court dismissed your complaint (for the first time) on August 20, 2020.  After your attorney withdrew from the case, you continued to pursue these baseless claims, and your amended complaint was dismissed again on May 21, 2021.

In both dismissals, the court made clear that your allegations of access were insufficient and utterly speculative.  (ECF No. 54 at *4).  With respect to substantial similarity, the court made the following findings (all of which were previously pointed out by us prior to the filing of the first motion to dismiss): (1) there was no copying of any "unique" selection of unprotectable elements, rather you identified a random list of similarities scattered throughout the works; (2) any similarities between the protagonists in each work with respect to name, occupation or background was vastly outweighed by the "significant differences" between the works including differing central plots and secondary characters; and (3) many of the other purported similarities were "common tropes" for the genre in question. (ECF No. 25 at *7-9; ECF No. 54 at *5).

As the prevailing party, Defendant is entitled to recover its attorneys' fees and costs pursuant to the Copyright Act because you asserted objectively unreasonable, if not totally frivolous, claims that were dismissed **twice.**  There was no factual support for your allegations that Defendant had access to your works.  And the issue of whether your works were substantially similar to the *Bull* episode or the *Clueless* reboot was not a close question of fact – it was readily apparent. These two points were made clear to you by us well before the court dismissed your claims. Finally, you have made it evident that your motive in pursuing these claims is to leverage a settlement as you have communicated your intention to (i) gather other writers together to file a class action lawsuit against Defendant, and (ii) speak with the media about "'CBS being exposed for plagiarizing a Black female writer's story."  Both threats evidence an improper motive and also further demonstrate that an award of fees is necessary to deter behavior like this.

Defendant is seeking an award of $241,317.84 in attorneys' fees and costs.  These fees are reasonable given that Defendant was forced to litigate these claims for almost 18 months, which necessarily required the preparation of two separate motions to dismiss.

**Joanna M. Hill** (she | her | hers)
Associate

# Katten

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600 | Los Angeles, CA 90067-3012
direct +1.310.788.4474 fax +1.310.788.4471
joanna.hill@katten.com | katten.com

**From:** Candy Washington <candywashington@gmail.com>
**Sent:** Thursday, June 10, 2021 6:10 AM
**To:** Hill, Joanna M. <joanna.hill@katten.com>
**Cc:** Halberstadter, David <david.halberstadter@katten.com>; Palmer, Shelby A. <shelby.palmer@katten.com>
**Subject:** Re: Washington v. ViacomCBS - Motion for Attorneys' Fees

*EXTERNAL EMAIL – EXERCISE CAUTION*

Good morning Joanna,

I hope you're well. You previously confirmed that I could have my new lawyer present during the discussion once I had one in place. The onus was not on me to ensure that it fell within your time constraints as that wasn't communicated to me prior to you agreeing to those terms.

I've been working closely with the California Lawyers for the Arts to secure a new lawyer, and to that end, we reached out on Monday, June 7th for a meeting, and you declined. We followed up and we didn't hear back from you until yesterday afternoon, which was less than 24 hours from your June 10th deadline.

The representative from California Lawyers for the Arts will be reaching out to follow up to remedy this situation as quickly as possible, as I'll be unreachable for the remainder of the day due to prior commitments.

Best,
Candy

On Wed, Jun 9, 2021 at 1:20 PM Hill, Joanna M. <joanna.hill@katten.com> wrote:

> Hi Ms. Washington,
>
> Thank you for your prompt response to my emails yesterday.  Our deadline to file our motion for attorneys' fees is **June 17**, and therefore our deadline to meet and confer with you prior to filing our motion (7 days in advance) is tomorrow, **June 10**.   While we completely understand your desire to involve your new attorney in our discussions, at the present time, you are representing yourself in this lawsuit, and no attorney has entered an appearance on your behalf.  If your new attorney is available to join this call today or tomorrow, we are happy to include him/her; but we will not be able to wait for that to happen if that ends up requiring us to delay our meeting past this Thursday.  Therefore, if we are unable to hold our

meeting with you today or tomorrow, we will be forced to inform the court why this wasn't possible when we file our motion.

Thank you.

**Joanna M. Hill** (she | her | hers)
Associate

## Katten

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600 | Los Angeles, CA 90067-3012
direct +1.310.788.4474 fax +1.310.788.4471
joanna.hill@katten.com | katten.com

---

**From:** Candy Washington <candywashington@gmail.com>
**Sent:** Tuesday, June 8, 2021 6:34 PM
**To:** Hill, Joanna M. <joanna.hill@katten.com>
**Cc:** Halberstadter, David <david.halberstadter@katten.com>; Palmer, Shelby A. <shelby.palmer@katten.com>
**Subject:** Re: Washington v. ViacomCBS - Motion for Attorneys' Fees

*EXTERNAL EMAIL – EXERCISE CAUTION*

You're welcome. Please stay safe and have a good night.

Best,

Candy

On Tue, Jun 8, 2021 at 5:22 PM Hill, Joanna M. <joanna.hill@katten.com> wrote:

> Understood.  Thank you.
>
>
> **Joanna M. Hill** (she | her | hers)
> Associate

## Katten

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600 | Los Angeles, CA 90067-3012
direct +1.310.788.4474 fax +1.310.788.4471
joanna.hill@katten.com | katten.com

---

**From:** Candy Washington <candywashington@gmail.com>
**Sent:** Tuesday, June 8, 2021 5:21 PM
**To:** Hill, Joanna M. <joanna.hill@katten.com>
**Cc:** Halberstadter, David <david.halberstadter@katten.com>; Palmer, Shelby A.
<shelby.palmer@katten.com>
**Subject:** Re: Washington v. ViacomCBS - Motion for Attorneys' Fees

*EXTERNAL EMAIL – EXERCISE CAUTION*

Hi Joanna,

Understood. However, I will need to confer with my new legal representation as I
want them to be present for the call. I'll provide you with a few dates and times once
that is confirmed.

Best,

Candy

On Tue, Jun 8, 2021 at 5:17 PM Hill, Joanna M. <joanna.hill@katten.com> wrote:

> Hi Ms. Washington,
>
> Thank you for the update.  Unfortunately, the appeal does not impact our ability to seek
> attorneys' fees and costs and so we are still obligated to meet and confer about the
> substance of our motion. Can you send me some times that work for you either
> tomorrow or Thursday?
>
> Thank you.

**Joanna M. Hill** (she | her | hers)
Associate

## Katten

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600 | Los Angeles, CA 90067-3012
direct +1.310.788.4474 fax +1.310.788.4471
joanna.hill@katten.com | katten.com

---

**From:** Candy Washington <candywashington@gmail.com>
**Sent:** Tuesday, June 8, 2021 5:12 PM
**To:** Hill, Joanna M. <joanna.hill@katten.com>
**Cc:** Halberstadter, David <david.halberstadter@katten.com>; Palmer, Shelby A. <shelby.palmer@katten.com>
**Subject:** Re: Washington v. ViacomCBS - Motion for Attorneys' Fees

*EXTERNAL EMAIL – EXERCISE CAUTION*

Hi Joanna,


Thank you for your email. I'm appealing the judge's decision, so I'm unsure if now is the appropriate time for this Zoom call. Please let me know.


Best,

Candy



On Tue, Jun 8, 2021 at 5:04 PM Hill, Joanna M. <joanna.hill@katten.com> wrote:

> Ms. Washington,
>
>
> Pursuant to Local Rule 7-3, we write to inform you of ViacomCBS's intent to file a motion for attorneys' fees and costs as permitted by the Copyright Act, 17 U.S. Code § 505. We would like to schedule a short call tomorrow or Thursday to discuss the basis of our motion.  Please let us know when you are available,

and we can send you a Zoom invite.


Thank you.




**Joanna M. Hill** (she | her | hers)
Associate

## Katten

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600 | Los Angeles, CA 90067-3012
direct +1.310.788.4474 fax +1.310.788.4471
joanna.hill@katten.com | katten.com


```
============================================================

CONFIDENTIALITY NOTICE:

This electronic mail message and any attached files contain
information intended for the exclusive

use of the individual or entity to whom it is addressed and may
contain information that is

proprietary, privileged, confidential and/or exempt from
disclosure under applicable law.  If you

are not the intended recipient, you are hereby notified that any
viewing, copying, disclosure or

distribution of this information may be subject to legal
restriction or sanction.  Please notify

the sender, by electronic mail or telephone, of any unintended
recipients and delete the original

message without making any copies.

============================================================

NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited
liability partnership that has

elected to be governed by the Illinois Uniform Partnership Act
(1997).

============================================================
```

--
................................
**Candy Washington** | *Content Creator*

646.264.8729 | candywashington@gmail.com
candywashington.com | @candywashington

# EXHIBIT 4

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

**2029 Century Park East**
**Suite 2600**
**Los Angeles, CA  90067-3012**

April 10, 2020

CBS Corporation
Attn: Carl Benedetti
Assistant General Counsel, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301614569
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
   Docket/Claim Number: 116800

| | |
|---|---:|
| For legal services rendered through January 31, 2020............................................................ | $35,583.00 |
| Less 15% Fee Discount = $5,337.45 + Courtesy No Charge = $2,500.00........................... | (7,837.45) |
| Sub-Total Fees: | $27,745.55 |
| Disbursements and other charges......................................................................... | $25.50 |
| **CURRENT INVOICE TOTAL:** | **$27,771.05** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

2

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 21 Jan 20 | Halberstadter, David | Emails from and to N. Waltman, C. Benedetti, regarding engagement to defend ViacomCBS; communicate with team regarding next steps; preliminary research regarding plaintiff and entertainment activities; prepare preliminary list of matters to investigate and tasks to commence | 1.20 |
| 22 Jan 20 | Halberstadter, David | Background research regarding plaintiff, Imagine Impact, LLC, applicable episode of "Bull," proposed reboot of "Clueless," Copyright Office registrations, revise list of investigatory tasks; strategize with J. Hill regarding ViacomCBS institution of litigation hold; review and revise draft list of document categories to place under litigation hold; review J. Hill draft of "to-dos" | 1.60 |
| 22 Jan 20 | Hill, Joanna M. | Review complaint; review recent correspondence with client; review client's prior communications with plaintiff's counsel; strategize with S. Palmer re acquiring Plaintiff's registered/copyrighted work; correspond with client re litigation hold and categories of potentially relevant information; strategize with D. Halberstadter re publicity surrounding Clueless reboot; draft outline/agenda for call with client. | 3.10 |
| 23 Jan 20 | Halberstadter, David | Prepare for and participate in initial strategy call with clients; telephone call to plaintiff's counsel regarding providing copies of plaintiff's script and "treatment; follow up email to plaintiff's counsel regarding same; update clients regarding same; emails to and from J. Hill regarding legal authorities addressing ███████████████████ | 1.80 |
| 23 Jan 20 | Hill, Joanna M. | Strategize with D. Halberstadter re agenda/topics for client call; conference call with client re case strategy. | 1.10 |
| 23 Jan 20 | Palmer, Shelby | Read and analyze plaintiff's pleadings | 0.70 |
| 24 Jan 20 | Halberstadter, David | Emails from and to K. Gross (Plaintiff's counsel) enclosing "treatment" and script; Review "treatment" that plaintiff submitted to Imagine Impact; email to clients regarding same | 1.80 |
| 24 Jan 20 | Hill, Joanna M. | Strategize with D. Halberstadter and S. Palmer re ripeness argument and supporting case law; begin analyzing Plaintiff's pilot script; draft summary of analysis | 2.10 |
| 25 Jan 20 | Halberstadter, David | Review and analyze plaintiff's copyrighted pilot script | 2.20 |
| 27 Jan 20 | Halberstadter, David | Emails from and to N. Waltman, C. Benedetti regarding service of complaint on ViacomCBS; strategize regarding ████████████████████████████ ██████████████████████████████; research background information on allegedly infringing episode of "Bull," including detailed plot | 1.90 |

Client: 205089 – CBS Corporation

Invoice No. 1301614569
Invoice Date: April 10, 2020

## PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | summary; research background information on development of "Clueless" reboot; research background information on ███████████ ███████████████ research background information on plaintiff and plaintiff's counsel | |
| 27 Jan 20 | Hill, Joanna M. | Review plaintiff's works; draft summary analyzing plaintiff's pilot episode and treatment; strategize with D. Halberstadter re case law and ripeness issue re Clueless claim | 3.40 |
| 27 Jan 20 | Palmer, Shelby | Research and summarize when a copyright claim is ripe | 2.40 |
| 28 Jan 20 | Halberstadter, David | Prepare for and participate in strategy meeting with J. Hill, S. Palmer to plan and prepare for initial responsive pleading; review and analyze plaintiff's pilot script; review legal research regarding ripeness and potential dismissal of copyright infringement claims; review and revise draft email from J. Hill to C. Benedetti regarding running list of issues to investigate and information to obtain | 3.10 |
| 28 Jan 20 | Hill, Joanna M. | Strategize with D. Halberstadter and S. Palmer re any protectable similarities in plaintiff's works and accuracy of plaintiff's allegations in complaint describing her works; correspond with client re ████████████████████ and pleading/briefing strategy; verify pending deadlines; identify key areas of further research | 2.70 |
| 28 Jan 20 | Palmer, Shelby | Review and analyze complaint and plaintiff's copyrighted work and create strategy for matter | 0.40 |
| 28 Jan 20 | Palmer, Shelby | Research and summarize when CA Unfair Competition Law claims are preempted by Copyright Law | 1.20 |
| 29 Jan 20 | Halberstadter, David | Review allegedly infringing episode of "Bull" and evaluate claimed similarities to plaintiff's works; emails from and to M. van Oppen regarding responsive pleading strategies and seeking extension of time to respond; research Judge Marshall and cases involving copyright infringement | 2.70 |
| 29 Jan 20 | Hill, Joanna M. | Draft client email analyzing case law and ripeness issue; review research re Judge Marshall; strategize with D. Halberstadter re extension of time to respond to complaint | 1.60 |
| 29 Jan 20 | Palmer, Shelby | Draft Notice of Interested Parties | 0.60 |
| 30 Jan 20 | Halberstadter, David | Strategize with J. Hill and S. Palmer regarding comparison of plaintiff's works to "Bull" episode and focus of potential Rule 12(b)(6) motion with respect to same; strategize regarding presentation of "ripeness" argument in connection with "Clueless" claim; determine next steps; miscellaneous emails regarding contents of required Notice of Interested Parties/Corporate Disclosure Statement; review and | 2.10 |

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | analyze email from C. Benedetti regarding ████ ██████████████████; emails from and to J. Hill and S. Palmer regarding communication from U.S. Copyright Office in regard to ordering of deposit copy of plaintiff's work | |
| 30 Jan 20 | Hill, Joanna M. | Review and analyze Bull episode; strategize with D. Halberstadter and S. Palmer re possible similarities between plaintiff's works and Bull and plaintiff's works and Clueless reboot; correspond with client re ████████████████████; revise corporate disclosure statement | 1.80 |
| 30 Jan 20 | Palmer, Shelby | Draft Notice of Interested Parties | 0.50 |
| 31 Jan 20 | Halberstadter, David | Review and respond to emails from M. van Oppen regarding cases addressing ripeness, initial pleading strategy regarding "Bull" infringement claim; review and revise draft email to client regarding contents of corporate disclosure statement in light of recent CBS - Viacom merger | 0.80 |
| 31 Jan 20 | Hill, Joanna M. | Correspond with opposing counsel re corporate disclosure statement; strategize with D. Halberstadter re corporate disclosure statement; review client questions re ripeness | 0.60 |
| 31 Jan 20 | Palmer, Shelby | Phone call with Copyright Office re Deposit Copy of #SquadGoals; begin drafting memorandum of possible similarities between Bull and #SquadGoals; research posture of cases re ripeness of copyright infringement claim | 2.70 |
| | | **TOTALS:** | **44.10** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | 19.20 | 1,000.00 | $19,200.00 |
| 43405 | Hill, Joanna M. | 16.40 | 745.00 | $12,218.00 |
| 44599 | Palmer, Shelby | 8.50 | 490.00 | $4,165.00 |
| | **TOTAL:** | **44.10** | | **$35,583.00** |

5

## DISBURSEMENTS

Matter 00020: ViacomCBS adv. Washington

| Date | Description | Amount |
|------|-------------|--------|
| 24 Jan 20 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 01/23/20 | 25.50 |
| 31 Jan 20 | Westlaw Legal Research: PALMER,SHELBY  on 01/27/2020 | N/C |
| 31 Jan 20 | Westlaw Legal Research: PALMER,SHELBY  on 01/29/2020 | N/C |
| 31 Jan 20 | Westlaw Legal Research: PALMER,SHELBY  on 01/28/2020 | N/C |
| | **TOTAL:** | **$25.50** |

## SUMMARY OF DISBURSEMENTS

Matter 00020: ViacomCBS adv. Washington

| | |
|------|--------|
| Postage | $25.50 |
| Legal Research | N/C |
| **TOTAL:** | **$25.50** |

**MATTER  TOTAL:**          **$35,608.50**

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | **Invoice No.:** | 1301614569 |
| **Client:** | 205089 - CBS Corporation | **Invoice Date:** | 10 Apr 20 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | |

**Current Invoice Charges:** _____ **$27,771.05**

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

**2029 Century Park East**
**Suite 2600**
**Los Angeles, CA 90067-3012**

April 10, 2020

CBS Corporation
Attn: Carl Benedetti
Assistant General Counsel, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301614570
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
Docket/Claim Number: 116800

| | |
|---|---|
| For legal services rendered through February 29, 2020............................................................ | $100,950.50 |
| Less 15% Fee Discount = $15,142.57 + Courtesy No Charge = $15,000.00...................... | (30,142.57) |
| Sub-Total Fees: | $70,807.93 |
| Disbursements and other charges.......................................................................... | $953.10 |
| **CURRENT INVOICE TOTAL:** | **$71,761.03** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

# PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 03 Feb 20 | Halberstadter, David | Emails to and from plaintiff's counsel regarding extending ViacomCBS's initial pleading deadline; prepare for and participate in conference call with clients regarding initial pleading strategy; review email from C. Benedetti regarding proper corporate disclosures; review memo from S. Palmer regarding copyright ripeness cases; review and revise extension stipulation; miscellaneous attention to updated video files (Bull episode) | 2.80 |
| 03 Feb 20 | Hill, Joanna M. | Review ripeness cases; prepare for and attend client call re case strategy | 1.10 |
| 03 Feb 20 | Palmer, Shelby | Take final steps to obtain deposit copy of Plaintiff's work; find and summarize the posture of relevant cases re copyright claim ripeness; strategy meeting and call with client; finalize Notice of Interested Parties and Stipulation to Extend Time; analyze similarities between Plaintiff's and client's works and assess their strength | 4.40 |
| 04 Feb 20 | Halberstadter, David | Emails from and to K. Gross regarding stipulation to extend pleading deadline | 0.20 |
| 04 Feb 20 | Palmer, Shelby | File Notice of Interested Parties and Stipulation to Extend Time; continue summarizing similarities between Plaintiff's and client's works. | 2.20 |
| 05 Feb 20 | Halberstadter, David | Review and revise draft meet and confer letter; emails to and from J. Hill regarding same; review email from C. Benedetti and proposed revisions to meet and confer letter; emails to and from C. Benedetti regarding ███████████████████ | 1.10 |
| 05 Feb 20 | Hill, Joanna M. | Draft and revise meet and confer letter re motion to dismiss; strategize with D. Halberstadter re same; correspond with client re same | 1.40 |
| 06 Feb 20 | Halberstadter, David | Make further revisions to lengthier draft meet and confer letter; review and make proposed client revisions; additional fact investigation and research in anticipation of motions to dismiss. | 3.40 |
| 06 Feb 20 | Hill, Joanna M. | Review revisions to meet and confer letter; strategize with D. Halberstadter re same | 0.30 |
| 06 Feb 20 | Palmer, Shelby | Complete draft of copyright infringement/similarity analysis | 3.10 |
| 07 Feb 20 | Halberstadter, David | Additional analysis in connection with anticipated pleading challenges to Complaint. | 1.80 |
| 10 Feb 20 | Halberstadter, David | Strategize with J. Hill regarding ███████████ ████████████ scheduling of motion hearing; final review and revision of meet and confer letter | 0.40 |
| 10 Feb 20 | Hill, Joanna M. | Revise and finalize meet and confer letter; strategize with D. Halberstadter and S. Palmer re research of Judge Marshall's prior copyright decisions | 0.50 |
| 10 Feb 20 | Palmer, Shelby | Research and summarize relevant decisions by Judge Marshall | 1.50 |

Client: 205089 – CBS Corporation

Invoice No. 1301614570
Invoice Date: April 10, 2020

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 11 Feb 20 | Halberstadter, David | Review summaries of C. Marshall copyright decisions and ▮▮▮▮▮▮▮▮▮ | 0.70 |
| 11 Feb 20 | Hill, Joanna M. | Review and revise analysis of similarities memo | 0.50 |
| 11 Feb 20 | Palmer, Shelby | Research and summarize relevant decisions by Judge Marshall | 6.50 |
| 12 Feb 20 | Halberstadter, David | Travel to and from and attend lunch with C. Benedetti, M. van Oppen and J. Hill, including discussion of initial pleading strategy and pre-filing meet and confer; follow up with S. Palmer regarding research requested by clients. | 2.80 |
| 12 Feb 20 | Hill, Joanna M. | Client meeting to discuss case strategy; review research re Judge Marshall's copyright decisions; research recent copyright cases ▮▮▮▮▮▮▮▮ | 3.20 |
| 12 Feb 20 | Palmer, Shelby | Revise and finalize copyright infringement assessment | 1.60 |
| 13 Feb 20 | Halberstadter, David | Review and revise draft memorandum by S. Palmer analyzing potential similarities between Plaintiff's works and "Bull" episode; review research regarding copyright cases ▮▮▮▮▮ | 1.90 |
| 13 Feb 20 | Hill, Joanna M. | Review research re prior copyright cases ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ correspond with clients re same; review and identify key motion to dismiss cases re copyright infringement claims before Judge Marshall | 1.10 |
| 13 Feb 20 | Palmer, Shelby | Summarize relevant copyright decisions by Judge Marshall; pull complete docket of ▮▮▮▮▮▮ ▮▮▮▮▮ | 5.00 |
| 14 Feb 20 | Halberstadter, David | Prepare for meet and confer conference call with plaintiff's counsel; strategize with J. Hall regarding same; participate in meet and confer conference call; review and revise update to client regarding same; strategize with S. Palmer regarding preparation of stipulations for additional pleading extension and for alteration of motion to dismiss briefing schedule | 1.90 |
| 14 Feb 20 | Hill, Joanna M. | Prepare for and attend call with opposing counsel re motion to dismiss; correspond with client re call with opposing counsel; begin outlining motion to dismiss | 3.10 |
| 14 Feb 20 | Palmer, Shelby | Meet and confer call; discuss strategy for case moving forward; draft stipulations to extend time | 4.00 |
| 18 Feb 20 | Halberstadter, David | Review and revise draft joint stipulations (i) to further extend responsive pleading deadline and (ii) to set briefing and hearing schedule for anticipated motion to dismiss; | 0.90 |
| 18 Feb 20 | Hill, Joanna M. | Begin drafting motion to dismiss; revise joint stipulation to modify briefing schedule for motion to dismiss; revise joint stipulation to continue deadline to respond to complaint | 2.20 |
| 18 Feb 20 | Palmer, Shelby | Revise and finalize memo re similarities between the works; draft stipulations for extensions; research popularity of character names | 5.30 |
| 19 Feb 20 | Halberstadter, David | Review and analyze recently-filed Rule 12(b)(6) | 2.90 |

3

Client: 205089 – CBS Corporation

Invoice No. 1301614570
Invoice Date: April 10, 2020

## PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | motion ████████████████████████ ████████████████████; emails to and from J. Hill, S. Palmer regarding same; review research by S. Palmer on name popularity for "Sadie," "Williams" and "Williamson;" strategize with J. Hill regarding substance of anticipated request for judicial notice | |
| 19 Feb 20 | Hill, Joanna M. | Review recent motion to dismiss filings in CD Cal involving similar claims; draft motion to dismiss sections on factual history and summaries of works; review research re census data and commonality of last names and case law re copyrightability of names | 3.40 |
| 19 Feb 20 | Palmer, Shelby | Revise and finalize stipulations for extensions; research and summarize copyright protection for character names and judicial notice re name popularity | 4.30 |
| 20 Feb 20 | Halberstadter, David | Emails from and to C. Benedetti re: ████████████ ████████████████; review attachments to email; strategize with J. Hill regarding ████████ ████████████; review and revise J. Hill outline for draft motion to dismiss; review and analyze research by S. Palmer regarding motion pictures and television series with plots similar to plaintiff's works | 2.10 |
| 20 Feb 20 | Hill, Joanna M. | Correspond with client re litigation hold and relevant custodians; strategize with S. Palmer re request for judicial notice and prior art arguments; revise organization of motion to dismiss and key arguments; review research re prior art | 3.60 |
| 20 Feb 20 | Palmer, Shelby | Research and summarize movies and TV shows with plots similar to plaintiff's work | 2.60 |
| 21 Feb 20 | Halberstadter, David | Emails from and to K. Gross regarding draft stipulations regarding responsive pleading and briefing schedule; review additional research by S. Palmer regarding films and television series with plot elements similar to plaintiff's works | 2.20 |
| 21 Feb 20 | Hill, Joanna M. | Draft argument, introduction and conclusion sections of motion to dismiss | 5.80 |
| 21 Feb 20 | Palmer, Shelby | File Stipulations and Proposed Order; continue research and summaries of movies and TV shows with plots similar to plaintiff's work; draft Request for Judicial Notice | 3.80 |
| 24 Feb 20 | Halberstadter, David | Review email from J. Hill regarding follow up items for motion to dismiss; review email from S. Palmer with follow up research | 0.30 |
| 24 Feb 20 | Hill, Joanna M. | Revise request for judicial notice; revise argument sections of motion to dismiss; review recent research re access cases and infringement of names of characters | 4.30 |
| 24 Feb 20 | Palmer, Shelby | Research relevant points for motion to dismiss; draft Request for Judicial Notice | 5.50 |
| 25 Feb 20 | Halberstadter, David | Review and revise draft motion to dismiss; miscellaneous emails and telephone calls with J. Hill | 5.80 |

4

Client: 205089 – CBS Corporation

Invoice No. 1301614570
Invoice Date: April 10, 2020

## PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | regarding same | |
| 25 Feb 20 | Hill, Joanna M. | Revise motion to dismiss including sections on state law claims and factual background; strategize with S. Palmer re request for judicial notice | 1.70 |
| 25 Feb 20 | Palmer, Shelby | Revise request for judicial notice | 2.20 |
| 26 Feb 20 | Halberstadter, David | Review and revise draft Request for Judicial Notice; miscellaneous telephone calls and emails with S. Palmer regarding same; emails from and to J. Hill regarding my proposed revisions to motion to dismiss; conduct SEC (Edgar) research ██████████████ ███████████████ | 2.40 |
| 26 Feb 20 | Hill, Joanna M. | Strategize with D. Halberstadter re revisions to motion to dismiss; revise motion to dismiss including fact section and argument section | 2.80 |
| 26 Feb 20 | Palmer, Shelby | Revise request for judicial notice and motion to dismiss | 2.10 |
| 27 Feb 20 | Halberstadter, David | Prepare for and participate in strategy meeting with J. Hill and S. Palmer regarding revisions to motion to dismiss and request for judicial notice; review sample RJNs filed in actions before Judge Marshall █ ████████ | 2.90 |
| 27 Feb 20 | Hill, Joanna M. | Strategize with D. Halberstadter re restructuring arguments in motion to dismiss; revise motion to dismiss including case law and argument sections; review recent requests for judicial notice that were granted by courts in the central district of California | 3.60 |
| 27 Feb 20 | Palmer, Shelby | Revise and review motion to dismiss; meeting re strategy and request for judicial notice; research and summarize relevant cases and requests for judicial notice | 7.60 |
| 28 Feb 20 | Halberstadter, David | Emails to and from J. Hill, S. Palmer regarding Judge Marshall's grant/denial of RJNs in copyright actions; emails to and from J. Hill regarding additional cases regarding "access" to review and potentially include in motion to dismiss; Review and analyze "deposit copy" of plaintiff's registered work(s); review and make further revisions to draft motion to dismiss; strategize with J. Hill regarding ████████ ███████████████████ | 3.30 |
| 28 Feb 20 | Hill, Joanna M. | Research and review recent 9th circuit cases re access and request for judicial notice; strategize with D. Halberstadter re same; revise motion to dismiss including sections on access and substantial similarity; review deposit copy of Plaintiff's works | 2.90 |
| | | **TOTALS:** | **143.00** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 32982 | Halberstadter, David | 39.80 | 1,000.00 | $39,800.00 |
| 43405 | Hill, Joanna M. | 41.50 | 745.00 | $30,917.50 |
| 44599 | Palmer, Shelby | 61.70 | 490.00 | $30,233.00 |
| | **TOTAL:** | **143.00** | | **$100,950.50** |

## DISBURSEMENTS
Matter 00020: ViacomCBS adv. Washington

| Date | Description | Amount |
|------|-------------|--------|
| 13 Feb 20 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JAN20-LAX; DATE: 2/13/2020 - Acct #KM3280: Pacer court cost incurred in January 2020, Century City. | 9.00 |
| 13 Feb 20 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JAN20-LAX; DATE: 2/13/2020 - Acct #KM3280: Pacer court cost incurred in January 2020, Century City. | 1.00 |
| 13 Feb 20 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JAN20-LAX; DATE: 2/13/2020 - Acct #KM3280: Pacer court cost incurred in January 2020, Century City. | 24.60 |
| 20 Feb 20 | VENDOR: Palmer, Shelby INVOICE#: 4016875002201746 DATE: 2/20/2020 Court Application/Admissions 205089 for Central District - Superior Court Date Incurred: 01/30/20 | 281.00 |
| 20 Feb 20 | VENDOR: Palmer, Shelby INVOICE#: 4016677602201746 DATE: 2/20/2020 Reimbursement re Copyright Application Date Incurred: 02/03/20 | 637.50 |
| 28 Feb 20 | Westlaw Legal Research: TAYLOR,SUSAN E on 02/13/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/21/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/25/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/26/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/27/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/25/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/26/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/03/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/12/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/11/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/06/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/27/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/21/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/24/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/13/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/18/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/19/2020 | N/C |
| 28 Feb 20 | Westlaw Legal Research: PALMER,SHELBY  on 02/11/2020 | N/C |
| | **TOTAL:** | **$953.10** |

## SUMMARY OF DISBURSEMENTS
Matter 00020: ViacomCBS adv. Washington

| | |
|---|---|
| Legal Research | N/C |
| Court Costs | $34.60 |
| Palmer, Shelby | $918.50 |
| **TOTAL:** | **$953.10** |

**MATTER TOTAL:**     **$101,903.60**

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | |
| **Client:** | 205089 - CBS Corporation | |
| **Matter:** | 00020 - ViacomCBS adv. Washington | |

| | |
|---|---|
| **Invoice No.:** | 1301614570 |
| **Invoice Date:** | 10 Apr 20 |

**Current Invoice Charges:**      **$71,761.03**

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

16

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

**2029 Century Park East**
**Suite 2600**
**Los Angeles, CA 90067-3012**

April 10, 2020

CBS Corporation
Attn: Carl Benedetti
Assistant General Counsel, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301615548
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
    Docket/Claim Number: 116800

| | |
|---|---:|
| For legal services rendered through March 31, 2020............................................................... | $35,907.00 |
| Less 15% Fee Discount = $5,386.05 + Courtesy No Charge = $2,500.00........................... | (7,886.05) |
| Sub-Total Fees: | $28,020.95 |
| Disbursements and other charges.......................................................................... | $72.93 |
| **CURRENT INVOICE TOTAL:** | **$28,093.88** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

18

Client: 205089 – CBS Corporation

Invoice No. 1301615548
Invoice Date: April 10, 2020

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 02 Mar 20 | Halberstadter, David | Strategize regarding ███████████████ ██████████████████████ discuss with J. Hill regarding same; email to clients regarding same; schedule, prepare for and participate in conference call with clients regarding same; review draft motion for potential changes based on ████ | 3.30 |
| 02 Mar 20 | Hill, Joanna M. | Call with client re deposit copy of plaintiff's work and motion to dismiss; revise motion to dismiss based on deposit copy of Treatment; strategize with D. Halberstadter re motion revisions | 2.60 |
| 03 Mar 20 | Halberstadter, David | Strategize with J. Hill regarding potential additions to request for judicial notice; review and make additional revisions to motion to dismiss | 1.30 |
| 03 Mar 20 | Hill, Joanna M. | Strategize with D. Halberstadter re new arguments for motion and request for judicial notice; revise motion, specifically fact section discussing defendant's works | 2.20 |
| 03 Mar 20 | Palmer, Shelby | Strategy meeting, research and draft re RJN | 3.10 |
| 04 Mar 20 | Halberstadter, David | Review and make additional revisions to request for judicial notice | 0.60 |
| 04 Mar 20 | Hill, Joanna M. | Revise request for judicial notice | 0.80 |
| 04 Mar 20 | Palmer, Shelby | Revise RJN and Motion to Dismiss | 4.60 |
| 05 Mar 20 | Halberstadter, David | Strategize regarding defective DVD issues; review and analyze comments and proposed revisions by C. Benedetti to motion to dismiss; strategize with J. Hill and S. Palmer regarding implementing client comments | 1.30 |
| 05 Mar 20 | Hill, Joanna M. | Revise and finalize motion to dismiss; correspond with client re motion and copies of Bull episode; review client's proposed revisions to motion to dismiss | 1.60 |
| 05 Mar 20 | Palmer, Shelby | Revise RJN; Strategy and research for Motion to Dismiss | 1.40 |
| 06 Mar 20 | Hill, Joanna M. | Review client's additional comments to motion to dismiss; strategize with D. Halberstadter re same; begin revising brief to incorporate client comments | 1.60 |
| 06 Mar 20 | Palmer, Shelby | Research for Motion to Dismiss | 0.60 |
| 09 Mar 20 | Halberstadter, David | Review and revise draft motion to dismiss | 1.10 |
| 09 Mar 20 | Hill, Joanna M. | Revise motion to dismiss; revise request for judicial notice | 2.10 |
| 09 Mar 20 | Palmer, Shelby | Revise RJN and Motion to Dismiss | 2.10 |
| 10 Mar 20 | Halberstadter, David | Review and revise draft declaration of J. Hill (in support of RJN); review C. Benedetti's further proposed revisions to motion to dismiss | 1.10 |
| 10 Mar 20 | Hill, Joanna M. | Revise declaration in support of motion to dismiss; revise and cut down motion to dismiss including incorporating new client comments; | 1.50 |
| 10 Mar 20 | Palmer, Shelby | Revise and draft declaration and proposed order | 4.10 |
| 11 Mar 20 | Halberstadter, David | Review and revise proposed order on motion to dismiss; final review and revision of draft motion to | 1.30 |

Client: 205089 – CBS Corporation

Invoice No. 1301615548
Invoice Date: April 10, 2020

## PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | dismiss; | |
| 11 Mar 20 | Hill, Joanna M. | Revise proposed order; strategize with team re cuts to motion to dismiss | 1.10 |
| 11 Mar 20 | Palmer, Shelby | Draft proposed order | 0.30 |
| 12 Mar 20 | Hill, Joanna M. | Finalize motion to dismiss, declaration, proposed order and notice of lodging | 1.10 |
| 12 Mar 20 | Palmer, Shelby | Draft and revise notice of lodging; compile exhibits for motion to dismiss; revise motion to dismiss | 8.70 |
| 13 Mar 20 | Halberstadter, David | Final review of motion to dismiss, request for judicial notice, supporting declaration with exhibits, notice of lodging and proposed order | 1.20 |
| 13 Mar 20 | Hill, Joanna M. | Finalize motion to dismiss for filing | 0.60 |
| 13 Mar 20 | Palmer, Shelby | File motion to dismiss and accompanying documents | 1.80 |
| 30 Mar 20 | Halberstadter, David | Strategize with J. Hill, S. Palmer regarding follow up with court on briefing schedule stipulation, ▮▮▮▮ | 0.30 |

**TOTALS:** 53.40

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 32982 | Halberstadter, David | 11.50 | 1,000.00 | $11,500.00 |
| 43405 | Hill, Joanna M. | 15.20 | 745.00 | $11,324.00 |
| 44599 | Palmer, Shelby | 26.70 | 490.00 | $13,083.00 |
| | **TOTAL:** | 53.40 | | $35,907.00 |

3

20

**DISBURSEMENTS**

Matter 00020: ViacomCBS adv. Washington

| Date | Description | Amount |
|------|-------------|--------|
| 13 Mar 20 | VENDOR: Federal Express Corporation INVOICE#: 694984570 DATE: 3/6/2020 From: JORGE RIVERA To: JOANNA HILL KATTEN MUCHIN ROSENMAN 2029 CENTURY PK E STE 260,LOS ANGELES CA,90067 US: On: 2/27/2020; Tracking ID: 814850671313 | 36.53 |
| 13 Mar 20 | Photocopies for 03/13/2020 | 0.60 |
| 13 Mar 20 | VENDOR: Pacer Service Center; INVOICE#: KM3280-FEB20-LAX; DATE: 3/11/2020  -  Acct #KM3280: Pacer court cost incurred in February 2020, Century City. | 21.90 |
| 13 Mar 20 | VENDOR: Pacer Service Center; INVOICE#: KM3280-FEB20-LAX; DATE: 3/11/2020  -  Acct #KM3280: Pacer court cost incurred in February 2020, Century City. | 2.70 |
| 13 Mar 20 | VENDOR: Pacer Service Center; INVOICE#: KM3280-FEB20-LAX; DATE: 3/11/2020  -  Acct #KM3280: Pacer court cost incurred in February 2020, Century City. | 1.20 |
| 13 Mar 20 | VENDOR: Pacer Service Center; INVOICE#: KM3280-FEB20-LAX; DATE: 3/11/2020  -  Acct #KM3280: Pacer court cost incurred in February 2020, Century City. | 10.00 |
| 31 Mar 20 | Westlaw Legal Research: PALMER,SHELBY  on 03/03/2020 | N/C |
| 31 Mar 20 | Westlaw Legal Research: PALMER,SHELBY  on 03/03/2020 | N/C |
| 31 Mar 20 | Westlaw Legal Research: PALMER,SHELBY  on 03/04/2020 | N/C |
| 31 Mar 20 | Westlaw Legal Research: PALMER,SHELBY  on 03/04/2020 | N/C |
| 31 Mar 20 | Westlaw Legal Research: PALMER,SHELBY  on 03/05/2020 | N/C |
| 31 Mar 20 | Westlaw Legal Research: PALMER,SHELBY  on 03/06/2020 | N/C |
| 31 Mar 20 | Westlaw Legal Research: PALMER,SHELBY  on 03/09/2020 | N/C |
| 31 Mar 20 | Westlaw Legal Research: PALMER,SHELBY  on 03/10/2020 | N/C |
| 31 Mar 20 | Westlaw Legal Research: PALMER,SHELBY  on 03/10/2020 | N/C |
| 31 Mar 20 | Westlaw Legal Research: PALMER,SHELBY  on 03/12/2020 | N/C |
| 31 Mar 20 | Westlaw Legal Research: PALMER,SHELBY  on 03/13/2020 | N/C |
| 31 Mar 20 | PAYEE: LAC Group; REQUEST#: 846185; DATE: 3/31/2020.  -  Legal Research from February 1,2020 thru  February 28,2020; Research re Judge Marshall on 2/12/20 | N/C |

|  | **TOTAL:** | **$72.93** |

**SUMMARY OF DISBURSEMENTS**

Matter 00020: ViacomCBS adv. Washington

| | |
|---|---|
| Courier | $36.53 |
| Photocopy Costs | $0.60 |
| Legal Research | N/C |
| Legal Research | N/C |
| Court Costs | $35.80 |
| **TOTAL:** | **$72.93** |

|  | |
|---|---|
| **MATTER  TOTAL:** | **$35,979.93** |

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | **Invoice No.:** | 1301615548 |
| **Client:** | 205089 - CBS Corporation | **Invoice Date:** | 10 Apr 20 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | |

**Current Invoice Charges:**     **$28,093.88**

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

22

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

May 19, 2020

CBS Corporation
Attn: Carl Benedetti
Assistant General Counsel, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301623084
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
Docket/Claim Number: 116800

| | |
|---|---:|
| For legal services rendered through April 30, 2020................................................................. | $36,994.50 |
| Less 15% Fee Discount................................................................................................................ | (5,549.17) |
| Sub-Total Fees: | $31,445.33 |

**CURRENT INVOICE TOTAL:** **$31,445.33**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

Client: 205089 – CBS Corporation

Invoice No. 1301623084
Invoice Date: May 19, 2020

## PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 08 Apr 20 | Halberstadter, David | Emails to and from J. Hill regarding status of Rule 12(b)(6) motion briefing, whether to take action respecting ▮ | 0.20 |
| 09 Apr 20 | Halberstadter, David | Strategize with J. Hill and S. Palmer regarding status of briefing schedule stipulation, potential actions to take regarding ▮ | 0.30 |
| 09 Apr 20 | Hill, Joanna M. | Strategize with D. Halberstadter, clients and court re approach to ▮; | 0.30 |
| 09 Apr 20 | Palmer, Shelby | Correspondence with Court re briefing schedule | 0.60 |
| 10 Apr 20 | Halberstadter, David | Review Court's Order granting briefing schedule stipulation(.2); emails to and from J. Hill regarding whether to file notice of non-opposition(.4); draft Notice of Plaintiff's Failure to File Opposition and supporting declaration(1.5); emails to and from J. Hill regarding strategy issues regarding same(.3); emails to and from C. Benedetti and M. van Oppen regarding same(.3). | 2.70 |
| 10 Apr 20 | Hill, Joanna M. | Review and revise notice of non-opposition and supporting declaration; strategize with D. Halberstadter re approach to notice | 0.50 |
| 13 Apr 20 | Halberstadter, David | Review e-filing of Notice of Plaintiff's Failure to File Opposition to Motion to Dismiss(.1); emails to and from C. Benedetti regarding same(.2). | 0.30 |
| 13 Apr 20 | Palmer, Shelby | Filing Stipulation to extend briefing schedule and Proposed Order | 0.40 |
| 14 Apr 20 | Halberstadter, David | Emails to and from Telephone call to K. Gross regarding filing deadlines for opposition and reply to Motion to Dismiss (0.3); emails to and from J. Hill and S. Palmer regarding same (0.1); emails to and from C. Benedetti and M. van Oppen regarding same (0.1); draft supplemental stipulation and proposed order (0.6); emails to and from K. Gross regarding same (0.2) begin review and analysis of Plaintiff's opposition to Motion to Dismiss (1.7); emails to and from C. Benedetti and M. Van Oppen regarding ▮ (0.2); Internet research on ▮ (0.5); review and reply to emails from S. Palmer and J. Hill regarding their preliminary thoughts on the opposition (0.8); research classic "rags to riches" stories (0.5); outline arguments for reply brief (0.5) | 5.80 |
| 14 Apr 20 | Hill, Joanna M. | Draft key arguments for reply and strategize with D. Halberstadter re same | 0.70 |
| 14 Apr 20 | Hill, Joanna M. | Analyze arguments in plaintiff's opposition and supporting declaration | 0.60 |
| 14 Apr 20 | Palmer, Shelby | Review and analyze Plaintiff's Opposition | 1.10 |

2

25

Client: 205089 – CBS Corporation

Invoice No. 1301623084
Invoice Date:  May 19, 2020

## PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 15 Apr 20 | Halberstadter, David | Strategize with J. Hill and S. Palmer regarding arguments for and structure of reply brief (0.9); online research regarding ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆ (0.4); prepare for and participate in client call regarding strategy for reply brief (0.7); review draft outline for reply by J. Hill (0.2) | 2.20 |
| 15 Apr 20 | Hill,  Joanna M. | Strategy meeting with D. Halberstadter and S. Palmer re approach/arguments for reply brief | 0.80 |
| 15 Apr 20 | Hill,  Joanna M. | Call with clients re reply strategy | 0.40 |
| 15 Apr 20 | Hill,  Joanna M. | Draft outline of structure for reply brief | 0.50 |
| 15 Apr 20 | Palmer, Shelby | In-firm strategy meeting re Reply (.8); strategy meeting re Reply with client (.5); analyze Opposition and summarize arguments not addressed (1.5) | 2.80 |
| 16 Apr 20 | Halberstadter, David | Review and revise list prepared by S. Palmer regarding ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆ (0.5); review legal research and case summaries by S. Palmer in preparation for reply brief (0.8) | 1.30 |
| 16 Apr 20 | Hill,  Joanna M. | Begin drafting structure of reply brief | 0.60 |
| 16 Apr 20 | Hill,  Joanna M. | Review recent research memo from S. Palmer for use in reply brief | 0.40 |
| 16 Apr 20 | Palmer, Shelby | Research and summarize various issues and cases for Reply | 2.30 |
| 17 Apr 20 | Halberstadter, David | Miscellaneous emails from and to J. Hill,  S. Palmer, regarding research and other issues relating to preparation of reply brief | 0.60 |
| 17 Apr 20 | Hill,  Joanna M. | Correspond with client re ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆ | 0.20 |
| 17 Apr 20 | Hill,  Joanna M. | Strategize with S. Palmer re motion to dismiss research | 0.40 |
| 17 Apr 20 | Palmer, Shelby | Research and summarize topics for Reply | 1.20 |
| 20 Apr 20 | Halberstadter, David | Miscellaneous emails from and to J. Hill regarding issues pertaining to draft reply brief | 0.30 |
| 20 Apr 20 | Hill,  Joanna M. | Draft reply in support of motion to dismiss and strategize with D. Halberstadter re ▆▆▆▆▆▆▆▆ | 4.80 |
| 20 Apr 20 | Palmer, Shelby | Research re contradictory facts in complaint and other documents | 0.80 |
| 21 Apr 20 | Halberstadter, David | Strategize with J. Hill regarding structure of draft reply brief | 0.70 |
| 21 Apr 20 | Palmer, Shelby | Research and citation check for Reply Brief | 1.20 |
| 22 Apr 20 | Halberstadter, David | Review and revise draft reply brief. | 3.60 |
| 23 Apr 20 | Halberstadter, David | Review and make further revisions to draft reply memorandum (0.5); emails to and from J. Hill regarding same (0.1) | 0.60 |
| 23 Apr 20 | Hill,  Joanna M. | Revise reply brief and incorporate comments and revisions by D. Halberstadter | 1.40 |
| 24 Apr 20 | Halberstadter, David | Review and analyze proposed revisions to reply brief from C. Benedetti and M. van Oppen (0.6); strategize | 1.50 |

## PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | with J. Hill regarding same (0.3); review further revised reply brief (0.6) | |
| 24 Apr 20 | Hill, Joanna M. | Revise brief to incorporate client comments and changes and strategize with D. Halberstadter re same | 1.40 |
| 24 Apr 20 | Palmer, Shelby | Cite parentheticals | 0.60 |
| 27 Apr 20 | Halberstadter, David | Final review and revisions to reply brief. | 0.80 |
| 27 Apr 20 | Hill, Joanna M. | Revise and finalize reply brief | 0.70 |
| 28 Apr 20 | Hill, Joanna M. | Revise and finalize reply brief | 0.40 |
| 30 Apr 20 | Halberstadter, David | Review court docket for existence of scheduling conference order (0.1); emails to and from J. Hill regarding same (0.1) | 0.20 |
| | | **TOTALS:** | **46.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | 21.10 | 1,000.00 | $21,100.00 |
| 43405 | Hill, Joanna M. | 14.10 | 745.00 | $10,504.50 |
| 44599 | Palmer, Shelby | 11.00 | 490.00 | $5,390.00 |
| | **TOTAL:** | **46.20** | | **$36,994.50** |

27

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | **Invoice No.:** | 1301623084 |
| **Client:** | 205089 - CBS Corporation | **Invoice Date:** | 19 May 20 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | |

**Current Invoice Charges:** $31,445.33

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 10 Apr 20 | 1301614569 | 00020 | 27,771.05 | 27,771.05 |
| 10 Apr 20 | 1301614570 | 00020 | 71,761.03 | 71,761.03 |
| 10 Apr 20 | 1301615548 | 00020 | 28,093.88 | 28,093.88 |
| | | | **TOTAL OUTSTANDING BALANCE:** | $127,625.96 |

**TOTAL BALANCE DUE:** $159,071.29

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

28

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

July 20, 2020

CBS Corporation
Attn: Carl Benedetti
Assistant General Counsel, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301633531
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
 Docket/Claim Number: 116800

| | |
|---|---|
| For legal services rendered through June 30, 2020................................................................. | $14,222.50 |
| Less 15% Fee Discount.............................................................................................................. | (2,133.37) |
| Sub-Total Fees: | $12,089.13 |

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$12,089.13** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

Client: 205089 – CBS Corporation

Invoice No. 1301633531
Invoice Date: July 20, 2020

## PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 19 Jun 20 | Halberstadter, David | Emails from and to clients regarding status of hearing (0.1); emails to and from J. Hill, S. Palmer, regarding same (0.1); review email from court clerk regarding intention to hold hearing and require in-person attendance (0.1); strategize with J. Hill regarding same (0.1); review current C.D. Cal. rules and procedures for in-person court appearances (0.2) | 0.60 |
| 22 Jun 20 | Halberstadter, David | Miscellaneous emails from and to court clerk regarding telephonic attendance at hearing (0.2); miscellaneous emails to and from J. Hill regarding same (0.2); review motion, opposition, reply and RJN in preparation for hearing (1.0); review J. Hill's proposed hearing outline (0.5); Conference call with J. Hill regarding preparation for hearing (0.7); review 9th Circuit copyright decision ███████ (0.5); research ███████ (0.6); emails to and from clients regarding ███████ (0.3) | 4.00 |
| 22 Jun 20 | Hill, Joanna M. | Prepare for oral argument including drafting outline of arguments, reviewing recent case law and strategizing with D. Halberstadter | 7.20 |
| 23 Jun 20 | Halberstadter, David | Final preparation for and attendance at hearing on motion to dismiss (1.5); follow up with J. Hill regarding same (0.2) | 1.70 |
| 23 Jun 20 | Hill, Joanna M. | Prepare for and attend hearing on motion to dismiss (3.0); correspond with client re hearing (.3) | 3.30 |
| 25 Jun 20 | Halberstadter, David | Review court's minute order (non-substantive) | 0.10 |
| | | **TOTALS:** | **16.90** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | 6.40 | 1,000.00 | $6,400.00 |
| 43405 | Hill, Joanna M. | 10.50 | 745.00 | $7,822.50 |
| | **TOTAL:** | **16.90** | | **$14,222.50** |

## DISBURSEMENTS
Matter 00020: ViacomCBS adv. Washington

| Date | Description | Amount |
|------|-------------|--------|
| 30 Jun 20 | Westlaw Legal Research: HALBERSTADTER, DAVID  on 06/23/2020 | N/C |
| | **TOTAL:** | **$0.00** |

## SUMMARY  OF DISBURSEMENTS
Matter 00020: ViacomCBS adv. Washington

| Legal Research | N/C |
|----------------|-----|
| **TOTAL:** | **$0.00** |

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | **Invoice No.:** | 1301633531 |
| **Client:** | 205089 - CBS Corporation | **Invoice Date:** | 20 Jul 20 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | |

**Current Invoice Charges:**     **$12,089.13**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 10 Apr 20 | 1301614569 | 00020 | 27,771.05 | 27,771.05 |
| 10 Apr 20 | 1301614570 | 00020 | 71,761.03 | 71,761.03 |
| 10 Apr 20 | 1301615548 | 00020 | 28,093.88 | 28,093.88 |
| 19 May 20 | 1301623084 | 00020 | 31,445.33 | 31,445.33 |

**TOTAL OUTSTANDING BALANCE:**     **$159,071.29**

**TOTAL BALANCE DUE:**     **$171,160.42**

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

33

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

August 21, 2020

CBS Corporation                                    Invoice No. 1301639776
Attn: Carl Benedetti                                 Client No. 205089
Assistant General Counsel, Litigation           Matter No. 00020
4024 Radford Avenue
Studio City, CA 91604

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
      Docket/Claim Number: 116800

For legal services rendered through July 31, 2020.................................................................  $1,913.50
Less 15% Fee Discount............................................................................................................  (287.02)

                                                        Sub-Total Fees:        $1,626.48


                        **CURRENT INVOICE TOTAL:**            **$1,626.48**

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 31 Jul 20 | Halberstadter, David | Emails to and from C. Benedetti regarding budgeting issues | 0.10 |
| 31 Jul 20 | Halberstadter, David | Emails to and from J. Hill regarding same | 0.10 |
| 31 Jul 20 | Hill, Joanna M. | Draft budgets for 2020 and 2021 | 2.30 |
| | | TOTALS: | 2.50 |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | 0.20 | 1,000.00 | $200.00 |
| 43405 | Hill, Joanna M. | 2.30 | 745.00 | $1,713.50 |
| | TOTAL: | 2.50 | | $1,913.50 |

36

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | **Invoice No.:** | 1301639776 |
| **Client:** | 205089 - CBS Corporation | **Invoice Date:** | 21 Aug 20 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | |

**Current Invoice Charges:**     **$1,626.48**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 20 Jul 20 | 1301633531 | 00020 | 12,089.13 | 12,089.13 |

**TOTAL OUTSTANDING BALANCE :**    **$12,089.13**

**TOTAL BALANCE DUE:**    **$13,715.61**

### Wire Instructions:

Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

37

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

September 26, 2020

CBS Corporation
Attn: Carl Benedetti
Assistant General Counsel, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301646149
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
  Docket/Claim Number: 116800

| | |
|---|---:|
| For legal services rendered through August 31, 2020........................................................... | $3,268.50 |
| Less 15% Fee Discount............................................................................................ | (490.27) |
| Sub-Total Fees: | $2,778.23 |

**CURRENT INVOICE TOTAL:**    $2,778.23

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 03 Aug 20 | Halberstadter, David | Review and revise draft 2020 and 2021 budget (0.3); emails to and from J. Hill regarding same(0.2); review revised budgets (0.1); emails to and from C. Benedetti regarding same (0.1). | 0.70 |
| 03 Aug 20 | Hill, Joanna M. | Revise budgets for 2020 and 2021 | 1.30 |
| 18 Aug 20 | Halberstadter, David | Review email from S. Palmer and linked articles regarding ███████████ (0.2); email to clients regarding same (0.1) | 0.30 |
| 20 Aug 20 | Halberstadter, David | Review and analyze district court order granting motion to dismiss (0.4); emails to and from and Telephone call to J. Hill regarding same (0.2); draft email to clients regarding same (0.2) | 0.80 |
| 26 Aug 20 | Halberstadter, David | Telephone call to Plaintiff's counsel regarding time for filing amended complaint and for Defendant's response to same(0.2); email update to clients (0.1); emails from and to C. Benedetti regarding anticipated amendment (0.1); emails from and to Plaintiff's counsel regarding preparation of stipulation regarding pleading deadlines (0.1). | 0.50 |
| | | **TOTALS:** | **3.60** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | 2.30 | 1,000.00 | $2,300.00 |
| 43405 | Hill, Joanna M. | 1.30 | 745.00 | $968.50 |
| | **TOTAL:** | **3.60** | | **$3,268.50** |

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | **Invoice No.:** | 1301646149 |
| **Client:** | 205089 - CBS Corporation | **Invoice Date:** | 26 Sep 20 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | |

**Current Invoice Charges:**     $2,778.23

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 20 Jul 20 | 1301633531 | 00020 | 12,089.13 | 12,089.13 |

**TOTAL OUTSTANDING BALANCE:**     $12,089.13

**TOTAL BALANCE DUE:**     $14,867.36

### Wire Instructions:
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

41

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

October 29, 2020

CBS Corporation
Attn: Carl Benedetti
Assistant General Counsel, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301652333
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
    Docket/Claim Number: 116800

For legal services rendered through September 30, 2020.......................................................  $2,300.00
Less 15% Fee Discount.................................................................................................  (345.00)

| | |
|---|---|
| Sub-Total Fees: | $1,955.00 |

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$1,955.00** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

43

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 03 Sep 20 | Halberstadter, David | Review draft stipulation regarding deadline for filing amended complaint and response deadline (01); emails to and from plaintiff's counsel regarding same (0.1); review filed stipulation (0.1); email to clients regarding same (0.1) | 0.40 |
| 14 Sep 20 | Halberstadter, David | Evaluate efficacy of ███████████████████ ██████████ | 0.40 |
| 15 Sep 20 | Halberstadter, David | Review court's rejection of counsel's withdrawal application; review court filings by plaintiff; update clients regarding same | 0.50 |
| 17 Sep 20 | Halberstadter, David | Review court order denying motion for leave to amend complaint as moot in light of previous court order (0.1); emails to and from clients regarding same (0.1) | 0.20 |
| 22 Sep 20 | Halberstadter, David | Emails from and to N. Waltman regarding status of filing of FAC (0.1); emails to and from S. Palmer regarding same (0.2); emails from and to C. Benedetti regarding same (0.1) | 0.40 |
| 23 Sep 20 | Halberstadter, David | Review court order denying request for substitution of counsel (0.1); emails to and from C. Benedetti and M. van Oppen regarding same (0.1) | 0.20 |
| 25 Sep 20 | Halberstadter, David | Check court docket for filing of FAC or other documents | 0.20 |
| | | **TOTALS:** | **2.30** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | 2.30 | 1,000.00 | $2,300.00 |
| | **TOTAL:** | **2.30** | | **$2,300.00** |

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | **Invoice No.:** | 1301652333 |
| **Client:** | 205089 - CBS Corporation | **Invoice Date:** | 29 Oct 20 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | |

**Current Invoice Charges:**   $1,955.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 20 Jul 20 | 1301633531 | 00020 | 12,089.13 | 12,089.13 |
| 26 Sep 20 | 1301646149 | 00020 | 2,778.23 | 2,778.23 |
| | | **TOTAL OUTSTANDING BALANCE:** | | $14,867.36 |

**TOTAL BALANCE DUE:**   $16,822.36

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

**2029 Century Park East**
**Suite 2600**
**Los Angeles, CA  90067-3012**

November 18, 2020

CBS Corporation
Attn: Carl Benedetti
Assistant General Counsel, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301656282
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
Docket/Claim Number: 116800

| | |
|---|---|
| For legal services rendered through October 31, 2020............................................................ | $1,300.00 |
| Less 15% Fee Discount.................................................................................................. | (195.00) |
| Sub-Total Fees: | $1,105.00 |

**CURRENT INVOICE TOTAL:**     **$1,105.00**

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 08 Oct 20 | Halberstadter, David | Review court docket to ensure no recent filings (0.1); draft proposed notice to court regarding non-filing of First Amended Complaint (0.5); email to clients regarding same (0.1) | 0.70 |
| 16 Oct 20 | Halberstadter, David | Plan and prepare for filing of Notice of Plaintiff's Failure to File First Amended Complaint (0.2); miscellaneous emails to and from C. Olsen, S. Palmer, regarding same (0.2) | 0.40 |
| 21 Oct 20 | Halberstadter, David | Emails to and from clients regarding filing of Notice of Plaintiff's Failure to File First Amended Complaint | 0.20 |
| | | **TOTALS:** | **1.30** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | 1.30 | 1,000.00 | $1,300.00 |
| | **TOTAL:** | **1.30** | | **$1,300.00** |

48

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | | **Invoice No.:** | 1301656282 |
| **Client:** | 205089 - CBS Corporation | | **Invoice Date:** | 18 Nov 20 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | | |

**Current Invoice Charges:**     **$1,105.00**

**PREVIOUS  BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 26 Sep 20 | 1301646149 | 00020 | 2,778.23 | 2,778.23 |
| 29 Oct 20 | 1301652333 | 00020 | 1,955.00 | 1,955.00 |

**TOTAL OUTSTANDING BALANCE :**    **$4,733.23**

**TOTAL  BALANCE DUE:**    **$5,838.23**

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please faxa copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

49

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

**2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012**

December 10, 2020

CBS Corporation
Attn: Carl Benedetti
Assistant GC, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301660883
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
Docket/Claim Number: 116800

| | |
|---|---:|
| For legal services rendered through November 30, 2020...................................................... | $2,800.00 |
| Less 15% Fee Discount............................................................................................. | (420.00) |
| Sub-Total Fees: | $2,380.00 |

**CURRENT  INVOICE TOTAL:** **$2,380.00**

51

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Nov 20 | Halberstadter, David | Review Court's Order to Show Cause and send to clients | 0.20 |
| 09 Nov 20 | Halberstadter, David | Review motion to withdraw filed by plaintiff's counsel (0.2); emails to and from C. Benedetti and M. van Oppen regarding same (0.1) | 0.30 |
| 10 Nov 20 | Halberstadter, David | Review and analyze letter to court from C. Washington and form motion to amend complaint (0.4); email to C. Benedetti and M. van Oppen regarding same (0.1) | 0.50 |
| 16 Nov 20 | Halberstadter, David | Check docket for action on counsel's motion to withdraw and Washington's motion for leave to amend | 0.20 |
| 23 Nov 20 | Halberstadter, David | Review court order discharging order to show cause and setting hearing for plaintiff's motion for leave to amend complaint (0.1); review local rules regarding amendment of pleadings and pre-filing meet and confer (0.2); miscellaneous emails to and from C. Benedetti and M. van Oppen discussing potential responsive strategies (0.4) | 0.70 |
| 24 Nov 20 | Halberstadter, David | Strategize with S. Palmer regarding opposition to plaintiff's motion for leave to file amended pleading | 0.20 |
| 30 Nov 20 | Halberstadter, David | Review and revise draft opposition to plaintiff's motion for leave to file amended complaint | 0.70 |
| | | **TOTALS:** | **2.80** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 32982 | Halberstadter, David | 2.80 | 1,000.00 | $2,800.00 |
| | **TOTAL:** | **2.80** | | **$2,800.00** |

52

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | **Invoice No.:** | 1301660883 |
| **Client:** | 205089 - CBS Corporation | **Invoice Date:** | 10 Dec 20 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | |

**Current Invoice Charges:**   **$2,380.00**

**PREVIOUS  BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 18 Nov 20 | 1301656282 | 00020 | 1,105.00 | 1,105.00 |

**TOTAL OUTSTANDING BALANCE :**   **$1,105.00**

**TOTAL  BALANCE DUE:**   **$3,485.00**

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

53

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

**2029 Century Park East**
**Suite 2600**
**Los Angeles, CA  90067-3012**

January 12, 2021

CBS Corporation
Attn: Carl Benedetti
Assistant GC, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301667212
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
  Docket/Claim Number: 116800

| | |
|---|---:|
| For legal services rendered through December 31, 2020............................................................ | $2,725.00 |
| Less 15% Fee Discount................................................................................................................ | (408.75) |
| Sub-Total Fees: | $2,316.25 |

**CURRENT INVOICE TOTAL:** **$2,316.25**

55

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Dec 20 | Palmer, Shelby | Revise opposition to FAC | 0.60 |
| 02 Dec 20 | Halberstadter, David | Review and analyze proposed client revisions to opposition to motion for leave to amend (0.5); emails to and from S. Palmer regarding same (0.2); email to clients and from regarding same (0.2) | 0.90 |
| 03 Dec 20 | Palmer, Shelby | Implement client suggestions into opposition to FAC (.4); email deputy clerk re call-in options (.1) | 0.50 |
| 07 Dec 20 | Palmer, Shelby | Finalize and file opposition to FAC | 0.70 |
| 10 Dec 20 | Halberstadter, David | Email to S. Palmer regarding upcoming hearing (0.1); email to C. Benedetti and M. van Oppen regarding same (0.1) | 0.20 |
| 10 Dec 20 | Palmer, Shelby | Prepare outline for hearing on Plaintiff's motion for leave to amend | 0.70 |
| 15 Dec 20 | Halberstadter, David | Review court order regarding plaintiff's motion for leave to file amended complaint (0.1); emails to and from clients regarding same (0.1) | 0.20 |
| 29 Dec 20 | Halberstadter, David | Check court docket to determine whether plaintiff timely lodged proposed amended complaint | 0.20 |
| | | **TOTALS:** | **4.00** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | 1.50 | 1,000.00 | $1,500.00 |
| 44599 | Palmer, Shelby | 2.50 | 490.00 | $1,225.00 |
| | **TOTAL:** | **4.00** | | **$2,725.00** |

56

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

**Attorney:** 32982 - David Halberstadter
**Client:** 205089 - CBS Corporation
**Matter:** 00020 - ViacomCBS adv. Washington

**Invoice No.:** 1301667212
**Invoice Date:** 12 Jan 21

**Current Invoice Charges:** **$2,316.25**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 18 Nov 20 | 1301656282 | 00020 | 1,105.00 | 1,105.00 |
| 10 Dec 20 | 1301660883 | 00020 | 2,380.00 | 2,380.00 |

**TOTAL OUTSTANDING BALANCE :** **$3,485.00**

**TOTAL BALANCE DUE:** **$5,801.25**

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

57

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

**2029 Century Park East**
**Suite 2600**
**Los Angeles, CA  90067-3012**

February 28, 2021

CBS Corporation
Attn: Carl Benedetti
Assistant GC, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301681834
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
    Docket/Claim Number: 116800

| | |
|---|---:|
| For legal services rendered through January 31, 2021 ........................................................ | $40,640.00 |
| Less 15% Fee Discount...................................................................................................... | (6,096.00) |
| Sub-Total Fees: | $34,544.00 |

| | |
|---|---:|
| **CURRENT INVOICE TOTAL:** | **$34,544.00** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

Client: 205089 – CBS Corporation

Invoice No. 1301681834
Invoice Date: February 28, 2021

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 05 Jan 21 | Halberstadter, David | Review and analyze proposed Amended Complaint lodged with court (0.4); email to C. Benedetti and M. van Oppen regarding same (0.1); review previous court order regarding further opposition to motion for leave to amend (0.1); review previous ruling on motion to dismiss complaint (0.1); emails to and from S. Palmer regarding evaluating grounds for further opposition to motion for leave and/or renewed motion to dismiss (0.2); emails from and to M. van Oppen regarding pleading strategy (0.1); email from C. Benedetti regarding █████████████████████████ (0.1); emails from and to S. Palmer regarding same (0.1) | 1.20 |
| 05 Jan 21 | Palmer, Shelby | Review Plaintiff's proposed amended complaint and analyze potential arguments re access | 1.00 |
| 12 Jan 21 | Halberstadter, David | Strategize with S. Palmer regarding contacting court clerk regarding further opposition to motion for leave to amend (0.2); begin preparing same (0.6). | 0.80 |
| 13 Jan 21 | Palmer, Shelby | Email clerk re next filing in matter | 0.10 |
| 19 Jan 21 | Halberstadter, David | Emails to and from S. Palmer regarding status of court's determination whether to accept additional opposition to motion for leave to amend | 0.20 |
| 20 Jan 21 | Halberstadter, David | Review Court Order deeming amended complaint filed (0.1); emails to and from clients regarding same (0.1); emails to and from S. Palmer regarding drafting pre-filing meet and confer letter and new motion to dismiss (0.2); review prior court filings for previous stipulation granting 30 days to respond to amended complaint (0.1) | 0.50 |
| 20 Jan 21 | Palmer, Shelby | Strategize re extension for response to complaint (.3)Draft and revise email to Plaintiff re stipulation to extend (.8)Draft meet and confer letter (2.1) | 3.20 |
| 21 Jan 21 | Halberstadter, David | Review and revise draft LR 7-3 meet and confer letter and emails to and from S. Palmer regarding same (0.7); review prior motion to dismiss, request for judicial notice, notice of lodging and J. Hill declaration for potential repurposing in connection with anticipated motion to dismiss amended complaint (0.6); strategize with S. Palmer regarding drafting of motion to dismiss amended complaint, new request for judicial notice, other filings (0.6); begin outlining new motion section regarding lack of cognizable access (0.5) | 2.40 |
| 21 Jan 21 | Palmer, Shelby | Revise/finalize meet and confer letter (.8)Phone call re strategy for motion to dismiss and supporting documents (.4) | 1.20 |
| 22 Jan 21 | Halberstadter, David | Review email from C. Benedetti regarding ██████████████████ (0.1); review █████████████████████████ (0.4); reply to C. | 2.70 |

2

Client: 205089 – CBS Corporation

Invoice No. 1301681834
Invoice Date: February 28, 2021

## PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Benedetti regarding same (0.1); review ▮▮▮ ▮▮▮ (0.8); review motion briefing in ▮▮▮ (0.6); begin drafting "access" section of new motion to dismiss (0.7) | |
| 22 Jan 21 | Palmer, Shelby | Begin drafting motion to dismiss | 1.00 |
| 25 Jan 21 | Halberstadter, David | Draft "access" section of motion to dismiss amended complaint (2.9); draft new request for judicial notice (0.8); begin drafting potential section of motion to dismiss regarding ▮▮▮ (1.3) | 5.00 |
| 25 Jan 21 | Palmer, Shelby | Revise motion: intro, summary; Draft substantial similarity argument | 3.60 |
| 26 Jan 21 | Halberstadter, David | Drafting and revising motion to dismiss amended complaint (4.5); miscellaneous emails to and from S. Palmer regarding same (0.3) | 4.80 |
| 26 Jan 21 | Palmer, Shelby | Finish drafting substantial similarity argument | 4.90 |
| 27 Jan 21 | Halberstadter, David | Draft and revise portions of motion to dismiss Amended Complaint | 4.10 |
| 27 Jan 21 | Palmer, Shelby | Revise substantial similarity argument | 5.10 |
| 28 Jan 21 | Halberstadter, David | Draft and revise motion to dismiss (2.8); review and revise draft request for judicial notice and supporting declaration (0.8) | 3.60 |
| 28 Jan 21 | Palmer, Shelby | Revise/quality check entire motion (1.1)Draft declaration and add exhibits (1.8)Research case law for judicial notice of screen credits (1.3) | 4.20 |
| 29 Jan 21 | Halberstadter, David | Additional review and revision of motion to dismiss, request for judicial notice, supporting Palmer Declaration (1.8); emails from and to C. Benedetti, M. van Oppen regarding proposed revisions to brief (0.2); review comments and proposed revisions (0.6) | 2.60 |
| 29 Jan 21 | Palmer, Shelby | Finish drafting request for judicial notice/add case law | 1.70 |
| | | **TOTALS:** | **53.90** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 32982 | Halberstadter, David | | 27.90 | 1,000.00 | $27,900.00 |
| 44599 | Palmer, Shelby | | 26.00 | 490.00 | $12,740.00 |
| | | **TOTAL:** | **53.90** | | **$40,640.00** |

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | **Invoice No.:** | 1301681834 |
| **Client:** | 205089 - CBS Corporation | **Invoice Date:** | 28 Feb 21 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | |

**Current Invoice Charges:**        $34,544.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 12 Jan 21 | 1301667212 | 00020 | 2,316.25 | 2,316.25 |

**TOTAL OUTSTANDING BALANCE:**        $2,316.25

**TOTAL BALANCE DUE:**        $36,860.25

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

March 27, 2021

CBS Corporation
Attn: Carl Benedetti
Assistant GC, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301681835
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
Docket/Claim Number: 116800

| | |
|---|---:|
| For legal services rendered through February 28, 2021 | $12,720.00 |
| Less 15% Fee Discount | (1,908.00) |
| Sub-Total Fees: | $10,812.00 |

| | |
|---|---:|
| **CURRENT INVOICE TOTAL:** | **$10,812.00** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

Client: 205089 – CBS Corporation

Invoice No. 1301681835
Invoice Date:  March 27, 2021

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Feb 21 | Halberstadter, David | Review draft proposed order regarding motion to dismiss | 0.20 |
| 01 Feb 21 | Palmer, Shelby | Incorporate client's comments into motion to dismiss | 0.60 |
| 02 Feb 21 | Halberstadter, David | Final review and revision of motion to dismiss amended complaint, request for judicial notice, Palmer Declaration, exhibits | 1.00 |
| 03 Feb 21 | Halberstadter, David | Email to C. Benedetti and M. van Oppen regarding filing of motion and opposition/reply deadlines (0.2); draft proposed email to Washington regarding emailing opposition and email to S. Palmer for feedback (0.3) | 0.50 |
| 03 Feb 21 | Palmer, Shelby | Finalize documents for filing | 0.80 |
| 04 Feb 21 | Halberstadter, David | Review S. Palmer's feedback on draft email to plaintiff (0.1); revise draft email (0.1) | 0.20 |
| 04 Feb 21 | Palmer, Shelby | Review and revise email to client re opposition deadline | 0.30 |
| 15 Feb 21 | Halberstadter, David | Email to plaintiff regarding email service of opposition to motion (0.1); begin drafting notice of apparent non-opposition and ex parte application for additional time to file reply if opposition is belatedly served (0.6); email from plaintiff regarding email service of opposition to motion (0.1); emails to and from C. Benedetti and M. van Oppen regarding same (0.1) | 0.90 |
| 16 Feb 21 | Halberstadter, David | Emails from and to Plaintiff regarding opposition deadline; emails to and from clients regarding same (0.2); continue drafting ex parte application and supporting declaration, in anticipation of Plaintiff failing to serve opposition papers (0.5); preliminary review of Plaintiff's opposition papers (0.8); emails to and from clients regarding same (0.1) | 1.60 |
| 17 Feb 21 | Halberstadter, David | Comprehensive review of Plaintiff's opposition filings and prepare detailed notes of issues to cover in reply brief (0.8); Telephone call to S. Palmer regarding same (0.3) | 1.10 |
| 17 Feb 21 | Palmer, Shelby | Review and analyze opposition and strategy call | 0.90 |
| 18 Feb 21 | Palmer, Shelby | Begin drafting Reply | 0.90 |
| 19 Feb 21 | Halberstadter, David | Preliminary review of draft reply brief (0.3); emails to and from C. Benedetti, M. van Oppen regarding same (0.1) | 0.40 |
| 19 Feb 21 | Palmer, Shelby | Finish drafting and revise Reply brief | 3.60 |
| 22 Feb 21 | Halberstadter, David | Revise draft reply brief in support of motion to dismiss amended complaint (1.7); email to clients regarding same (0.1); email to S. Palmer regarding same (0.1); review proposed revisions by M. van Oppen and email to M. van Oppen regarding same (0.3); email from S. Palmer regarding ████████████████ (0.1); draft additional language for reply brief regarding same and send to S. Palmer (0.1) | 2.40 |
| 22 Feb 21 | Palmer, Shelby | Incorporate client revisions into reply | 0.30 |

2

65

## PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 23 Feb 21 | Halberstadter, David | Emails from and to Plaintiff regarding providing courtesy copy of reply brief | 0.10 |
| 23 Feb 21 | Palmer, Shelby | Finalize and file Reply | 0.60 |
| 24 Feb 21 | Halberstadter, David | Review belated e-notifications from the court regarding docketing of plaintiff's response and supporting declaration in opposition to motion to dismiss; emails to and from S. Palmer regarding court's apparent "backdating" of the docketing date | 0.20 |
| 26 Feb 21 | Halberstadter, David | Review Minute Order changing motion hearing date and email to clients regarding same | 0.20 |
| | | **TOTALS:** | **16.80** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | 8.80 | 1,000.00 | $8,800.00 |
| 44599 | Palmer, Shelby | 8.00 | 490.00 | $3,920.00 |
| | **TOTAL:** | **16.80** | | **$12,720.00** |

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | **Invoice No.:** | 1301681835 |
| **Client:** | 205089 - CBS Corporation | **Invoice Date:** | 27 Mar 21 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | |

**Current Invoice Charges:** $10,812.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 12 Jan 21 | 1301667212 | 00020 | 2,316.25 | 2,316.25 |

**TOTAL OUTSTANDING BALANCE:** $2,316.25

**TOTAL BALANCE DUE:** $13,128.25

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

# Katten

Direct Billing Inquiries to:
**Charles Estrada**
310-788-4434
charles.estrada@katten.com

**2029 Century Park East**
**Suite 2600**
**Los Angeles, CA  90067-3012**

April 22, 2021

CBS Corporation
Attn: Carl Benedetti
Assistant GC, Litigation
4024 Radford Avenue
Studio City, CA 91604

Invoice No. 1301686715
Client No. 205089
Matter No. 00020

FEIN: 36-2796532

**Re: ViacomCBS adv. Washington** (205089.00020)
　　　Docket/Claim Number: 116800

For legal services rendered through March 31, 2021 ................................................................. $6,735.00
Less 15% Fee Discount ............................................................................................................. (1,010.25)

Sub-Total Fees: $5,724.75

**CURRENT  INVOICE  TOTAL:** **$5,724.75**

69

## PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 17 Mar 21 | Halberstadter, David | Preliminary preparation for hearing on motion to dismiss amended complaint | 0.70 |
| 18 Mar 21 | Halberstadter, David | Review motion to dismiss, response and reply in preparation for drafting hearing outline | 1.60 |
| 22 Mar 21 | Halberstadter, David | Prepare for hearing on motion to dismiss | 1.80 |
| 23 Mar 21 | Halberstadter, David | Attend hearing on motion to dismiss amended complaint. | 1.50 |
| 23 Mar 21 | Halberstadter, David | Report to clients regarding same. | 0.20 |
| 23 Mar 21 | Halberstadter, David | Follow up with S. Palmer regarding same. | 0.20 |
| 23 Mar 21 | Palmer, Shelby | Hearing on Motion to Dismiss | 1.50 |
| | | **TOTALS:** | **7.50** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00020: ViacomCBS adv. Washington

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 32982 | Halberstadter, David | 6.00 | 1,000.00 | $6,000.00 |
| 44599 | Palmer, Shelby | 1.50 | 490.00 | $735.00 |
| | **TOTAL:** | **7.50** | | **$6,735.00** |

# Katten

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 - David Halberstadter | **Invoice No.:** | 1301686715 |
| **Client:** | 205089 - CBS Corporation | **Invoice Date:** | 22 Apr 21 |
| **Matter:** | 00020 - ViacomCBS adv. Washington | | |

**Current Invoice Charges:**  **$5,724.75**

**PREVIOUS  BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 28 Feb 21 | 1301681834 | 00020 | 34,544.00 | 34,544.00 |
| 27 Mar 21 | 1301681835 | 00020 | 10,812.00 | 10,812.00 |
| 29 Mar 21 | 1301681985 | 00020 | 425.00 | 425.00 |
| 29 Mar 21 | 1301681987 | 00020 | 1,190.00 | 1,190.00 |

**TOTAL OUTSTANDING BALANCE :**  **$46,971.00**

**TOTAL  BALANCE DUE:**  **$52,695.75**

**Wire Instructions:**
Reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

Please direct any billing inquiries to Charles Estrada at 310-788-4434 or e-mail charles.estrada@katten.com

# Katten

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles CA  90067-3012

Tel: 310-788-4400
Fax: 310-788-4471

Federal Tax ID:36-2796532
www.katten.com

May 31, 2021

**Carl Benedetti**

**CBS Television Studios**
**4024 Radford Avenue**
**Studio City CA  91604**

| | |
|---|---|
| Client: | 0000205089 |
| Payer: | 0008002895 |
| Matter: | 205089.00020 |
| Invoice #: | 9020004029 |
| Invoice Due Date: | Payable Upon Receipt |

**Claim #          116800**

Page No:     1

**Summary**

RE: ViacomCBS adv. Washington

For Professional Services Rendered Through April 30, 2021

| | | |
|---|---|---|
| Fees Total.................................................................................................... | 372.50 | |
| Applicable Discount(-15.00%) ...................................................................... | -55.88 | |
| Fees After Discount ..................................................................................... | 316.62 | |
| **Total Amount Due** ...................................................................................... | **316.62** | **USD** |

*Katten Muchin Rosenman LLP*

Payment can be remitted directly to our account:
Please reference: 205089.00020

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, IL 60604
ABA #071904779
Swift Code: USBKUS44imt

For credit to: Katten Muchin Rosenman LLP
Account # 199355795089

When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Direct billing inquiries to LABillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

| Matter: | 205089.00020 | Page No:  2 |
|---|---|---|
| Invoice #: | 9020004029 | May 31, 2021 |
| Invoice Due Date: | Payable Upon Receipt | |

RE:  ViacomCBS adv. Washington

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/15/2021 | Hill, Joanna | Review and analyze recent filings including second motion to dismiss and supporting papers; review client emails. | 0.50 |
| | | **Total Hours :** | **0.50** |

| Matter: | 205089.00020 | Page No:  3 |
| Invoice #: | 9020004029 | May 31, 2021 |
| Invoice Due Date: | Payable Upon Receipt | |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Hill, Joanna | 0.50 | 745.00 | 372.50 |
| | **Sub Total :**  0.50 | **Sub Total :** | **372.50** |
| | **Total Hours :**  0.50 | **Total Fees** | **372.50**   USD |

**Katten**

# EXHIBIT 5

| Invoice Date | Services Through | Fees | Costs | Invoice Total |
|---|---|---|---|---|
| 2020.04.10 | 2020.01.31 | $27,745.55 | $25.50 | $27,771.05 |
| 2020.04.10 | 2020.02.29 | $70,807.93 | $953.10 | $71,761.03 |
| 2020.04.11 | 2020.03.31 | $28,020.95 | $72.93 | $28,093.88 |
| 2020.05.19 | 2020.04.30 | $31,445.33 | $0.00 | $31,445.33 |
| 2020.07.20 | 2020.06.30 | $12,089.13 | $0.00 | $12,089.13 |
| 2020.08.21 | 2020.07.31 | $1,626.48 | $0.00 | $1,626.48 |
| 2020.09.26 | 2020.08.31 | $2,778.23 | $0.00 | $2,778.23 |
| 2020.10.29 | 2020.09.30 | $1,955.00 | $0.00 | $1,955.00 |
| 2020.11.18 | 2020.10.31 | $1,105.00 | $0.00 | $1,105.00 |
| 2020.12.10 | 2020.11.30 | $2,380.00 | $0.00 | $2,380.00 |
| 2021.01.12 | 2020.12.31 | $2,316.25 | $0.00 | $2,316.25 |
| 2021.02.28 | 2021.01.31 | $34,544.00 | $0.00 | $34,544.00 |
| 2021.03.27 | 2021.02.28 | $10,812.00 | $0.00 | $10,812.00 |
| 2021.04.22 | 2021.03.31 | $5,724.75 | $0.00 | $5,724.75 |
| 2021.05.31 | 2021.04.30 | $316.62 | $0.00 | $316.62 |
| | | | | |
| TOTAL | | $233,667.22 | $1,051.53 | $234,718.75 |

1

| Invoice Date | Services | Costs | Category |
|---|---|---|---|
| 2020.04.10 | 2020.01.31 | $25.50 | Postage |
| 2020.04.10 | 2020.03.31 | $36.53 | FedEx |
| **Subtotal** | | **$62.03** | |
| | | | |
| 2020.04.10 | 2020.02.29 | $9.00 | PACER |
| 2020.04.10 | 2020.02.29 | $1.00 | PACER |
| 2020.04.10 | 2020.02.29 | $24.60 | PACER |
| 2020.04.10 | 2020.03.31 | $21.90 | PACER |
| 2020.04.10 | 2020.03.31 | $2.70 | PACER |
| 2020.04.10 | 2020.03.31 | $1.20 | PACER |
| 2020.04.10 | 2020.03.31 | $10.00 | PACER |
| **Subtotal** | | **$70.40** | |
| | | | |
| 2020.04.10 | 2020.03.31 | $0.60 | Copying |
| | | | |
| 2020.04.10 | 2020.02.29 | $281.00 | S. Palmer Court Application |
| | | | |
| 2020.04.10 | 2020.02.29 | $637.50 | Copyright Deposit Copy |
| | | | |
| | | | |
| | | | |
| **TOTAL COSTS** | | **$1,051.53** | |

| Invoice Date | Services Through | D. Halberstadter | J. Hill | S. Palmer |
|---|---|---|---|---|
| 2020.04.10 | 2020.01.31 | 19.2 | 16.4 | 8.5 |
| 2020.04.10 | 2020.02.29 | 39.8 | 41.5 | 61.7 |
| 2020.04.11 | 2020.03.31 | 11.5 | 15.2 | 26.7 |
| 2020.05.19 | 2020.04.30 | 21.1 | 14.1 | 11 |
| 2020.07.20 | 2020.06.30 | 6.4 | 10.5 | 0 |
| 2020.08.21 | 2020.07.31 | 0.2 | 2.3 | 0 |
| 2020.09.26 | 2020.08.31 | 2.3 | 1.3 | 0 |
| 2020.10.29 | 2020.09.30 | 2.3 | 0 | 0 |
| 2020.11.18 | 2020.10.31 | 1.3 | 0 | 0 |
| 2020.12.10 | 2020.11.30 | 2.8 | 0 | 0 |
| 2021.01.12 | 2020.12.31 | 1.5 | 0 | 2.5 |
| 2021.02.28 | 2021.01.31 | 27.9 | 0 | 26 |
| 2021.03.27 | 2021.02.28 | 8.8 | 0 | 8 |
| 2021.04.22 | 2021.03.31 | 6 | 0 | 1.5 |
| 2021.05.31 | 2021.04.30 | 0 | 0.5 | 0 |
| | | | | |
| Total Hours | | 151.1 | 101.8 | 145.9 |

3