David Halberstadter (SBN 107033)
david.halberstadter@katten.com
Joanna M. Hill (SBN 301515)
joanna.hill@katten.com
Shelby A. Palmer (SBN 329450)
shelby.palmer@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
ViacomCBS Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CANDESHA WASHINGTON,<br><br>          Plaintiff<br><br>     v.<br><br>VIACOMCBS, INC.; AND DOES 1 THROUGH 50,<br><br>          Defendants. | Case No. 2:20-cv-00435<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>[Hon. Consuelo B. Marshall]<br><br>*[Defendant's Motion for Attorneys' Fees and Costs; and Declaration of Joanna M. Hill filed concurrently herewith]*<br><br>Date: July 20, 2021<br>Time: 10:00 A.M.<br>Place: Room 8B |

149300063

# ORDER

On June 17, 2021, defendant ViacomCBS Inc. ("Defendant") filed a motion for attorneys' fees and costs (the "Motion") following the dismissal of plaintiff Candesha Washington's ("Plaintiff") amended complaint. After full consideration of the briefs, evidence and authorities submitted by counsel, and any argument of counsel at the hearing, the Court rules as follows:

1. The Motion is granted.

2. Defendant is awarded its attorneys' fees and costs in the amount of $ _____ pursuant to 17 U.S.C. Section 505.

**IT IS SO ORDERED.**

Dated: _____          _____
                                The Honorable Consuelo B. Marshall
                                UNITED STATES DISTRICT COURT JUDGE

Katten
KattenMuchinRosenman LLP
515 South Flower Street, Suite 1000
Los Angeles, CA 90071-2212
213.788.7445 tel  213.788.7380 fax
149300063