Candesha Washington

9663 Santa Monica Blvd., Suite 582

Beverly Hills, CA 90210

646.264.8729

Plaintiff in Pro Se

FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| CANDESHA WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>VIACOMCBS, INC.; AND DOES 1 THROUGH 50,<br><br>Defendant. | Case No.: 2:20-cv-00435<br><br>**DECLARATION OF SUPPORT IN OPPOSITION TO MOTION FOR ATTORNEY'S FEES BY VIACOMCBS, INC.; AND DOES 1 THROUGH 50**<br><br>Hearing: July 20, 2021<br>Time: 10:00am<br>Judge: Hon. Consuelo B. Marshall<br>Court: Room 8B |

1

## DECLARATION OF CANDESHA WASHINGTON

I, Candesha Washington, hereby declare as follows:

1. I am an individual, residing in Los Angeles, CA named as the Plaintiff in the Washington v. ViacomCBS Inc., Does 1 through 50. I have personal knowledge of the matters set forth in this declaration, and I could and would competently testify to those facts under oath if I were called upon to do so.

2. I am submitting this declaration in support of the Plaintiff's Response to the Defendant's Motion for Attorneys' Fees and Costs (the "Fee Motion").

3. **EXHIBIT A.** On May 21, 2021, it was publicly released that ViacomCBS had performed an internal investigation into *Bull* after multiple writers left series due to misconduct and unethical practices. The article first appeared in *The Hollywood Reporter,* and subsequently picked up by multiple entertainment industry media outlets. A true and correct copy of the article is attached hereto.

4. **EXHIBIT B.** On June 9th , 2021, the Defendant submitted an offer to the Plaintiff to waive her legal rights to appeal in exchange for them not following through on their threat to pursue nearly $240,000 worth of attorney's fee against her, through Aaron Larks-Stanford, an impartial representative, from the California Lawyers of the Arts.

It should be noted that this is an email excerpt from the email exchange between Aaron Larks-Stanford from the California Lawyers of the Arts and the Plaintiff that took place between June 7th, 2021 and June 11th, 2021. A true and correct copy of the email excerpt is attached hereto.

5. **EXHIBIT C.** Exhibit C is a true and correct copy of the email exchange between the Defendant and the Plaintiff that occurred between June 8th, 2021 and June 11th, 2021, in correct chronological order and in its entirety.

To prove that, (1) the Defendant did not comply with Local Rule 7-3, (2) the Defendant refused to mediate with an impartial representative present, per the Plaintiff's request since she was self-represented, (3) the Defendant agreed to allow

1  the Plaintiff have new legal representation present once one was confirmed, (4) the

2  Defendant was made aware that the Plaintiff did not comply with an email being a

3  substitute for a meet-and-confer, and therefore, proves that the Defendant's claims

4  that the meet-and-confer occurred on June 10th, 2021 and on June 11th, 2021, was

5  false and misleading, (5) **confirms** that the Defendant and the Plaintiff Pro Se, has

6  **never had any communication outside of email**, other than on June 11th, 2021,

7  (6) proves that it was the Plaintiff would wanted to deescalate and resolve the

8  situation without further litigation and that it was the Defendant who wanted to

9  continue litigation by being unwilling to mediate and solely wanted to use the

10  Zoom conference as a way to further threaten, intimidate, and coerce the Plaintiff

11  into forfeiting her legal right to appeal or else they would sue her for nearly

12  $240,000 in attorney's fees.

It should be noted that **the Defendant provided a doctored version** of this

14  email exchange as their EXHIBIT 3, by deleting pertinent emails and providing the

15  email exchange out of chronological order. The Plaintiff requests for the Court to

16  closely review the Plaintiff's EXHIBIT C against the Defendant's EXHIBIT 3, to

17  confirm that at least four emails have been deleted from EXHIBIT 3.

18  6. **EXHIBIT D.** On June 7th, 2021, the Defendant declined the Plaintiff's

19  request for mediation/meet-and-confer that she initiated through the impartial

20  representative from California Lawyers of the Arts, Aaron Larks-Stanford. On

21  June 7th, 2021, the impartial representative responded to the Defendant's refusal to

22  mediate with three incentives: (1) the Plaintiff's right to appeal, (2) possible media

23  exposure, and (3) the possibility of other writers coming forward due to the public

24  announcement made by ViacomCBS in *The Hollywood Report* and other media

25  outlets, and the impartial representative never heard back from the Defendant. On

26  June 8th, 2021, the impartial representative emailed the Plaintiff to confirm the

27  previous statements.

28  It should be noted that Exhibit D is an email excerpt from the email

3

1  exchange between Aaron Larks-Stanford from the California Lawyers of the Arts

2  and the Plaintiff that took place between June 7th, 2021 and June 11th, 2021. A true

3  and correct copy of an excerpt from that email exchange is attached hereto.

4      7. **EXHIBIT E.** To substantiate the Plaintiff's claim that the Defendant is

5  suing the Plaintiff for an inflated and unreasonable amount of attorney's fees as an

6  intimidation tactic to coerce and intimidate the Plaintiff into waiving her legal

7  rights to appeal, on June 7th, 2021, Aaron Larks-Stanford from the California

8  Lawyers of the Arts emailed the Defendant to request a mediation/meet-and-confer

9  with the Plaintiff, the Defendant declined.

10      Then again, on June 7th, 2021, Aaron Larks-Stanford, the impartial

11  representative, then followed-up with the Defendant with three incentives to

12  schedule a mediation with the Plaintiff, including discussing the Plaintiff's right to

13  appeal and to see if an amicable resolution could be sought prior to continuing the

14  litigation process. The Defendant ignored the impartial representative's follow-up

15  email.

16      The Defendant then, on June 8th, 2021, emailed the Plaintiff seeking nearly

17  $240,000 in attorney's **in direct retaliation** to the Plaintiff's request for mediation

18  and to discuss her option to appeal prior to continuing any form of litigation.

19      It should be noted that this is an email excerpt from the email exchange

20  between Aaron Larks-Stanford from the California Lawyers of the Arts and the

21  Plaintiff that took place between June 7th, 2021 and June 11th, 2021. A true and

22  correct copy of the email excerpt is attached hereto.

23      8. **EXHIBIT F.** To substantiate the Plaintiff's claim that the Defendant is

24  intentionally inflating their legal fees to an unreasonable amount, hereto attached is

25  a true and correct copy of an email that states that Ms. Hill was out on maternity

26  leave during a substantial amount of time during this case. It's unclear how only

27  two lawyers was able to legally and ethically bill enough hours to substantiate a

28  claim of nearly $240,000 in attorney's fees, based solely on responding to an

original complaint and an amended complaint.

9. **EXHIBIT G.** To substantiate the Plaintiff's claim that she was acting in good faith and was being transparent with the Defendant regarding wanting her new legal representation to be present at meetings once she had one confirmed, a true and correct copy is hereto attached of the Plaintiff's email exchange confirming her enrollment in the California Lawyers of the Arts program, on June 8th, 2021.

10. **EXHIBIT H:** To substantiate the claim that the Defendant provided false and misleading statements in their Motion regarding the context of the Zoom conference, a true and correct copy of an email excerpt between the Plaintiff and Aaron Larks-Stanford from the California Lawyers of the Arts is hereto attached.

The Defendant claimed that during the Zoom conference, the Plaintiff threatened to continue litigation, go to the media, and participate in a Class Action lawsuit if the Defendant didn't purchase her screenplay. The Zoom conference occurred on June 11th, 2021.

Per Exhibit H, on June 10th, 2021, the Defendant declined the Plaintiff's counteroffer, which included the compromise of the Defendant purchasing her screenplay in exchange for the Plaintiff waiving her rights to appeal, the was the Plaintiff's **direct response to the Defendant's initial offer**, not as an initial threat during the Zoom conference call.

Therefore, based on this proven timeline, the conversation pertaining to the Defendant purchasing the Plaintiff's screenplay **happened prior to** the Zoom conference call. During the Zoom conference call, the Plaintiff stated that she did not desire to escalate this case, but would exercise her legal right to appeal if an amicable resolution couldn't be found. The Defendant's legal team stated that their client was not interested in offering a counteroffer and would, "have to fight it out in the Ninth Circuit."

11. **EXHIBIT I.** To substantiate the Plaintiff's claims that she was acting in

good faith based on the merits of her case, a true and correct copy of the email exchange between the Plaintiff and  Gerald M. Serlin, Certified Appellate Law Specialist, State Bar of Calif., Bd. of Legal Specialization, BENEDON & SERLIN, LLP, is hereto attached.

This confirms that Mr. Serlin reviewed the Plaintiff's amended complaint, the Defendant's responses, and the Court's summary granting the motion to dismiss. After reviewing all of the materials of the case, it was Mr. Serlin's position that the Plaintiff's case had merit and was valid, and that if the Plaintiff had legal due process with a competent lawyer, then the outcome of the dismissal may have been different. In fact, Mr. Serlin referred the Plaintiff to potential lawyers who were within her financial budget based on his belief in the merits of this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21st, 2021, in Burbank, CA.

(/s/) _____
(signature)

Candesha Washington


Plaintiff in Pro Se

6

# EXHIBIT A





☰     *The Hollywood REPORTER*     SUBSCRIBE

─────────────── **L I V E   F E E D** ───────────────

HOME > TV > TV NEWS

# CBS Drops 'Bull' Showrunner Following Workplace Investigation

After multiple writers left the series, Glenn Gordon Caron — who oversaw the legal drama for four seasons — is exiting, and his overall deal with CBS Studios has ended. Co-star Freddy Rodriguez is also out at the show.

BY MAUREEN RYAN   MAY 21, 2021 3:59PM

[f] [y] [✉] [+]





CBS' 'Bull' showrunner Glenn Gordon Caron.   GETTY

 Following a workplace investigation on the CBS drama *Bull*, showrunner Glenn Gordon Caron has exited the show and his overall deal with CBS Studios has ended, sources tell *The Hollywood Reporter*.

Case 2:20-cv-00435-CBM-PJW　Document 63　Filed 06/29/21　Page 9 of 42　Page ID #:883



questions about the reasons for Caron's departure, but confirmed that Caron is no longer with *Bull*. The series, starring Michael Weatherly as jury consultant Dr. Jason Bull, was renewed for a sixth season in April.

ADVERTISEMENT

## Related Stories

TV
2020-21 TV Ratings: Winners, Losers and Network Rankings

Caron began working on *Bull* near the end of the first season, with the *Moonlighting* and *Medium* veteran coming on board as showrunner at the start of the second season in 2017.

Additionally, co-star Freddy Rodriguez, who played Benjamin "Benny" Colón on *Bull* for more than 100 episodes, is exiting the show after a workplace investigation. CBS declined to comment on the circumstances surrounding Rodriguez's departure, but confirmed he will no longer be on the show. A rep for the actor declined to comment.

Five past and present *Bull* writers who spoke with *THR*, but declined to be named for fear of professional repercussions, say Caron fostered a disrespectful work environment during his four-year tenure. These sources allege that he expressed opinions they perceived as callous and that it was common for him to berate the writing staff. "Everyone was so on edge — it felt like everyone constantly had, at the very least, a lot of anxiety," a former *Bull* writer says. Multiple *Bull* writers were interviewed as part of the CBS investigation, sources say. Through a representative, Caron declined to comment.

As part of the changes, CBS is naming *Bull* writers Kathryn Price and Nichole Millard as co-showrunners. "I really hope they get a fair shot to succeed," says a former *Bull* writer.

Writers who worked for Caron on *Bull* and another series he ran, supernatural drama *Medium* — which aired on NBC and CBS from 2005 to 2011 — recount that lessons acquired about craft were ultimately outweighed by the showrunner's demeanor.

"I learned a lot about storytelling and about writing fast — that was valuable," says producer Melinda Hsu Taylor, a veteran of *Medium*. "But it was a toxic environment while I was there. And now that I have much more experience and I have been a showrunner myself, I can tell you, there are a lot of different ways to tell a writer that what they're submitting didn't work for you without attacking them in a cruel way. It is entirely possible to do this job with

Case 2:20-cv-00435-CBM-PJW   Document 63   Filed 06/29/21   Page 10 of 42   Page ID #:884

*THE Hollywood REPORTER*

SUBSCRIBE

"there was a lot of yelling, a lot of pressure."

ADVERTISEMENT

Caron's first big show, *Moonlighting*, which aired on ABC from 1985 to 1989, was a legendarily tumultuous production. Caron, who created the show, departed before its groundbreaking, Emmy-winning run was over, amid coverage of the creator's conflicts with the network and press accounts of turmoil among Caron and the show's stars, Cybill Shepherd and Bruce Willis. "Frankly, I wasn't a day at the beach," Caron recalled in a 2019 article about the show. "It was very frustrating for ABC."

On CBS' *Bull*, sources say the show's culture did not improve after it was revealed, in a December 2018 *New York Times* story, that actor and producer Eliza Dushku had received a $9.5 million settlement in the wake of alleged harassment by Weatherly on the set. The newspaper reported that after Dushku confronted Weatherly about his alleged treatment of her, Dushku's time on the show was cut short and that plans to potentially extend her character's run on *Bull* suddenly evaporated. In an op-ed Dushku wrote shortly after the *Bull* settlement came to light, she claimed that "Caron wrote me off the show within 48 hours of my complaints about Weatherly." (Caron, through a representative, strongly denies that Dushku's claims against Weatherly played a role in her departure.)

The show experienced further tumult when, in May 2019, producer Amblin Entertainment announced it had parted ways with *Bull* in the wake of the Dushku story. Months later, in August, CBS Entertainment president Kelly Kahl was asked at a press event about the network's handling of the Dushku situation at *Bull*. He said that both Weatherly and Caron received leadership coaching. Kahl added at the time: "More than 10 million people watch every week. Michael is loved by our audience, and even after these allegations came out, people continue to watch. So it's a popular show that we want to keep on our air."

---

**MORE FROM THE HOLLYWOOD REPORTER**

# EXHIBIT B

 **Gmail**

Candy Washington <candywashington@gmail.com>

## Mediation Services

**Aaron Larks-Stanford** <aaron.larks-stanford@calawyersforthearts.org>    Wed, Jun 9, 2021 at 4:07 PM
To: Candy Washington <candywashington@gmail.com>

Hi Candy,

I hope this email finds you well.

The attorneys just reached out to me to ask that I relay an offer to you. They pointed out that they had recently advised you that ViacomCBS was intending on filing a motion for attorneys' fees and costs "as permitted by the Copyright Act." They are now offering to negotiate an "amicable resolution" in which they'll agree to waive their "entitlement" to seek the fees and costs from you (which they say add up to over $240,000) in exchange for your waiving the right to an appeal.

Please let me know if you have any questions. I'm happy to schedule a phone call if you'd like to discuss this further.

Thank you.

Sincerely,
Aaron



Aaron Larks-Stanford
**Program Director** and **Arbitration Administrator**, Arts and Community Mediation Services
aaron.larks-stanford@calawyersforthearts.org
pronouns: he/him/his
p: 310.207.0001 Arts and Community Mediation Services
12304 Santa Monica Blvd., Ste. 304, Los Angeles, CA 90025
www.calawyersforthearts.org

CLA Lawyer Referral Service 1-888-775-8995

[Quoted text hidden]

# EXHIBIT C

 **Gmail**

**Candy Washington <candywashington@gmail.com>**

---

## Washington v. ViacomCBS - Motion for Attorneys' Fees

17 messages

---

**Hill, Joanna M.** <joanna.hill@katten.com>          Tue, Jun 8, 2021 at 5:04 PM
To: Candy Washington <candywashington@gmail.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Ms. Washington,

Pursuant to Local Rule 7-3, we write to inform you of ViacomCBS's intent to file a motion for attorneys' fees and costs as permitted by the Copyright Act, 17 U.S. Code § 505. We would like to schedule a short call tomorrow or Thursday to discuss the basis of our motion. Please let us know when you are available, and we can send you a Zoom invite.

Thank you.

**Joanna M. Hill** (she | her | hers)
Associate

## Katten

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600 | Los Angeles, CA 90067-3012
direct +1.310.788.4474 fax +1.310.788.4471
joanna.hill@katten.com | katten.com

```
============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================
```

---

**Candy Washington** <candywashington@gmail.com>          Tue, Jun 8, 2021 at 5:11 PM
To: "Hill, Joanna M." <joanna.hill@katten.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Hi Joanna,

Thank you for your email. I'm appealing the judge's decision, so I'm unsure if now is the appropriate time for this Zoom call. Please let me know.

Best,
Candy

[Quoted text hidden]
--
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**Candy Washington** | *Content Creator*
646.264.8729 | candywashington@gmail.com
candywashington.com | @candywashington

---

**Hill, Joanna M.** <joanna.hill@katten.com>                                           Tue, Jun 8, 2021 at 5:17 PM
To: Candy Washington <candywashington@gmail.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Hi Ms. Washington,


Thank you for the update.  Unfortunately, the appeal does not impact our ability to seek attorneys' fees and costs and so we are still obligated to meet and confer about the substance of our motion. Can you send me some times that work for you either tomorrow or Thursday?


Thank you.


**Joanna M. Hill** (she | her | hers)
Associate

# Katten

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600 | Los Angeles, CA 90067-3012
direct +1.310.788.4474 fax +1.310.788.4471
joanna.hill@katten.com | katten.com



**From:** Candy Washington <candywashington@gmail.com>
**Sent:** Tuesday, June 8, 2021 5:12 PM
**To:** Hill, Joanna M. <joanna.hill@katten.com>
**Cc:** Halberstadter, David <david.halberstadter@katten.com>; Palmer, Shelby A. <shelby.palmer@katten.com>
**Subject:** Re: Washington v. ViacomCBS - Motion for Attorneys' Fees


*EXTERNAL EMAIL – EXERCISE CAUTION*

[Quoted text hidden]

---

**Candy Washington** <candywashington@gmail.com>                                    Tue, Jun 8, 2021 at 5:21 PM
To: "Hill, Joanna M." <joanna.hill@katten.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Hi Joanna,

Understood. However, I will need to confer with my new legal representation as I want them to be present for the call. I'll provide you with a few dates and times once that is confirmed.

Best,
Candy
[Quoted text hidden]

---

**Hill, Joanna M.** <joanna.hill@katten.com>
To: Candy Washington <candywashington@gmail.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Tue, Jun 8, 2021 at 5:22 PM

Understood. Thank you.

[Quoted text hidden]

---

**Candy Washington** <candywashington@gmail.com>
To: "Hill, Joanna M." <joanna.hill@katten.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Tue, Jun 8, 2021 at 6:33 PM

You're welcome. Please stay safe and have a good night.

Best,
Candy
[Quoted text hidden]

---

**Hill, Joanna M.** <joanna.hill@katten.com>
To: Candy Washington <candywashington@gmail.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Wed, Jun 9, 2021 at 1:20 PM

Hi Ms. Washington,


Thank you for your prompt response to my emails yesterday. Our deadline to file our motion for attorneys' fees is **June 17**, and therefore our deadline to meet and confer with you prior to filing our motion (7 days in advance) is tomorrow, **June 10**. While we completely understand your desire to involve your new attorney in our discussions, at the present time, you are representing yourself in this lawsuit, and no attorney has entered an appearance on your behalf. If your new attorney is available to join this call today or tomorrow, we are happy to include him/her; but we will not be able to wait for that to happen if that ends up requiring us to delay our meeting past this Thursday. Therefore, if we are unable to hold our meeting with you today or tomorrow, we will be forced to inform the court why this wasn't possible when we file our motion.

[Quoted text hidden]

---

**Candy Washington** <candywashington@gmail.com>
To: "Hill, Joanna M." <joanna.hill@katten.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Thu, Jun 10, 2021 at 6:10 AM

Good morning Joanna,

I hope you're well. You previously confirmed that I could have my new lawyer present during the discussion once I had one in place. The onus was not on me to ensure that it fell within your time constraints as that wasn't communicated to me prior to you agreeing to those terms.

I've been working closely with the California Lawyers for the Arts to secure a new lawyer, and to that end, we reached out on Monday, June 7th for a meeting, and you declined. We followed up and we didn't hear back from you until yesterday





afternoon, which was less than 24 hours from your June 10th deadline.

The representative from California Lawyers for the Arts will be reaching out to follow up to remedy this situation as quickly as possible, as I'll be unreachable for the remainder of the day due to prior commitments.

Best,
Candy
[Quoted text hidden]

---

**Hill, Joanna M.** <joanna.hill@katten.com>                                          Thu, Jun 10, 2021 at 9:38 AM
To: Candy Washington <candywashington@gmail.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Ms. Washington,

Since you declined our request to schedule a call to discuss the substance of our motion for attorneys' fees within the time permitted by Local Rule 7-3, we are communicating with you via email to explain the basis of the motion.

You filed a meritless claim alleging that ViacomCBS Inc. ("Defendant") infringed on your copyrighted works in connection with the airing of an episode of the television series *Bull* and the development of a yet unreleased series based on the 1995 film *Clueless*. Prior to filing our first motion to dismiss, we advised your previous attorney that there was no basis to allege that Defendant or anyone associated with the development of the *Bull* episode or the *Clueless* reboot had access to your works. We also advised your attorney that a comparison of the works in question, and a basic understanding of Ninth Circuit copyright law, would make clear that there was no substantial similarity between your works and Defendant's works. You chose to move forward with your claims, and the court dismissed your complaint (for the first time) on August 20, 2020. After your attorney withdrew from the case, you continued to pursue these baseless claims, and your amended complaint was dismissed again on May 21, 2021.

In both dismissals, the court made clear that your allegations of access were insufficient and utterly speculative. (ECF No. 54 at *4). With respect to substantial similarity, the court made the following findings (all of which were previously pointed out by us prior to the filing of the first motion to dismiss): (1) there was no copying of any "unique" selection of unprotectable elements, rather you identified a random list of similarities scattered throughout the works; (2) any similarities between the protagonists in each work with respect to name, occupation or background was vastly outweighed by the "significant differences" between the works including differing central plots and secondary characters; and (3) many of the other purported similarities were "common tropes" for the genre in question. (ECF No. 25 at *7-9; ECF No. 54 at *5).

As the prevailing party, Defendant is entitled to recover its attorneys' fees and costs pursuant to the Copyright Act because you asserted objectively unreasonable, if not totally frivolous, claims that were dismissed **twice.** There was no factual support for your allegations that Defendant had access to your works. And the issue of whether your works were substantially similar to the *Bull* episode or the *Clueless* reboot was not a close question of fact – it was readily apparent. These two points were made clear to you by us well before the court dismissed your claims. Finally, you have made it evident that your motive in pursuing these claims is to leverage a settlement as you have communicated your intention to (i) gather other writers together to file a class action lawsuit against Defendant, and (ii) speak with the media about "'CBS being exposed for plagiarizing a Black female writer's story." Both threats evidence an improper motive and also further demonstrate that an award of fees is necessary to deter behavior like this.

Defendant is seeking an award of $241,317.84 in attorneys' fees and costs. These fees are reasonable given that Defendant was forced to litigate these claims for almost 18 months, which necessarily required the preparation of two separate motions to dismiss.

[Quoted text hidden]

---

**Candy Washington** <candywashington@gmail.com>          Fri, Jun 11, 2021 at 7:05 AM
To: "Hill, Joanna M." <joanna.hill@katten.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Good morning Joanna,

I hope you're well. I understand that it is your opinion that my lawsuit was meritless, I'm just unsure if that would be the public's opinion.

Per our email chain, I never declined a phone conversation, particularly because I've never had any communication with your legal team outside of email, and I do not consent to your email below to be used as a substitute for the required consultation per Local Rule 7-3.

The representative from the California Lawyers of Arts also confirmed that you declined to meet/mediate on June 10th, 2021, as well as declined the compromise that was presented, therefore, I will be moving forward with my available options regarding this case.

 If you're open to scheduling a Zoom meeting, please let me know, as I believe that this situation would have been resolved and deescalated if we'd had an opportunity to meet (virtually).

Best,
Candy

[Quoted text hidden]

---

**Hill, Joanna M.** <joanna.hill@katten.com>          Fri, Jun 11, 2021 at 8:26 AM
To: Candy Washington <candywashington@gmail.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Ms. Washington,

Are you available today at any time between 10AM-2PM? If so, I can send you a zoom invite.

[Quoted text hidden]

---

**Candy Washington** <candywashington@gmail.com>          Fri, Jun 11, 2021 at 9:57 AM
To: "Hill, Joanna M." <joanna.hill@katten.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Hi Joanna,

Yes, I can be available at 1:30pm.

Best,
Candy

[Quoted text hidden]
[Quoted text hidden]

---

**Hill, Joanna M.** <joanna.hill@katten.com>          Fri, Jun 11, 2021 at 10:08 AM

To: Candy Washington <candywashington@gmail.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Great, see zoom information below for 1:30PM today.

Joanna Hill (she | her | hers) is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://katten.zoom.us/j/99139034182?pwd=UklqeWxja1BOa2JGZWwyWFpQUkRFZz09

Meeting ID: 991 3903 4182
Passcode: 427170
One tap mobile
+13126266799,,99139034182#,,,,*427170# US (Chicago)
+16468769923,,99139034182#,,,,*427170# US (New York)

Dial by your location
    +1 312 626 6799 US (Chicago)
    +1 646 876 9923 US (New York)
    877 853 5247 US Toll-free
    888 788 0099 US Toll-free
Meeting ID: 991 3903 4182
Passcode: 427170
Find your local number: https://katten.zoom.us/u/azBSqdhrA

Join by SIP
99139034182@zoomcrc.com
Passcode: 427170

[Quoted text hidden]

*THIS EMAIL WAS DELETED FROM THE DEFENDANT'S EXHIBIT 3*

---

**Candy Washington** <candywashington@gmail.com>
To: "Hill, Joanna M." <joanna.hill@katten.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com:

Confirming receipt. Thank you.
[Quoted text hidden]

---

**Candy Washington** <candywashington@gmail.com>      Fri, Jun 11, 2021 at 12:15 PM
To: "Hill, Joanna M." <joanna.hill@katten.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Hi Joanna,

I wanted to see if you were open to having our meeting be observed by the representative from California Lawyers of Arts? He would just observe as an impartial participant and/or we could schedule a proper mediation. Please let me know and I look forward to our discussion at 1:30pm.

Best,
Candy

[Quoted text hidden]

---

**Hill, Joanna M.** <joanna.hill@katten.com>      Fri, Jun 11, 2021 at 12:21 PM
To: Candy Washington <candywashington@gmail.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Ms. Washington,

We are not open to mediating this matter as your complaint has already been dismissed twice by the court. Our meeting today is a pre-filing conference pursuant to the Local Rules, and as such it would not be proper for a mediator, much less a mediator who has not been engaged to mediate this dispute, to attend, even as an observer.

[Quoted text hidden]

---

**Candy Washington** <candywashington@gmail.com>            Fri, Jun 11, 2021 at 12:28 PM
To: "Hill, Joanna M." <joanna.hill@katten.com>
Cc: "Halberstadter, David" <david.halberstadter@katten.com>, "Palmer, Shelby A." <shelby.palmer@katten.com>

Hi Joanna,



Understood, however, the deadline has passed for the pre-filling conference pursuant to the Local Rules. I'm open to discussing it during today's meeting, but it should not be taken as an approval for an extension for the deadline.

Looking forward to speaking with you at 1:30pm.

Best,
Candy
[Quoted text hidden]

THIS EMAIL
WAS DELETED
FROM THE DEFENDANTS
EXHIBIT 3

# EXHIBIT D

Case 2:20-cv-00435-CBM-PJW   Document 63   Filed 06/29/21   Page 22 of 42   Page ID #:896

 **Gmail**

Candy Washington <candywashington@gmail.com>

---

## Mediation Services

---

**Aaron Larks-Stanford** <aaron.larks-stanford@calawyersforthearts.org>
To: Candy Washington <candywashington@gmail.com>

Tue, Jun 8, 2021 at 6:28 PM

Hi Candy,

Thank you for letting me know.

Yes, they responded rather promptly yesterday after I emailed them the invitation to mediate. They more or less said that there was no need to mediate because the court dismissed the case (your amended complaint) with prejudice. I followed up with an email to share with them the incentives of mediation that you had provided. I have not yet received a response from them.

I work part-time and only work briefly on Tuesdays when I have time. I normally don't work on Wednesdays. So, I have a note to call the attorney(s) on Thursday. Hopefully they'll reconsider and agree to mediate. I'll keep you updated.

Sincerely,
Aaron



Aaron Larks-Stanford
**Program Director** and **Arbitration Administrator**, Arts and Community Mediation Services
aaron.larks-stanford@calawyersforthearts.org
pronouns: he/him/his
p: 310.207.0001 Arts and Community Mediation Services
12304 Santa Monica Blvd., Ste. 304, Los Angeles, CA 90025
www.calawyersforthearts.org

CLA Lawyer Referral Service 1-888-775-8995

[Quoted text hidden]

# EXHIBIT E

 **Gmail**

Candy Washington <candywashington@gmail.com>

---

## Mediation Services

---

**Aaron Larks-Stanford** <aaron.larks-stanford@calawyersforthearts.org>                Mon, Jun 7, 2021 at 12:59 PM
To: Candy Washington <candywashington@gmail.com>

Hi Candy,

Thank you for this information, sending the link to the article, and for attaching the documents.

I'll email the invitation to mediate to the attorneys this afternoon. I'll keep you updated.

Thank you for opening a case for mediation with AAMS. I'm hopeful that we'll be able to help you resolve the matter.

Sincerely,
Aaron



Aaron Larks-Stanford
**Program Director** and **Arbitration Administrator**, Arts and Community Mediation Services
aaron.larks-stanford@calawyersforthearts.org
pronouns: he/him/his
p: 310.207.0001 Arts and Community Mediation Services
12304 Santa Monica Blvd., Ste. 304, Los Angeles, CA 90025
www.calawyersforthearts.org

CLA Lawyer Referral Service 1-888-775-8995

[Quoted text hidden]

6/20/2021                                    Gmail - Mediation Services

 **Gmail**                          **Candy Washington <candywashington@gmail.com>**

## Mediation Services

**Candy Washington** <candywashington@gmail.com>                    Tue, Jun 8, 2021 at 6:00 PM
To: Aaron Larks-Stanford <aaron.larks-stanford@calawyersforthearts.org>

Hi Aaron,

I hope that you're well. I wanted to see if you heard back from the CBS lawyers? They just emailed me stating that they
will be seeking their legal fees against me. Which to me, seems like an intimidation tactic, essentially threatening to sue
me for their legal fees.

Please let me know.

Thank you,
Candy

[Quoted text hidden]

Case 2:20-cv-00435-CBM-PJW   Document 63   Filed 06/29/21   Page 26 of 42   Page ID #:900

 Gmail

**Candy Washington <candywashington@gmail.com>**

---

## Mediation Services

**Aaron Larks-Stanford <aaron.larks-stanford@calawyersforthearts.org>**           Tue, Jun 8, 2021 at 6:28 PM
To: Candy Washington <candywashington@gmail.com>

Hi Candy,

Thank you for letting me know.

Yes, they responded rather promptly yesterday after I emailed them the invitation to mediate. They more or less said that there was no need to mediate because the court dismissed the case (your amended complaint) with prejudice. I followed up with an email to share with them the incentives of mediation that you had provided. I have not yet received a response from them.

I work part-time and only work briefly on Tuesdays when I have time. I normally don't work on Wednesdays. So, I have a note to call the attorney(s) on Thursday. Hopefully they'll reconsider and agree to mediate. I'll keep you updated.

Sincerely,
Aaron



Aaron Larks-Stanford
**Program Director** and **Arbitration Administrator**, Arts and Community Mediation Services
aaron.larks-stanford@calawyersforthearts.org
pronouns: he/him/his
p: 310.207.0001 Arts and Community Mediation Services
12304 Santa Monica Blvd., Ste. 304, Los Angeles, CA 90025
www.calawyersforthearts.org

CLA Lawyer Referral Service 1-888-775-8995

[Quoted text hidden]

 Gmail

Candy Washington <candywashington@gmail.com>

## Mediation Services

**Candy Washington** <candywashington@gmail.com>　　　　　　　　　　Tue, Jun 8, 2021 at 6:31 PM
To: Aaron Larks-Stanford <aaron.larks-stanford@calawyersforthearts.org>


Thank you so much, Aaron! And this confirms that their threat to sue me for legal fees was in retaliation to the incentives. Really appreciate your help!! 
[Quoted text hidden]

# EXHIBIT F

Gmail - Automatic reply: Pleading Extension

## M Gmail

Candy Washington <candywashington@gmail.com>

## Automatic reply: Pleading Extension

1 message

**Hill, Joanna M.** <joanna.hill@katten.com>
To: Candy Washington <candywashington@gmail.com>

Wed, Jan 20, 2021 at 5:22 PM

I am currently out of the office on maternity leave.  If you need immediate assistance, please contact my assistant, Paula Phillips, at 310-788-4437.

# EXHIBIT G

 **Gmail**                                                          **Candy Washington <candywashington@gmail.com>**

---

## California Lawyers for the Arts - Financial Screening Application Approved [ ref:_00Do0bt11._5003m1AGcuN:ref ]

2 messages

---

**LRIS** <lris@calawyersforthearts.org>                                    Tue, Jun 8, 2021 at 12:47 PM
To: "candywashington@gmail.com" <candywashington@gmail.com>

Dear Ms. Washington,

Upon review, your application matched the financial screening criteria currently required to receive pro bono services from our panel attorneys. We will now be sending out limited case information to members of the panel. Once an attorney expresses an interest in assisting you, we will contact you to collect the $35 administrative fee.

As acceptance of the case is highly dependent on attorneys' caseloads, the timeline for placement varies. We will try our best to place your case, but cannot guarantee placement.

As a reminder, you will not be responsible for any attorney's fees. However, you will be responsible for any court filing fees if applicable.

If you have any questions, feel free to call our office at 888-775-8995.

Best regards,

Keegan
CLA Staff
?THIS ELECTRONIC COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND SHOULD BE READ ONLY BY ITS INTENDED RECIPIENT.

**************************************************
IMPORTANT NOTICE TO EMAIL RECIPIENTS:

DO NOT read, copy, or disseminate this communication unless you are the intended addressee.

This email communication contains confidential and/or privileged information intended only for the addressee. Anyone who receives this email by error should treat it as confidential and is asked to call California Lawyers for the Arts at (888) 775-8995 or reply by email: lris@calawyersforthearts.org.

This email transmission may not be secure and may be illegally intercepted. Do not forward or disseminate this email to any third party. Unauthorized interception of this email is a violation of federal law. Thank you for your cooperation.

---------------------------------------------------
CLA Lawyer Referral & Information Service
STATEWIDE CENTRAL CALL CENTER
LRIS@calawyersforthearts.org
Tel: 888-775-8995
Fax: 510-201-9957
Wells Fargo Building
2140 Shattuck Ave., Suite 310
Berkeley, CA 94704
www.calawyersforthearts.org
CALL TOLL FREE: 1-888-775-8995
---------------------------------------------------

ref:_00Do0bt11._5003m1AGcuN:ref

---

**Candy Washington** <candywashington@gmail.com>                          Tue, Jun 8, 2021 at 6:01 PM

6/20/2021                    Gmail - California Lawyers for the Arts - Financial Screening Application Approved [ ref:_00Do0bt11._5003m1AGcuN:ref ]

To: LRIS <lris@calawyersforthearts.org>

Hi Keegan,

Thank you. My legal situation is time-sensitive, as I now have less than 30 days to appeal the judge's decision. Are there any additional options that I can do to ensure finding a lawyer in time?

Thank you,
Candy
[Quoted text hidden]
--
. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**Candy Washington |** *Content Creator*
646.264.8729 | candywashington@gmail.com
candywashington.com | @candywashington

# EXHIBIT H

 **Gmail**

Candy Washington <candywashington@gmail.com>

---

## Mediation Services

---

**Candy Washington** <candywashington@gmail.com>               Thu, Jun 10, 2021 at 6:23 AM
To: Aaron Larks-Stanford <aaron.larks-stanford@calawyersforthearts.org>

Good morning Aaron,

Thank you for letting me know. I was working yesterday and I'm working now, so the earliest that I can speak with them is anytime on Monday the 14th or Tuesday the 15th, so let me know when they are free for a Zoom call.

My counter that you can share with them prior to our call is:

Ms. Washington will forfeit her right to appeal, only if ViacomCBS provides an offer to buy her *#SquadGoals* screenplay and waive the legal fees from the copyright lawsuit.

Our reasons are outlined below:

- Studios buy and sell screenplays every day, therefore, ViacomCBS **does not have to admit any guilt/liability** in using Ms. Washington's work to derive the *Bull* episode and Ms. Washington receives a sense of justice and closure.
  - ViacomCBS would then legally own the script and if they want to develop it or derive more projects from it, they can do so legally.
  - If ViacomCBS does use the script (at their sole discretion), Ms. Washington would like a back-end/residual deal. But she **does not** need to be directly involved in the project unless ViacomCBS wishes her to be.
    - *Ms. Washington is not asking for any special treatment, just the same level of respect and decency that any other writer would get.*

- **Regarding the motion to recoup legal fees:** Ms. Washington is a writer - she rents an apartment and drives a used car. She doesn't have any assets that ViacomCBS can seize, therefore, the motion would just bankrupt her, which only adds fuel to the potential media firestorm, 'CBS Bankrupts Black Female Writer After Stealing Her Story'
  - For Ms. Washington the threat of bankruptcy isn't a strong enough reason for her to waive her right to appeal, particularly considering the internal investigation into *Bull* performed by ViacomCBS and how poorly Ms. Washington's previous lawyer handled her case, there is a basis for an appeal.
  - **Thus, we feel that the proposed compromise above satisfies the needs of both parties and we can amicably end this lawsuit now.**

Please let me know what they say.

Thank you,
Candy
[Quoted text hidden]

 Gmail                                    **Candy Washington <candywashington@gmail.com>**

---

## Mediation Services

**Aaron Larks-Stanford** <aaron.larks-stanford@calawyersforthearts.org>          Thu, Jun 10, 2021 at 5:45 PM
To: Candy Washington <candywashington@gmail.com>

Hi Candy,

I hope this email finds you well.

 I relayed your response/counteroffer to the attorneys who responded by saying that they "respectfully decline" your offer. I
followed up to ask if ViacomCBS wished to make a counteroffer and their answer was no.

I'm sorry about this disappointing news. Unless you'd like to make a different offer, I think we can go ahead and close the case. Please let me know. As always, I'm available to have a phone call if you'd like to discuss this further.

Sincerely,
Aaron



Aaron Larks-Stanford
**Program Director** and **Arbitration Administrator**, Arts and Community Mediation Services
aaron.larks-stanford@calawyersforthearts.org
pronouns: he/him/his
p: 310.207.0001 Arts and Community Mediation Services
12304 Santa Monica Blvd., Ste. 304, Los Angeles, CA 90025
www.calawyersforthearts.org

CLA Lawyer Referral Service 1-888-775-8995

[Quoted text hidden]

# EXHIBIT I

 Gmail

**Candy Washington <candywashington@gmail.com>**

## Follw up: Appellate Consulation: CBS exposed for plagiarizing | Copyright Infringement
8 messages

**Candy Washington** <candywashington@gmail.com>
To: Gerald@benedonserlin.com

Thu, Jun 10, 2021 at 12:59 PM

Hi Mr. Serlin,

I hope you're well. I was finally able to get a copy of the judge's summary in my case. It's attached for your review. Please let me know if you have any guidance and/or referrals to lawyers whose rates may match my financial needs as we discussed on our call last week.

I did have a very quick question, I was representing myself pro see, but the judge sent the ruling to my previous attorney, is that standard? If they were withdrawn from my case, why would the judge send him the ruling?

Best,
Candy

On Tue, May 25, 2021 at 4:08 PM Candy Washington <candywashington@gmail.com> wrote:
Hi Mr. Serlin,

I hope you're well. I'm an emerging writer and I submitted my screenplay and treatment, *#Squadgoals*, to the writing competition, Imagine Impact (owned by Brian Grazer and Brian Ron Howard) in July of 2019.

In October of 2019, an episode of *Bull* called "Her Own Two Feet" aired on CBS. The episode was derived from my screenplay and treatment (which I hold the copyright to) without my consent and without compensation.

I've been in a legal battle with ViacomCBS since January 2020 regarding the issue.

On May 21, 2021, the Judge dismissed the case, however, **on the exact same day**, CBS released statements that after an internal investigation the showrunner for *Bull* was fired for workplace misconduct regarding the content of the writers work and that there was an exodus of writers during the same exact season that they plagiarized my work: https://www.hollywoodreporter.com/tv/tv-news/glenn-gordon-caron-cbs-bull-investigation-1234957161/

**I do not believe that the timing of their internal investigation, the announcement of the firings, the case dismissal, and my lawsuit was coincidental.**

I've attached the complaints and responses and I have additional documentation, so please let me know if you need anything else more from me as I'd love to speak to see if you're open to taking on my case in appealing the judge's ruling.

Best,
Candy

--
................................
**Candy Washington** | *Content Creator*
646.264.8729 | candywashington@gmail.com
candywashington.com | @candywashington

📄 **Judges Summary_CWashington_ViacomCBS.pdf**

Case 2:20-cv-00435-CBM-PJW   Document 63   Filed 06/29/21   Page 38 of 42   Page ID #:912

---

**Gerald Serlin** <Gerald@benedonserlin.com>          Fri, Jun 11, 2021 at 12:04 AM
To: Candy Washington <candywashington@gmail.com>
Cc: Susan Donnelly <sue@benedonserlin.com>

Candy:

I've reviewed the order and stand ready to answer your questions, should you have any. I will put together a list of appellate attorneys you can contact.

If you're interested in pursuing an appeal, make certain you file your notice of appeal on a timely basis.

Best of luck.

gms

[Quoted text hidden]

---

**Candy Washington** <candywashington@gmail.com>          Fri, Jun 11, 2021 at 6:49 AM
To: Gerald Serlin <Gerald@benedonserlin.com>
Cc: Susan Donnelly <sue@benedonserlin.com>

Hi Mr. Serlin,

Thank you so much. Yes, I have a few quick questions. Is it best to email them to you or to set-up a quick call? Let me know what works best for you.

I truly appreciate your help and looking forward to the list of appellate lawyers.

Thank you,
Candy
[Quoted text hidden]

---

**Gerald Serlin** <Gerald@benedonserlin.com>          Fri, Jun 11, 2021 at 10:04 AM
To: Candy Washington <candywashington@gmail.com>
Cc: Susan Donnelly <sue@benedonserlin.com>

Call this afternoon between 2:00 pm (PT) and 3:30 pm (PT). I have a 4:00 pm (PT) meeting.

**Gerald M. Serlin**

**Certified Appellate Law Specialist**

California State Bar of Legal Specialization



**BENEDON & SERLIN** LLP
AN APPELLATE LAW FIRM

22708 Mariano Street

Woodland Hills, California 91367-6128

(818) 340-1950


1430 Truxtun Avenue, Fifth Floor

Bakersfield, California 93301-5243

(661) 401-6134


**Email:** gerald@benedonserlin.com

www.benedonserlin.com

[Quoted text hidden]

---

**Candy Washington** <candywashington@gmail.com>         Fri, Jun 11, 2021 at 10:21 AM
To: Gerald Serlin <Gerald@benedonserlin.com>
Cc: Susan Donnelly <sue@benedonserlin.com>

Will do. Thank you!
[Quoted text hidden]

---

**Gerald Serlin** <Gerald@benedonserlin.com>         Sun, Jun 13, 2021 at 3:29 PM
To: Candy Washington <candywashington@gmail.com>
Cc: Susan Donnelly <sue@benedonserlin.com>

Ms. Washington:


Below is a list of appellate attorneys who may be able to assist you:


(1)      Dawn Cushman #89280

Address: Bradley & Gmelich LLP, 700 N Brand Blvd Fl 10, Glendale, CA 91203-1202

Phone: 818-243-5200 | Fax: 818-243-5266

Email: dcushman@bglawyers.com


(2)      Janet Rachel Rappoport Gusdorff #245176

Address: Gusdorff Law, 4607 Lakeview Canyon Rd, # 375, Westlake Village, CA 91361-4028

Phone: 818-877-4515

Email: janet@gusdorfflaw.com | Website: https://www.gusdorfflaw.com/

(3)      Gregory Thomas May #162904

Address: Law Office of Greg May, PO Box 7027, Oxnard, CA 93031

Phone: 805-824-5120 | Fax: 805-832-6145

Email: greg@gregmaylaw.com | Website: www.calblogofappeal.com


(4)      Gerald Philip Peters #101212

Address: P O Box 6759, Thousand Oaks, CA 91359

Phone: 818-706-1278 | Fax: 818-706-1278

Email: Gerald.Peters@gmail.com |


(5)      Randall Alan Spencer #103889

Address: 8665 Wilshire Blvd Ste 210, Beverly Hills, CA 90211-2931

Phone: 310-659-6771 | Fax: 310-659-7354

Email: randy@rtlewin.com


(6)      Zareh Agob Jaltorossian #205347

Address: KP Law, 150 E Colorado Blvd, Ste 206, Pasadena, CA 91105-3722

Phone: 626-639-3525 | Fax: 213-986-3121

Email: zjaltorossian@kplitigators.com


gms

[Quoted text hidden]

---

**Candy Washington** <candywashington@gmail.com>                              Sun, Jun 13, 2021 at 7:43 PM
To: Gerald Serlin <Gerald@benedonserlin.com>
Cc: Susan Donnelly <sue@benedonserlin.com>

Hi Mr. Serlin,

Thank you so much for the list below. I truly appreciate your kindness.

Enjoy the rest of your weekend,
Candy

[Quoted text hidden]

---

**Gerald Serlin** <Gerald@benedonserlin.com>                                   Sun, Jun 13, 2021 at 7:44 PM
To: Candy Washington <candywashington@gmail.com>
Cc: Susan Donnelly <sue@benedonserlin.com>

Best wishes.

Gerald M. Serlin
Certified Appellate Law Specialist
State Bar of Calif., Bd. of Legal Specialization
**BENEDON & SERLIN, LLP**
22708 Mariano Street
Woodland Hills, California 91367
(818) 340-1950 (office phone)
gerald@benedonserlin.com

On Jun 13, 2021, at 7:43 PM, Candy Washington <candywashington@gmail.com> wrote:

Hi Mr. Serlin,

[Quoted text hidden]

[Quoted text hidden]
    [Quoted text hidden]
    [Quoted text hidden]

<image001.png>

22708 Mariano Street

Woodland Hills, California 91367-6128

(818) 340-1950

1430 Truxtun Avenue, Fifth Floor

Bakersfield, California 93301-5243

(661) 401-6134

**Email:** gerald@benedonserlin.com

www.benedonserlin.com

[Quoted text hidden]
[Quoted text hidden]

**BENEDON & SERLIN**
**LLP**
AN APPELLATE LAW FIRM

image001.png
14K

C. WASHINGTON
9903 SANTA MONICA BLVD.
STE 582
BEVERLY HILLS, CA 90010



7020 1290 0000 8105 5660

CERTIFIED MAIL

REC'D
CLERK U.S. DISTRICT COU...
JUN 23 2021
CENTRAL DISTRICT OF CALIFOR...
BY

MS. YOLANDA SKIPPER
COURTROOM DEPUTY TO
HON. CONSUELO B. MARSHALL, JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
350 WEST 1ST STREET
SUITE 4311   ROOM 4176
LOS ANGELES, CA 90012-4565

FIRST CLASS

1000

90012

U.S. POSTAGE PAID
FCM LG ENV
91602
TOLUCA LAKE, CA
JUN 21
AMOUNT
$6.80
R2305H 129132-26