1  David Halberstadter (SBN 107033)
   david.halberstadter@katten.com
2  Joanna M. Hill (SBN 301515)
   joanna.hill@katten.com
3  Shelby A. Palmer (SBN 329450)
   shelby.palmer@katten.com
4  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
5  Los Angeles, CA  90067-3012
   Telephone:  310.788.4400
6  Facsimile:   310.788.4471

7  Attorneys for Defendant
   ViacomCBS Inc.
8

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                     **WESTERN DIVISION**

13  CANDESHA WASHINGTON,                ) Case No. 2:20-cv-00435
                                        )
14                     Plaintiff,       ) **SUPPLEMENTAL DECLARATION**
                                        ) **OF JOANNA M. HILL IN SUPPORT**
15         v.                           ) **OF MOTION FOR ATTORNEYS'**
                                        ) **FEES AND COSTS**
16  VIACOMCBS, INC.; AND DOES 1         )
    THROUGH 50,                         )
17                                      ) [Hon. Consuelo B. Marshall]
                     Defendants.        )
18                                      ) *[Declaration of Shelby Palmer, and*
                                        ) *Reply in Support of Motion for Attorneys'*
19                                      ) *Fees and Costs filed concurrently*
                                        ) *herewith]*
20                                      )
                                        ) Date:  July 20, 2021
21                                      ) Time: 10:00 A.M.
                                        ) Place:  Room 8B
22                                      )
                                        )
23                                      )
                                        )
24  ──────────────────────────────────  )

25

26

27

28

*Katten*
Katten Muchin Rosenman LLP
515 South Flower Street, Suite 1000
Los Angeles, CA 90071-2212
213.788.0435 tel   213.788.7360 fax

149426344

1

### SUPPLEMENTAL DECLARATION OF JOANNA M. HILL

2    I, Joanna M. Hill, hereby declare as follows:

3    1. I am an attorney duly licensed to practice law before all courts in the State of

4    California.  I am an attorney in the law firm Katten Muchin Rosenman LLP, which is

5    counsel of record for defendant ViacomCBS Inc. ("Defendant").  I have personal

6    knowledge of the matters set forth in this declaration, and I could and would

7    competently testify to those facts under oath if I were called upon to do so.

8    2. I am submitting this supplemental declaration in support of the Defendant's

9    Reply in support of its Motion for Attorneys' Fees and Costs (the "Fee Motion").

10    3. On June 8, 2021, I emailed plaintiff Candesha Washington ("Plaintiff") to advise

11    her that Defendant intended to file the Fee Motion and requested a brief phone call to

12    discuss the substance of the motion in accordance with Local Rule 7-3.  After a number

13    of back and forth emails, on the morning of June 10, 2021, after Plaintiff had made

14    clear she would not make herself available for a virtual or telephonic meeting that day,

15    counsel for Defendant sent Plaintiff a detailed meet and confer email laying out the

16    substance of Defendant's anticipation motion for fees.  A true and correct copy of this

17    email is attached to my prior declaration as **Exhibit 3** (Dkt. No. 58-1).

18    4.  On the morning of June 11, 2021, Plaintiff finally agreed to meet to discuss

19    Defendant's Fee Motion.  That afternoon, Plaintiff, myself and my colleague, Shelby

20    Palmer, participated in a Zoom virtual conference where we further discussed the basis

21    of the Fee Motion.  During the conference, Plaintiff continued to argue that her

22    copyright infringement claims had merit.  When discussing the issues surrounding her

23    allegations of Defendant's access to her works, Plaintiff admitted repeatedly that she

24    knew she had no evidence to support her theory of access, but that she essentially "just

25    knew" Defendant had to have used her works to create the *Bull* episode.

26    5. During the June 11 conference, Plaintiff stated that unless Defendant agrees to

27    purchase her works, she intends to continue litigating her claims and speak with the

28    media about Defendant purportedly stealing ideas from a Black female writer.  These

Katten
KattenMuchinRosenmanLLP
515 South Flower Street, Suite 1000
Los Angeles, CA 90071-2212
213.788.2445 tel   213.788.7360 fax

1   same points were also communicated to Defendant's counsel in an email on June 7,

2   2021 sent on behalf of Plaintiff by a representative from the California Lawyers For

3   The Arts.

4       6. In her opposition to the Fee Motion, Plaintiff falsely claims that during the

5   parties' June 11 conference, I told her that "we just want to make you stop" and that

6   "we'll have to fight it out in the Ninth Circuit."   I never made these statements.

7       7. Plaintiff also claims that I purposely deleted relevant emails in connection with

8   my prior declaration filed in support of the Fee Motion.  This is false.  I included with

9   my declaration every email that was discussed in the Fee Motion and upon which

10  Defendant relied.  I did not include (but did not delete) an email from Plaintiff sent on

11  the day of the parties' June 11 Zoom meeting, in which she requested that a

12  representative from the California Lawyers For The Arts be present for the conference.

13  I rejected the request as improper.  This email was not included in the exhibits to my

14  declaration simply because it was not relevant to the Fee Motion.

15      8. I did not bill any time on this matter from mid-August 2020 to mid-April 2021

16  when I was on maternity leave.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Katten
KattenMuchinRosenmanLLP
515 South Flower Street, Suite 1000
Los Angeles, CA 90071-2212
213.788.4425 tel   213.788.7760 fax

149426344

9.  Defendant has also incurred approximately **$15,115** in fees in connection with analyzing Plaintiff's opposition to the Fee Motion, researching, drafting and revising the reply, and drafting two supporting declarations.  I will have expended approximately 14 hours analyzing Plaintiff's opposition, researching, drafting and revising the reply, and the supporting declarations and corresponding exhibits. Mr. Halberstadter will have expended approximately 1.5 hours reviewing and revising the reply and supporting papers.  Ms. Palmer will have expended approximately 6.5 hours researching other issues and reviewing and revising the reply and supporting papers, primarily to ensure compliance with local rules and requirements.  This amounts to a total request of **$15,115** in attorneys' fees and costs in connection with this litigation through the preparation and filing of the reply briefing related to the Fee Motion (but exclusive of any fees incurred in connection with any hearings on the Fee Motion).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 6, 2021 at Los Angeles, California.

/s/ Joanna M. Hill
Joanna M. Hill

149426344

**PROOF OF SERVICE**
***Candesha Washington v. Viacomcbs, Inc.***
**U.S. District Court – Western Div. Case no. 2:20-cv-00435**

  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Katten Muchin Rosenman, LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067-3012.

  On July 6, 2021, I caused such documents entitled: **SUPPLEMENTAL DECLARATION OF JOANNA M. HILL IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS** on the interested parties in this action by placing a true and correct copy of the document enclosed in a sealed envelope addressed as follows:

  **Candesha Washington**
  **9663 Santa Monica Blvd., Suite 582**
  **Beverly Hills, CA 90210**
  **candywashington@gmail.com**

  **(X)   BY U.S. MAIL**:  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth above.

  **(X) BY ELECTRONIC MAIL**:   The documents were served electronically today and the transmission was reported as complete without error.

  **( ) BY OVERNIGHT COURIER**:  I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above address(es).

  Executed on July 6, 2021, at Los Angeles, California.


        */s/ Paula Phillips*
        PAULA PHILLIPS