David Halberstadter (SBN 107033)
david.halberstadter@katten.com
Joanna M. Hill (SBN 301515)
joanna.hill@katten.com
Shelby A. Palmer (SBN 329450)
shelby.palmer@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
ViacomCBS Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CANDESHA WASHINGTON,<br><br>  Plaintiff<br><br>  v.<br><br>VIACOMCBS, INC.; AND DOES 1 THROUGH 50,<br><br>  Defendants. | Case No. 2:20-cv-00435<br><br>**DECLARATION OF SHELBY A. PALMER IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>[Hon. Consuelo B. Marshall]<br><br>*[Supplemental Declaration of Joanna M. Hill, and Reply in Support of Motion for Attorneys' Fees and Costs filed concurrently herewith]*<br><br>Date: July 20, 2021<br>Time: 10:00 A.M.<br>Place: Room 8B |

149427602

# DECLARATION OF SHELBY A. PALMER

I, Shelby A. Palmer, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all courts in the State of California. I am an attorney in the law firm Katten Muchin Rosenman LLP, which is counsel of record for defendant ViacomCBS Inc. ("Defendant"). I have personal knowledge of the matters set forth in this declaration, and I could and would competently testify to those facts under oath if I were called upon to do so.

2. I am submitting this declaration in support of the Defendant's Reply in support of its Motion for Attorneys' Fees and Costs (the "Fee Motion").

3. On the morning of June 11, 2021, Plaintiff Candesha Washington ("Plaintiff") finally agreed to meet to discuss Defendant's Fee Motion. That afternoon, Plaintiff, my colleague, Joanna M. Hill, and I participated in a Zoom virtual conference where we discussed the basis of this Fee Motion. During the conference, Plaintiff continued to argue that her copyright infringement claims had merit. When discussing the issues surrounding her allegations of Defendant's access to her works, Plaintiff admitted repeatedly that she knew she had no evidence to support her theory of access, but that she essentially "just knew" Defendant had to have used her works to create the *Bull* episode.

4. During the June 11 conference, Plaintiff stated that unless Defendant agrees to purchase her works, she intends to continue litigating her claims and speak with the media about Defendant purportedly stealing ideas from a Black female writer.

///
///
///
///
///
///

2

149427602

5. In her opposition to the Fee Motion, Plaintiff falsely claims that during the parties' June 11 conference, Ms. Hill told her that "we just want to make you stop" and that "we'll have to fight it out in the Ninth Circuit." Ms. Hill never made these statements.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 6, 2021 at Los Angeles, California.

/s/ Shelby A. Palmer
Shelby A. Palmer

149427602

# PROOF OF SERVICE
## *Candesha Washington v. Viacomcbs, Inc.*
### U.S. District Court – Western Div. Case no. 2:20-cv-00435

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman, LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067-3012.

On July 6, 2021, I caused such documents entitled: **DECLARATION OF SHELBY PALMER IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS** on the interested parties in this action by placing a true and correct copy of the document enclosed in a sealed envelope addressed as follows:

**Candesha Washington**
**9663 Santa Monica Blvd., Suite 582**
**Beverly Hills, CA 90210**
**candywashington@gmail.com**

**(X)  BY U.S. MAIL**:  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth above.

**(X) BY ELECTRONIC MAIL**:   The documents were served electronically today and the transmission was reported as complete without error.

( ) **BY OVERNIGHT COURIER**:  I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above address(es).

Executed on July 6, 2021, at Los Angeles, California.

*/s/ Paula Phillips*
PAULA PHILLIPS

**Proof of Service**

149527963v1