# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDESHA WASHINGTON,<br>    Plaintiff,<br>vs.<br>VIACOMCBS, INC.,<br>    Defendant. | Case No. 2:20-cv-00435-CBM-PJWx<br><br>**JUDGMENT** |

On June 17, 2021, defendant ViacomCBS Inc. ("Defendant") filed a motion for attorney's fees and costs following the dismissal of Plaintiff Candesha Washington's ("Plaintiff") amended complaint. After full consideration of the briefs, evidence and authorities submitted by counsel, and pursuant to this Court's Order entered on December 9, 2021 (Dkt. No. 71), it is hereby adjudged that Defendant shall recover from Plaintiff a total of $283,833.75 in attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: December 21, 2021

CC:FISCAL

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1